Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Patrick Wong, SBN 241740
**Patrick Wong, Esq.**
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
Facsimile: (650) 352-3562
patrick@wong.law

Thomas A. Johnson, SBN 119203
Kristy M. Horton, SBN 271250
**Law Office of Thomas A. Johnson**
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022
taj@tomjohnsonlaw.com

Attorneys for Defendant
JUAN TANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANG JUAN,<br>  aka Juan Tang,<br><br>Defendant. | Case No: 2:20-CR-00134 JAM<br><br>**ORDER SEALING DOCUMENTS**<br><br>Date:   August 27, 2020<br>Time:   2:00 p.m.<br>Crtrm:  25, 8th Floor<br>Judge:  Hon. Kendall J. Newman |

-1-

Order Sealing Documents

The Court has considered the defense Request to Seal Documents relating to Exhibit 2 attached to her Renewed Motion for Pretrial Release.

The Court finds good cause for sealing the Exhibit document.

IT IS HEREBY ORDERED that Defendant's Exhibit 2 attached to her Renewed Motion for Pretrial Release shall be filed under seal.

Dated:  August 24, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE