1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| 11 | UNITED STATES OF AMERICA, | No. 2:20–cr–134–JAM–KJN |
|----|---------------------------|--------------------------|
| 12 | Plaintiff,                | ORDER                    |
| 13 | v.                        | (ECF Nos. 142, 143)      |
| 14 | TANG JUAN,                |                          |
| 15 | Defendant.                |                          |

At a September 3, 2020 hearing, the court and counsel discussed the Defendant's Motion to Seal the original Notice to Defendant Being Released with attached Third Party Custodian information, the original unredacted Appearance Bond, and the Defendant's Reference List (ECF No. 42), as well as Defendant's Motion for Protective Order concerning forthcoming documents (a finalized, publicly-filed Notice to Defendant Being Released and publicly-filed Appearance Bond documents) (ECF No. 43). The Government opposed any sealing or redaction. (ECF No. 47.) After hearing arguments and for reasons stated on the record, the court now:

1. GRANTS IN PART AND DENIES IN PART Defendant's motion for a protective order. (ECF No. 43.) The Third-Party Custodian and his spouse's legal names, signatures, and city and state of residence may not be redacted on the release documents. However, pursuant to Federal Rule of Criminal Procedure 49.1 and Local Rule 140(a), the Custodian's actual street address may be redacted from these documents; and

1

2. If and when Defendant is ready to submit her finalized release documents (after District Judge Mendez has resolved the Government's motion to stay her release and Motion to Appeal the Magistrate Judge's Decision), Counsel for Defendant shall contact this court's courtroom deputy to discuss the expedient filing of any release documents.

Dated: September 4, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tang.134