FILED

September 10, 2020

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TANG JUAN

Defendant.

Case No.  2:20-cr-00134-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release _TANG JUAN_ Case No. _2:20-cr-00134-JAM_ Charges _18 USC § 1546(a), 1001(a)(2)_ from custody for the following reasons:

_____ Release on Personal Recognizance

X    Bail Posted in the Sum of $   750,000 secured by property of Third Party Custodian Steven Cui and spouse.

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_X_ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_X_ (Other): _Pretrial release conditions as stated on the record in open court._

Issued at Sacramento, California on September 10, 2020 at 12:15 PM

By:    /s/ Kendall J. Newman

Magistrate Judge Kendall J. Newman