UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 10, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00134-JAM |
|---|---|
| Plaintiff, | |
| v. | **AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| TANG JUAN | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  TANG JUAN Case No. 2:20-cr-00134-JAM  Charges 18 USC § 1546(a), 1001(a)(2) from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ 750,000 secured by property of Third Party Custodian Steven Cui and spouse.

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

__X__ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

__X__ Defendant is to be released to the custody of the Third Party Custodian or Defense Counsel upon her release from custody and to report telephonically at 9:00 AM the following business day (tomorrow) to Pretrial Services.

Issued at Sacramento, California on September 10, 2020 at 2:56 PM

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE