Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Thomas A. Johnson, SBN 119203
Kristy M. Horton, SBN 271250
**Law Office of Thomas A. Johnson**
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022
taj@tomjohnsonlaw.com

Patrick Wong, SBN 241740
**Patrick Wong, Esq.**
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
Facsimile: (650) 352-3562
patrick@wong.law

Attorneys for Defendant
JUAN TANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:20-CR-00134 JAM |
| ) | |
| Plaintiff, ) | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| ) | |
| v. ) | |
| ) | |
| TANG JUAN, ) | |
| aka Juan Tang, ) | |
| ) | Date:    October 6, 2020 |
| Defendant. ) | Time:    9:15 a.m. |
| _____ ) | Judge:  Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous Order following a Status Conference on September 1, 2020, this matter was set for further Status Conference on October 6, 2020; the Court made additional orders on briefing schedules, and time was excluded through September 22, 2020, pursuant to Local Code T4.

2.      By this Stipulation, the parties request to exclude additional time from September 22, 2020, through the scheduled Status Conference on October 6, 2020 at 9:15 a.m.  The request is made pursuant to Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The parties appeared for Status Conference on September 1, 2020, at which time the Court set an additional Status Conference to occur on October 6, 2020; time was excluded under Local Code T4 from September 1, 2020, through September 22, 2020.

b)      The parties agree that, with the October 6, 2020 Status Conference already calendared by the Court, and with production of discovery in this matter having commenced, the present time waiver through September 22, 2020 should be extended to the time of the next scheduled appearance on October 6, 2020.  Specifically, defense counsel needs additional time to review the discovery that has been produced, perform legal research, investigate, consult with the defendant and otherwise prepare for trial.  The government has also represented that additional discovery is forthcoming.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1      d)      The Government does not object to this continuance.

2      e)      In addition, the public health concerns cited by the Court's

3  General Orders 611, 612, 617, and 618 (which suspends all jury trial until further

4  notice) and declarations of judicial emergency by this Court and the Ninth Circuit

5  presented by the evolving COVID-19 pandemic, an ends-of-justice delay is

6  particularly apt.

7      f)      Based on the above-stated findings, the ends of justice served

8  by continuing the case as requested outweigh the interest of the public and the

9  defendant in a trial within the original date prescribed by the Speedy Trial Act.

10      g)      For the purpose of computing time under the Speedy Trial Act,

11  18 U.S.C. § 3161, et seq., within which trial must commence, the time period from

12  September 22, 2020, through October 6, 2020, inclusive, is deemed excludable

13  pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results

14  from a continuance granted by the Court at defendant's request on the basis of

15  the Court's finding that the ends of justice served by taking such action outweigh

16  the best interest of the public and the defendant in a speedy trial.

17      4.      Nothing in this Stipulation and Order shall preclude a finding that

18  other provisions of the Speedy Trial Act dictate that additional time periods are

19  excludable from the period within which a trial must commence.

20      IT IS SO STIPULATED.

21  Dated: September 17, 2020          MCGREGOR W. SCOTT
22                                     United States Attorney

23

24

25                                      /s/ Heiko P. Coppola_____
                                       Heiko P. Coppola
26                                     Assistant United States Attorney

27

28

Stipulation Regarding Excludable Time; Findings & [PROPOSED] Order

1  Dated:  September 17, 2020         **SEGAL & ASSOCIATES, PC**

2

3                                        By:    /s/ Malcolm Segal_____

4                                               MALCOLM SEGAL
                                                EMILY E. DORINGER
5                                               Counsel for Defendant

6

7                                        **LAW OFFICE of THOMAS A. JOHNSON**

8

9

10                                       By:    /s/ Thomas A. Johnson_____
                                                THOMAS A. JOHNSON
11                                              Counsel for Defendant

12

13

14

15                              **FINDINGS AND ORDER**

16          IT IS SO FOUND AND ORDERED THAT:   For the reasons set forth in the

17  foregoing Stipulation by the parties, the time period from September 22, 2020,

18
    through October 6, 2020, inclusive, is excluded pursuant to 18 U.S.C.§
19
20  3161(h)(7)(A), B(iv) [Local Code T4].  The Court finds that the ends of justice

21  served by granting this continuance outweigh the best interests of the defendant

22  and the public in a speedy trial.

23  Dated: 9/17/2020
24

25
                                         /s/ John A. Mendez_____
26                                       JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE
27

28

Stipulation Regarding Excludable Time; Findings & [PROPOSED] Order