Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Thomas A. Johnson, SBN 119203
Kristy M. Horton, SBN 271250
**Law Office of Thomas A. Johnson**
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022
taj@tomjohnsonlaw.com

Patrick Wong, SBN 241740
**Patrick Wong, Esq.**
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
Facsimile: (650) 352-3562
patrick@wong.law

Attorneys for Defendant
JUAN TANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TANG JUAN, ) <br> aka Juan Tang, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:20-CR-00134 JAM <br><br> **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** <br><br> Date:   October 6, 2020 <br> Time:   9:15 a.m. <br> Judge:  Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous Order, this matter was set for status conference on October 6, 2020.

2. By this stipulation, defendant now moves to continue the status conference until November 10, 2020, and to exclude time between October 6, 2020, and November 10, 2020, under 18 U.S.C. §3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

 a) The United States initially provided approximately 260 GB of material seized from electronic media in possession of the defendant Juan Tang. The United States anticipates providing an additional 4 GB of data (approximately 180 electronic files) to defense counsel the week of October 5, 2020. The government has represented that the discovery associated with this case includes investigative reports, photographs, documents and other materials. All of this discovery has either been produced or will be produced directly to counsel and/or made available for inspection and copying.

 b) Counsel for defendant desires additional time to review the discovery that has been produced with the defendant, review the forthcoming discovery, perform legal research, investigate the case, consult with the defendant, and otherwise prepare for trial.

 c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

 d) The government does not object to the continuance.

e) In addition, the public health concerns cited by the Court's General Orders 611, 612, 617, and 618 (which suspends all jury trial until further notice) and declarations of judicial emergency by this Court and the Ninth Circuit presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 6, 2020 to November 10, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this Stipulation and Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 1, 2020         MCGREGOR W. SCOTT
                               United States Attorney


                               By:   /s/ Heiko P. Coppola
                                     Heiko P. Coppola
                                     Assistant United States Attorney

Dated: October 1, 2020     **SEGAL & ASSOCIATES, PC**


By: /s/ Malcolm Segal
    MALCOLM SEGAL
    EMILY E. DORINGER
    Counsel for Defendant


**LAW OFFICE of THOMAS A. JOHNSON**


By: /s/ Thomas A. Johnson
    THOMAS A. JOHNSON
    Counsel for Defendant


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED THAT: For the reasons set forth in the foregoing Stipulation by the parties, the time period from October 6, 2020, through November 10, 2020, inclusive, is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the defendant and the public in a speedy trial.


DATED: October 1, 2020     /s/ John A. Mendez
    HONORABLE JOHN A. MENDEZ
    UNITED STATES DISTRICT COURT JUDGE