Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Thomas A. Johnson, SBN 119203
**Law Office of Thomas A. Johnson**
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022
taj@tomjohnsonlaw.com

Patrick Wong, SBN 241740
**Patrick Wong, Esq.**
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
Facsimile: (650) 352-3562
patrick@wong.law

Attorneys for Defendant
JUAN TANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANG JUAN,<br>aka Juan Tang,<br><br>Defendant. | Case No: 2:20-CR-00134 JAM<br><br>**TEMPORARY ORDER SEALING DOCUMENTS** |

-1-

Order Sealing Documents

The Court has considered the defense Request to Seal Documents relating to Exhibit1 and Exhibit 4 attached to her Motion to Modify Conditions of Pretrial Release.

The Court finds good cause for temporarily sealing the Exhibit documents.

IT IS HEREBY ORDERED that Defendant's Exhibit 1 and Exhibit 4, attached to her Motion to Modify Conditions of Pretrial Release, shall be temporarily filed under seal, and the undersigned will address whether they should remain under seal at the hearing on this matter.

Dated:  October 23, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE