Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Thomas A. Johnson, SBN 119203
**Law Office of Thomas A. Johnson**
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022
taj@tomjohnsonlaw.com

Patrick Wong, SBN 241740
**Patrick Wong, Esq.**
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
Facsimile: (650) 352-3562
patrick@wong.law

Attorneys for Defendant
JUAN TANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>TANG JUAN,<br> aka Juan Tang,<br><br>                Defendant. | Case No: 2:20-CR-00134 JAM<br><br>**ORDER GRANTING EX PARTE APPLICATION SHORTENING TIME FOR HEARING DEFENDANT'S APPEAL FROM DENIAL OF MOTION TO MODIFIY PRETRIAL RELEASE CONDITIONS** |

-1-

Order Granting Ex Parte Application Shortening Time for Hearing Appeal

The Court has considered the defendant's Ex Parte Application shortening time for hearing her Appeal from Denial of Motion to Modify Pretrial Release Conditions. The Court finds good cause for shortening the time for defendant's Appeal to be heard because: the Appeal concerns issues relating to personal safety of the defendant and Third-Party Custodian warranting expedient resolution.

IT IS HEREBY ORDERED that defendant's Ex Parte Application to shorten the time for hearing of her Appeal from denial of her Motion to Modify Pretrial Release Conditions is hereby granted.

IT IS FURTHER ORDERED that all papers in opposition must be filed and served by November 18, 2020. Any reply in support must filed and served by November 20, 2020. The court will decide if a hearing on Defendant's Appeal from the denial of the Motion to Modify Pretrial Release Conditions is necessary after reviewing the briefs.

DATED: November 10, 2020         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE