```
Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
SEGAL & ASSOCIATES, PC
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Thomas A. Johnson, SBN 119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022
taj@tomjohnsonlaw.com

Patrick Wong, SBN 241740
Patrick Wong, Esq.
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
Facsimile: (650) 352-3562
patrick@wong.law
```

Attorneys for Juan Tang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00134-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE |
| vs. | |
| JUAN TANG, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of release for Juan Tang are modified as follows:

- 1 –

- 2 –

Monday through Friday from 10:00 a.m. to 11:00 a.m., Defendant may go on a walk and must be accompanied by her third-party custodian or her third-party custodian's wife; however, and she must remain within a one-mile radius of your home.

. A copy of the amended conditions of release have been included and labeled <u>Exhibit A</u>.

Heiko Coppola, Assistant United States Attorney, and Thomas A. Johnson, Malcolm Segal and Patrick Wong, attorneys for Juan Tang, agree to this additional condition of release. All other previously ordered conditions of release remain in full force and effect

**IT IS SO STIPULATED.**

Dated: March 3, 2021    /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Juan Tang

Dated: March 3, 2021    /s/ Malcolm Segal
MALCOLM SEGAL
Attorney for Juan Tang

PHILLIP A. TALBERT
Acting United States Attorney

Dated: March 3, 2021    /s/ Heiko Coppola
HEIKO COPPOLA
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 5, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE