PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID LIM
Trial Attorney
National Security Division

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00134 JAM |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTIONS FOR DISCOVERY (ECF 117) AND BILL OF PARTICULARS (ECF 118) |
| v. | |
| TANG JUAN (AKA JUAN TANG), | |
| Defendant. | |

The United States of America, by and through its counsel, Phillip A. Talbert, Acting United States Attorney, and Heiko P. Coppola, Assistant United States Attorney, hereby requests an extension until April 5, 2021, in which to file its response to defendant Tang Juan's motions for discovery (ECF 117) and bill of particulars (ECF 118). This motion is based on the attached declaration of Assistant United States Attorney Heiko P. Coppola.

Dated: March 26, 2021               PHILLIP A. TALBERT
                                    United States Attorney


                            By: */s/ Heiko P. Coppola*
                                    HEIKO P. COPPOLA
                                    Assistant United States Attorney

GOVERNMENT'S MOTION FOR EXTENSION OF TIME
AND ORDER

# DECLARATION

I, Heiko P. Coppola, declare as follows:

1. I am an Assistant United States Attorney for the Eastern District of California assigned to this matter and I am familiar with the facts described below.

2. On March 22, 2021, defendant Tang Juan ("defendant") filed separate motions for discovery and a bill of particulars. (ECF 117 and 118). A hearing on those motions is currently set for April 19, 2021.

3. Pursuant to EDCA Local Rule 430.1(d), the United States has seven (7) days within which to file its response/opposition. The government's responses/oppositions are presently due on March 26, 2021.

4. Given the nature of issues raised by defendant in both motions, the necessary legal research, and my current workload and duties at the U.S Attorney's Office, I am not able to meet the current deadline to file responses/oppositions. To that extent, I am requesting that this Court grant an extension until April 5, 2021 for the United States to file its responses/oppositions to defendant's motions for discovery and a bill of particulars.

5. Defense counsel does not object to the government's requested extension because it does not materially impact the current April 19, 2021 hearing date.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 26th day of March 2020.

/s/ *HEIKO P. COPPOLA*
HEIKO P. COPPOLA
Assistant United States Attorney

PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID LIM
Trial Attorney
National Security Division

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANG JUAN (AKA JUAN TANG),<br><br>Defendant. | CASE NO. 2:20-CR-00134 JAM<br><br>ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTIONS FOR DISCOVERY (ECF 117) AND BILL OF PARTICULARS (ECF 118) |

After consideration of the United States' motion for an extension of time to respond to defendant Tang Juan's motions for discovery (ECF 117) and a bill of particulars (ECF 118), it is HEREBY ORDERED that the United States shall file its responses/oppositions to both motions no later than April 5, 2021.

Dated: March 29, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE