1  PHILLIP A. TALBERT
   Acting United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  DAVID LIM
   Trial Attorney
7  National Security Division
8  Attorneys for Plaintiff
   United States of America
9

10              IN THE UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,            CASE NO.  2:20-CR-0134 JAM

14                      Plaintiff,       ORDER DESIGNATING CLASSIFIED
                                         INFORMATION SECURITY OFFICERS
15              v.

16  TANG JUAN
    AKA JUAN TANG,
17

18                      Defendant.

19

20          The United States has filed a motion to designate a Classified Information Security Officer,

21  pursuant to the Classified Information Procedures Act, 18 U.S.C. App. 3 ("CIPA") and Section 2 of

22  the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of

23  the United States.

24          Accordingly, this  Court designates  Winfield S. "Scooter" Slade as the Classified Information

25

26  Security Officer in this case, to perform the duties and responsibilities prescribed in the Security

27  Procedures promulgated by the Chief Justice.  This Court further designates the following persons as

28  Alternate Classified Information Security Officers, to serve in the event Mr. Slade is unavailable:

Daniel O. Hartenstine, Matthew W. Mullery, Maura L. Peterson, Carli V. Rodriguez-Feo, and Harry J. Rucker.


DATED:  March 29, 2021                          /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE

ORDER DESIGNATING CLASSIFIED INFORMATION
SECURITY OFFICERS