Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
msegal@segal-pc.com

Thomas A. Johnson, SBN 119203
**Law Office of Thomas A. Johnson**
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022
taj@tomjohnsonlaw.com

Patrick Wong, SBN 241740
**Patrick Wong, Esq.**
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
patrick@wong.law

Attorneys for Defendant
JUAN TANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>TANG JUAN,<br>   aka Juan Tang,<br><br>                    Defendant. | Case No:  2:20-CR-0134 JAM<br><br>**MOTION TO SUPRESS DEFENDANT'S STATEMENTS, *MIRANDA V. ARIZONA***<br><br>Date:    TBD<br>Time:    TBD<br>Crtrm:   6, 14th Floor<br>Judge:   Hon. John A. Mendez |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that as soon as the matter may be heard before the United States District Court for the Eastern District of California, the defendant Juan Tang, by and through her counsel, will seek an order suppressing statements obtained by federal law enforcement agents, as more fully described in the attached memorandum of points and authorities.

This motion is based upon this notice, the Fifth Amendment to the United States Constitution, the accompanying memorandum of points and authorities, the attached supporting documents, all papers and pleadings on file with the Court, and upon all oral argument, law, and evidence that may be presented at the time of hearing this motion.

Dated: April 9, 2021

**SEGAL & ASSOCIATES, PC**

By:   /s/ Malcolm Segal
      MALCOLM SEGAL
      EMILY E. DORINGER
      Counsel for Defendant

**LAW OFFICE of THOMAS A. JOHNSON**

By:   /s/ Thomas A. Johnson
      THOMAS A. JOHNSON
      Counsel for Defendant