Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
msegal@segal-pc.com

Thomas A. Johnson, SBN 119203
**Law Office of Thomas A. Johnson**
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022
taj@tomjohnsonlaw.com

Patrick Wong, SBN 241740
**Patrick Wong, Esq.**
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
patrick@wong.law

Attorneys for Defendant
JUAN TANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANG JUAN,<br>aka Juan Tang,<br><br>Defendant. | Case No:  2:20-CR-0134 JAM<br><br>**DECLARATION OF XIUYING LI IN SUPPORT OF MOTION TO SUPRESS DEFENDANT'S STATEMENTS;** *MIRANDA V. ARIZONA* |

-1-

Declaration of Xiuying Li ISO of Motion to Suppress Defendant's Statements; *Miranda v. Arizona*

1. I am the mother of Juan Tang ("Tang"). In June 2020, I was living with my daughter and her eight-year-old daughter in a small, 800 square foot apartment in Davis, California. The apartment had two bedrooms, one bathroom, and a small, combined kitchen and living room as the main room. The apartment was on the ground floor with windows in the front.

2. On June 20, 2020, we were moving out of the apartment, which had been our home in California, and I was preparing to fly back to China with my granddaughter the next day. A new person was moving into the apartment and had brought some property in to leave there.

3. In the afternoon of that day, two men in business clothes knocked on the front door of the apartment with their knuckles and said in Chinese through the window "Aunt Li, can you please open the door." When I responded and asked who it was the man responded in Chinese, "is Ms. Tang at home?" I answered yes and Tang then opened the door.

4. After they entered, they showed their badges and closed the door, and immediately took out a toy and gave it to my granddaughter. The Chinese speaking man gestured for me and my granddaughter to sit on the bed in the main room from which the linens had been removed and we never left that bed.

5. One of the agents spoke Mandarin, but the other only spoke English. The FBI agent who spoke Mandarin asked Tang for her passport. She said it was in the other room and I could see that he followed directly behind her as she went to the other room in the apartment. While they were out of the room, the agent who only spoke English stayed and watched me and my granddaughter.

6. The Mandarin speaking agent followed Tang back into the main living space and held her passport.

7. He told Tang to sit on a chair, where her back was to the kitchen, and he and the other agent sat opposite her between Tang and the front door.

///

-2-

Declaration of Xiuying Li ISO of Motion to Suppress Defendant's Statements; *Miranda v. Arizona*

8. The FBI agents then began asking Tang questions about her background, her schooling, her work, and about the Chinese military. One of the agents asked questions in English and the other one translated the questions and her answers into Mandarin. The other agent, who spoke our language, asked his own questions in Mandarin. Tang spoke in Mandarin, except for a few English words. One of the agents took out his phone and showed her something on the screen.

9. The FBI agent's questioning lasted for about two hours. My granddaughter and I sat on the bed the whole time. At one point, I stood up because I wanted to go to the bathroom, but the English-speaking agent said something I could not understand. My daughter explained to me that they did not want me to go anywhere and wanted me to sit down. I was in shock and did not know what to do, or what not to do. So I just sat the whole time, except that one time when I stood up because I wanted to go to bathroom but ended up not going.

10. At no time did the FBI agents tell us that we were allowed to move from the bed or that we could leave.

11. Because the room was small, I could hear the FBI agents as they asked their questions. They never said that Tang had the right not to answer their questions or refuse to give them her passport. They did not tell us that they had a right to search the apartment.

12. I felt I could not provide my daughter with any support from the moment the agents entered the apartment. They made it clear that they had all of the authority when they showed their credentials.

13. When the agents finished questioning Tang, the English-speaking agent went outside and a few minutes later more agents entered the apartment and began photographing and searching it. Tang, my granddaughter, and I were told to go outside and to stay outside. We were outside waiting for a long time.

///

-3-

Declaration of Xiuying Li ISO of Motion to Suppress Defendant's Statements; *Miranda v. Arizona*

1  I was supposed to leave for the airport with my granddaughter to go home to
2  China the next day, but no one told me I could leave.
3      14.   At one point, the agents asked me to sign a form saying they wanted
4  to take my cell phone. Tang told the agents that was our only other cell phone
5  and that we needed it to talk to the driver who was supposed to take me and my
6  granddaughter to the airport. I did not sign the form. The agents left my phone
7  behind when they left the apartment.
8      I declare under penalty of perjury under the laws of the United States that
9  the foregoing is true and correct and this declaration was executed on April  8  ,
10 2021, in    Xi'an, China          .

*Xiuying Li* (signature)
Xiuying Li