Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Thomas A. Johnson, SBN 119203
**Law Office of Thomas A. Johnson**
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022
taj@tomjohnsonlaw.com

Patrick Wong, SBN 241740
**Patrick Wong, Esq.**
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
Facsimile: (650) 352-3562
patrick@wong.law

Attorneys for Defendant
JUAN TANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>TANG JUAN,<br>  aka Juan Tang,<br><br>              Defendant. | Case No: 2:20-CR-00134 JAM<br><br>**DEFENDANT'S MOTION TO DISMISS INDICTMENT PURSUANT TO RULE 12(b)(1)**<br><br>Date:  TBD<br>Time:  TBD<br>Crtrm: 6, 14th Floor<br>Judge:  Hon. Judge John A. Mendez |

-1-
Defendant's Motion to Dismiss Indictment Pursuant to Rule 12(b)(1)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Criminal Procedure 12(b)(1), as soon as the matter may be heard, Defendant, Dr. Juan Tang, will and hereby does move to dismiss Counts One and Two of the Indictment.

The motion is based upon this notice, the accompanying memorandum of points and authorities, and all other supporting papers and documents on file with the Court, the record in this action, and such oral and documentary evidence as may be presented at or prior to the hearing.

Dated: April 9, 2021         **SEGAL & ASSOCIATES, PC**

By:   /s/ Malcolm Segal
       MALCOLM SEGAL
       EMILY E. DORINGER
       Counsel for Defendant

**LAW OFFICE of THOMAS A. JOHNSON**

By:   /s/ Thomas A. Johnson
       THOMAS A. JOHNSON
       Counsel for Defendant