Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Thomas A. Johnson, SBN 119203
**Law Office of Thomas A. Johnson**
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022
taj@tomjohnsonlaw.com

Patrick Wong, SBN 241740
**Patrick Wong, Esq.**
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
Facsimile: (650) 352-3562
patrick@wong.law

Attorneys for Defendant
JUAN TANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANG JUAN,<br>aka Juan Tang,<br><br>Defendant. | Case No: 2:20-CR-00134 JAM<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS INDICTMENT PURSUANT TO RULE 12(b)(1)**<br><br>Date:   TBD<br>Time:   TBD<br>Crtrm:  6, 14th Floor<br>Judge:  Hon. Judge John A. Mendez |

# TABLE OF CONTENTS

Page(s)

I.      Introduction ........................................................................................1

II.     Argument............................................................................................2

        A.      The Undefined Question Regarding Service in the
                Military is Fundamentally Ambiguous and Even More
                so in Context.........................................................................4

                1.      There are Multiple Plausible Meanings of
                        "Military Service" Depending on Context,
                        Colloquial Use, or Definitional Understanding,
                        Evidencing No Possible Common Understanding
                        Without Further Clarification ....................................5

                2.      Obvious Cultural and Language Differences in the
                        Context of a Visa Application Further Underscore the
                        Inherent Ambiguity of the Phrase ...........................7

                3.      Our Own Ninth Circuit Has Struggled to Define
                        "Military Service" in the Context of Immigration
                        Naturalization Regulations.......................................7

        B.      The Location of the Question and Dr. Tang's Other
                Responses on the Form-160 Further Illustrate the
                Fundamental Ambiguity of the Question Regarding
                Military Service .....................................................................8

        C.      Due Process Notice Requirements Prohibit a False
                Statement Prosecution Based on Answers to a
                Fundamentally Ambiguous Question...............................10

III.    Conclusion .......................................................................................11

Memo P's & A's ISO Defendant's Motion to Dismiss Indictment Pursuant to Rule 12(b)(1)

# TABLE OF AUTHORITIES

**Cases**                                                                 Page(s)

*Barron v. Reich*, 13 F.3d 1370 (9th Cir. 1994)........................................................4

*Connally v. General Constr. Co.,* 269 U.S. 385 (1926) ......................................11

*Gallarde v. INS*, 486 F.3d 1136 (9th Cir. 2007) ....................................................8-9

*Kolender v. Lawson*, 461 U.S. 352 (1983)..........................................................11

*Larson v. Saul*, 967 F.3d 914 (9th Cir. 2020)........................................................6

*United States v. Boone*, 951 F.2d 1526 (9th Cir. 1991)....................................3, 7

*United States v. Cook*, 497 F.2d 753 (9th Cir. 1972)........................................2, 4

*United States v. Covington*, 395 U.S. 57 (1969)..................................................2

*United States v. Culliton*, 328 F.3d 1074 (9th Cir. 2003) ..............................2-4, 11

*United States v. Lattimore*, 127 F.Supp. 405 (D.D.C. 1955) ................................3

*United States v. Lighte*, 782 F.2d 367 (2d Cir. 1986) ............................................3

*United States v. Ryan*, 828 F.2d 1010 (3d Cir. 1997)............................................2

*United States v. Shortt Accountancy Corp.*, 785 F.2d 1448 (9th Cir. 1986) ............2

**Statutes**

8 Code of Federal Regulations § 315.2 ..................................................................8

8 U.S.C. § 1426 ........................................................................................................8

10 U.S.C. § 101(a)(5) ..............................................................................................6

10 U.S.C. § 10216(a)................................................................................................7

18 U.S.C. § 1001.................................................................................................1, 11

18 U.S.C. § 1546 ..............................................................................................1, 11

18 U.S.C. § 1623 ......................................................................................................3

Federal Rule of Criminal Procedure 12(b)(1) ........................................................2

Federal Rule of Evidence 201(b)............................................................................4

**Misc.**

United States Constitution, Amendment Five........................................................4

# I.    **INTRODUCTION**

Dr. Juan Tang, an accomplished academic and researcher with a PhD in Cellular Biology, left her home country the Peoples Republic of China for the first time in December 2019 to work in a grant program at the University of California, Davis, focusing on ongoing cancer research.  As part of the process through which Dr. Tang ultimately came to the United States to participate in the UC Davis program, she applied for and was granted a non-immigrant visa for entrance to the United States.  Her husband, young child and mother came with her but are now home in China and have been for many months.

Prior to being granted the non-immigrant visa, while in China, Dr. Tang filed a Form DS-160 with the Department of State Bureau of Consular Affairs.  The non-immigrant visa application Form DS-160 is an online form used by the Department of State Bureau of Consular Affairs for authorizing temporary travel to the United States.

On August 6, 2020, a grand jury in this District returned a two-count Indictment charging Dr. Tang with Fraud and Misuse of Visas under 18 U.S.C. § 1546 and Making False Statements to a government official under 18 U.S.C. § 1001.  Counts One and Two of the Indictment allege that Dr. Tang knowingly made a false representation on the Form DS-160 application by stating that she had not "served in the military" in response to a form background question, and then later by allegedly stating falsely "that she was not a member of the Chinese military" to the FBI agents who interviewed her.  The indictment alleges misuse of the visa on two separate occasions in Count One, first on her entry to the United States and second in her meeting with the agents.  (Dkt. #18).

Since both counts are based entirely the question concerning "military service," Dr. Tang now moves for dismissal of the Indictment because the question regarding military service on the non-immigrant visa application Form DS-160 (and later forming the source for questioning by the interviewing agents) is fundamentally

-1-

1  ambiguous and therefore may not, as a matter of law, form the basis for a fraud or

2  false statement prosecution.  Fed. Rule of Crim. Pro. 12(b)(1).  In addition, the

3  application of the false statements charges to the answers defendant provided in

4  response to vague and ambiguous questions violates the required notions of

5  adequate notice and due process.

6  **II.   <u>ARGUMENT</u>**

7  Pursuant to Rule 12(b)(1), "[a] party may raise by pretrial motion any

8  defense, objection, or request that the court can determine without a trial on the

9  merits."   As a complete defense, the issue of fundamental ambiguity in the

10  indictment is the proper subject of a Rule 12(b)(1) pretrial motion.  *United States v.*

11  *Shortt Accountancy Corp*., 785 F.2d 1448, 1452 (9th Cir. 1986) (holding that a

12  defense generally is capable of determination before trial if it involves questions of

13  law rather than fact); *United States v. Covington*, 395 U.S. 57, 60 (1969) ("[a]

14  defense is thus 'capable of determination' [before trial] if trial of the facts

15  surrounding the commission of the alleged offense would be of no assistance in

16  determining the validity of the defense.")

17  Because the question on the visa application regarding service in the

18  military, and the same question posed to her by investigating agents in even less

19  direct fashion, is excessively vague and fundamentally ambiguous, Dr. Tang's

20  responses cannot form the basis for an indictment.  It is generally accepted that,

21  as a matter of law, a defendant may not be held criminally liable in a perjury or

22  false statement prosecution based upon responses to a question that is

23  fundamentally ambiguous.  *See United States v. Culliton*, 328 F.3d 1074, 1078 (9th

24  Cir. 2003) (citing *United States v. Ryan*, 828 F.2d 1010, 1015 (3d Cir. 1997)).

25  Allowing such questions as a matter of law requires improper speculation as to

26  "which of the several plausible meanings [a defendant] attributed to the ambiguous

27  inquiries when [defendant] gave the alleged perjurious responses."  *United States*

28  *v. Cook*, 497 F.2d 753, 764 (9th Cir. 1972) (dissenting opinion) (majority opinion

1  withdrawn and dissenting opinion cited approvingly in 489 F.2d 286 (9th Cir.

2  1973)); *see also*, *United States v. Lattimore*, 127 F.Supp. 405, 410-411 (D.D.C.

3  1955) (explaining that ambiguous questions are an "open invitation to the jury to

4  substitute, by conjecture, their understanding of the phrase for that of the

5  defendant").  "[A] question is fundamentally ambiguous when '[people] of ordinary

6  intelligence' cannot arrive at a mutual understanding of its meaning." *Culliton*, 328

7  F.3d at 1078; *see also United States v. Boone*, 951 F.2d 1526, 1534 (9th Cir. 1991)

8  (defining "fundamental ambiguity" in the analogous context of providing false

9  statements in violation of 18 U.S.C. § 1623).

10      Additionally, fundamentally ambiguous questions are those that cannot be

11  "used with mutual understanding by a questioner and answerer <u>unless it were</u>

12  <u>defined at the time</u> it was sought and offered as testimony." *Boone*, 951 F.2d at

13  1534, quoting *United States v. Lighte*, 782 F.2d 367. 375 (2d Cir. 1986) (emphasis

14  added).  In determining whether a question is fundamentally ambiguous, a court

15  "<u>must consider the context of the question and [the] answers, as well as other</u>

16  <u>extrinsic evidence relevant to the defendant's understanding of the questions</u>…"

17  *Culliton*, 328 F.3d at 1079; *see also Boone*, 951 F.2d at 1534 ("In evaluating…the

18  question's ambiguity, the court must consider the context in which the question

19  was asked…") (emphasis added).

20      The question regarding an applicant's service in the military on the non-

21  immigrant visa application is fundamentally ambiguous because it is susceptible to

22  confusion regarding its various possible meanings.  For example, the question

23  might connote full-time active-duty service in the armed forces of a country; it may

24  reference less than full-time duties associated with the military; it may include other

25  uniformed service affiliated with the military, whether or not performed in a civilian

26  capacity and no matter how attenuated to armed military operations or it may

27  mean something else to the person answering the question.  As will be seen *infra*,

28  without any contextual clarification, it is impossible to arrive at a common

understanding of the meaning attributable to the inquiry.  *See, e.g.*, *Cook,* 497 F.2d

at 764.  Other than referring to it as "additional background," the application does

not provide that context and gives no explanation, guidance, examples, definition,

or assistance to clarify what information the question is intended to gather and

leaves every applicant to guess at its meaning.  Varying publicly acceptable

definitions of the phrase "military service," as well as foundational differences in

culture, language and phrases in language which inherently arise in the context of

a citizen of another country applying for entry into the United States contribute to

the underlying fundamental ambiguity of the application question.  Finally, because

the underlying questions that form the basis of the charged offenses are

fundamentally ambiguous, they fail to provide adequate notice to the defendant of

what conduct is prohibited, in violation of the fundamental right to due process.

U.S. Const. Amend. V.  Accordingly, Counts One and Two of the Indictment should

be dismissed.

> **A.    The Undefined Question Regarding Service in the Military is**
> **Fundamentally Ambiguous and Even More so in Context.**

The question on the non-immigrant visa application Form DS-160 regarding

service in the military is fundamentally ambiguous in this instance because it is

undefined and made more so in the context in which it was asked, making it

impossible to arrive at a mutual understanding of its meaning.  *Culliton*, 328 F.3d

at 1078.

The Form DS-160, of which the Court can take judicial notice,[1] requests a

variety of information within specifically titled categories. (Exhibit 1, Department of

State DS-160 Exemplar).  Explanations for certain terms are interspersed throughout

---

[1] Matters of public record, such as administrative agency materials that are not open to factual dispute and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned are proper subjects of judicial notice. See Fed. R. Evid. 201(b); *Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994) (Field operations handbook proper subject of judicial notice).

the online form, and the Department of State's website provides answers to

frequently asked questions about the process.  (U.S. Department of State--Bureau of

Consular Affairs, DS-160: Frequently Asked Questions,

https://travel.state.gov/content/travel/en/us-visas/visa-information-

resources/forms/ds-160-online-nonimmigrant-visa-application/ds-160-faqs.html, as of

March 30, 2021).  The Bureau of Consular Affairs website refers to these as "help

topics."  *Id*.  There are over twenty-five "help topic" messages available related to the

online Form DS-160 that provide explanations, but there are no "help topic"

messages clarifying what is meant by "service in the military."  The only "help topic"

message related to that query states that an applicant should "select the current

name of the country/region where you performed military service." (Exhibit 1).

The Form DS-160 and website do not provide any additional explanation or

clarification of the phrase "served in the military."  The phrase is left open to multiple

plausible interpretations informed either by its common meaning in the country where

the applicant resides or of which they are a citizen, the common meaning in the

United States – a country to which they may never have previously visited, as is the

case here, or in the common vernacular and language of a "generic" foreign citizen

without regard to other countries unique cultural and language differences.

The applicant is left unguided by the form or the "help" offered by the

Department of State and any ancillary resources do not and cannot cure the

ambiguity.

**1. There are Multiple Plausible Meanings of "Military Service" Depending on Context, Colloquial Use, or Definitional Understanding, Evidencing No Possible Common Understanding Without Further Clarification.**

Assuming the applicant can read and understand English and accesses a

dictionary to assist in the application process to try to learn how the United States

generally defines the term used on the form, the term "military service" will still be

1  inherently ambiguous.  The dictionary definition of "military" includes "of or relating

2  to soldiers, arms or war" and "of or relating to armed forces."

3  ( https://www.merriam-webster.com/dictionary/military).  Based on this definition,

4  the term may connote service in the armed forces, service characterized by

5  combat, defense, or national security obligations, or service resulting from

6  conscription or voluntary enlistment as a full-time active-duty member of the armed

7  forces.

8      In line with the dictionary definition, in the United States, military service is

9  generally associated with combat, defense, and security forces.  (USA.gov, Learn

10  About the Military, https://www.usa.gov/join-military#item-214402, as of March 30,

11  2021).  The descriptions of each branch of the United States military promote their

12  training and readiness for combat and armed services.  For example, the Army is

13  described as "the largest of the five military branches" that "handles major ground

14  combat missions…" while the Marine Corps "provides land combat, sea-based,

15  and air-ground operations support for other branches during a mission…"

16  (USA.gov, Learn About the Military, https://www.usa.gov/join-military#item-214402,

17  last visited March 30, 2021).

18      The dictionary definition and the government informational sites equate

19  military service with armed active-duty service, but there are aspects of "uniformed

20  service" which do not meet the same definition or characteristics.  Even assuming

21  a citizen of another nation might engage in a full study of America to determine

22  how to answer an apparently mundane background question, our armed forces are

23  part of a larger group of "uniformed service" members who include members of the

24  National Oceanic and Atmospheric Administration (within the Department of

25  Commerce) and members of the Public Health Service (within the Department of

26  Health and Human Services).  10 U.S.C. §101(a)(5); *see also Larson v. Saul*, 967

27  F.3d 914, 917 (9th Cir. 2020).  Furthermore, in practice the military regularly

28  employs purely civilian workers.  For example, a member of a military reserve

component may be employed as a civilian "dual status technician."  *Id.*  A dual-status technician is defined by law as a "military technician" who serves in the capacity of "a Federal civilian employee" and these "military technicians" are "authorized and accounted for as a separate category of civilian employees."  10 U.S.C. §10216(a).

**2. Obvious Cultural and Language Differences in the Context of a Visa Application Further Underscore the Inherent Ambiguity of the Phrase.**

An applicant cannot completely rely on his or her own culture or language to divine the meaning of the phrase "served in the military."  The instant case presents a clear example.  The Chinese written language utilizes characters (logograms) to represent words or phrases.  In Chinese, individual characters can be combined with others to represent different phrases.  Two characters commonly used to represent the phrase "military service" are "兵役", pronounced phonetically as "bingyi." (Oxford Chinese Dictionary, Published Aug. 8, 2009; Merriam Webster Chinese to English Dictionary).  Broken down, the character "兵, bing" means "soldiers" and the character "役, yi" means "service," literally translating to "soldiers service."  (Oxford Chinese Dictionary, Published Aug. 8, 2009; Merriam Webster Chinese to English Dictionary).  Given this context, the phrase "served in the military" takes on meaning and increased ambiguity; without any other clarifying information it seems clear that it would not include service as a civilian scientist at a military affiliated hospital.  Context is always key in determining ambiguity; an ordinary term like "associated business entities" is fundamentally ambiguous when the context demonstrates it cannot be "used with mutual understanding by a questioner and answerer unless it were defined" at the time.  *See Boone*, 951 F.2d at 1534.

/ / /

/ / /

/ / /

**3. The Ninth Circuit Has Struggled to Define "Military Service" in the Context of Immigrant Naturalization Regulations.**

In *Gallarde v. INS*, 486 F.3d 1136 (9th Cir. 2007), a dispute arose as to whether a citizenship bar under provisions of the Immigration and Nationality Act of 1952 ("INA") and the Code of Federal Regulations ("CFR") applied to aliens who voluntarily enlisted for military service or only for those who performed compulsory service. Prior law had established that "aliens who seek exemption from compulsory military service---the draft---based on alienage will be forever barred from becoming United States citizens. *Gallarde*, 486 F. 3d at 1137. *Gallarde* challenged application of the citizenship bar to an alien who voluntarily enlisted in the Navy, and subsequently sought discharge on the basis of alienage. *Id*. The relevant INA provisions stated that an "alien who applies or has applied for exemption or discharge from training or service in the Armed Forces…on the ground that he is an alien, or is or was relieved or discharged from such training or service on such ground, shall be permanently ineligible to become a citizen of the United States." *Id*.; 8 U.S.C. § 1426. The regulatory provision uses similar language except that it replaces "Armed Forces" with "military service." 8 CFR § 315.2.

In its opinion, the Court used the terms "service in the Armed Forces" and "military service" totally interchangeably. The court noted that the statutory language did not indicate whether its references to "military training or military service" and "training or service in the Armed Forces" were intended to mean only compulsory service, or also voluntary service. *Gallarde*, 486 F.3d at 1140-1147. Noting the absence of additional modifying or limiting language, the court found that the phrase was ambiguous because it could "fairly be interpreted to include (1) all training and service in the armed forces; (2) only compulsory training and service in the Armed Forces; or (3) only voluntary training and service in the Armed Forces." *Id*. at 1141. (In the *Gallarde* case, the statutory uncertainty

required the court to interpret the INA provisions relating to the citizenship ban as only applicable to aliens discharged from compulsory service on the basis of alienage.  *Id*. at 1149.)

While the opinion in *Gallarde* concerning citizenship rights does not directly bear on the issues at bar, the court's discussion serves to illustrate the inherent ambiguity of the phrase "military service."  The *Gallarde* court interpreted "military service" to be the equivalent of "service in the Armed Forces."  *Gallarde*, 486 F.3d at 1140-1147.  Like the INA and the CFR discussed in *Gallarde*, the non-immigrant visa Form DS-160 does not define "service in the military" nor is it modified in any meaningful way with qualifying language to help discern what precisely is meant by the phrase.  The use of the term "served in the military" on the Form DS-160 is fundamentally ambiguous as to whether that term could mean full-time active-duty service, refers to any uniformed service, or even includes military employment in a wholly civilian capacity.

Without further definition or explanation, people of ordinary intelligence would not have a common understanding of the phrase "military service"; it is certainly unreasonable to conclude they would necessarily equate "military service" with a civilian scientist performing research at a military university or hospital.

**B.    The Location of the Question and Dr. Tang's Other Responses on the Form-160 Further Illustrate the Fundamental Ambiguity of the Question Regarding Military Service.**

The question about "military service" is asked under the category of 'WORK, EDUCATION AND TRAINING," and not the category of 'SECURITY AND BACKGROUND" which, based upon the questions asked in the latter category, might raise heightened concerns about the definition of the term.  (Exhibit 1).  It is not asked in the first series of questions in that category and not even asked in the second category captioned "PREVIOUS WORK / EDUCATION / TRAINING. *Id*. Instead, the question is asked in the next category: of "ADDITIONAL WORK /

EDUCATION / TRAINING." *Id*.  That section asked questions about tribal connections, language skills, travel, charitable organizations and most tellingly about training in explosives and memberships in militias. *Id*.  The question immediately above the question regarding military service asks: "Do you have any specialized skills or training, including firearms, explosives, nuclear, biological, or chemical experience?"  *Id*. That question in context again informs the question concerning military service as does the one following, which asks: "Have you ever served in, been a member of, or been involved with a paramilitary unit, vigilante unit, rebel group, guerrilla group, or insurgent organization?" *Id*. Stated another way, the three questions in context speak to the issue of "armed service" and not civilian service as a cancer researcher, regardless of the nature of the research.

Moreover, the fundamental ambiguity of the phrase "served in the military" in the third category becomes more apparent in light of Dr. Tang's responses to an earlier question in the second category above it because there she identified the Forth (fourth) Military Medical University ("FMMU") as an institution of higher education which she attended and Xijing Hospital of Basic Medical Science in Xi'an as an employer.  The government alleges that her affiliation with these institutions constitutes "membership in the military" and evidences her intent to falsely answer the question concerning military service and the falsity of Dr. Tang's verbal statements – <u>yet she identified those very institutions on the Form 160 when answering no to the question concerning "service in the military</u>."[2]

**C.    Due Process Notice Requirements Prohibit a False Statement Prosecution Based on Answers to a Fundamentally Ambiguous Question.**

The Fifth Amendment provides that "[n]o person shall…be deprived of life, liberty, or property without due process of law."  This guarantee is violated when the

---

[2] Her truthful answers regarding her background with those institutions is noted in the affidavit in support of the search warrant; that affidavit is attached to defendant's motions to suppress.

government infringes upon an individual's liberty by bringing charges under a vague

application of a criminal statute; an overly vague application of a criminal statute

fails to give ordinary people fair notice of what conduct is punishable and is so

standardless that it invites arbitrary enforcement. *Kolender v. Lawson*, 461 U.S.

352, 357-58 (1983). The prohibition of vagueness in criminal statutes "is a well

recognized requirement, consonant alike with ordinary notions of fair play and

settled rules of law," and a statute that disregards such requirement "violates the

first essential of due process." *Connally v. General Constr. Co*., 269 U.S. 385, 391

(1926).

Although the statutes at issue here, 18 U.S.C. § 1546 and 18 U.S.C. § 1001,

are not unconstitutionally vague on their face, they are impermissibly vague as

applied to this case due to the fundamental ambiguity of the questions and

answers underlying the charges. As discussed, in the absence of any definition

clarifying the phrase "military service," the many potential colloquial meanings, and

the impact of cultural and language differences on the person expected to answer

the question, it impossible to arrive at a mutual understanding of its meaning.

*Culliton*, 328 F.3d at 1078. Without a precise meaning of the phrase "military

service," Dr. Tang was deprived of adequate notice because she could not

possibly know that her response would subject her to criminal liability.

### III.    CONCLUSION

The question on the non-immigrant visa application Form DS-160 is

fundamentally ambiguous because it could mean "armed service" as a potential

combatant, full-time active-duty service, any uniformed service, or employment by

the military in a civilian capacity. Due to this fundamental ambiguity, it may not, as

a matter of law, form the basis for this prosecution. It is undefined and no help is

offered to the applicant in garnering its meaning; it is placed in a context which

draws the applicant away from focusing on one possible context – that of "security"

and it is offered to applicants from other countries whose culture and language is

1  likely to provide yet more confusion.  The ambiguity results in a failure of adequate

2  notice to this defendant in violation of her right to due process.  Therefore, for the

3  reasons stated above, Defendant's motion to dismiss the Indictment should be

4  granted.

5  Dated: April 9, 2021                 **SEGAL & ASSOCIATES, PC**

6

7                                       By:    /s/ Malcolm Segal

8                                              MALCOLM SEGAL
                                               EMILY E. DORINGER

9                                              Counsel for Defendant

10                                      **LAW OFFICE of THOMAS A. JOHNSON**

11

12                                      By:   /s/ Thomas A. Johnson

13                                             THOMAS A. JOHNSON
                                               Counsel for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

*Online Nonimmigrant Visa Application*
*DS-160*
*EXEMPLAR*

## Sign In



## Sign In (Photo Required Post)

Displayed for posts that require photo upload.



## Upload an Application

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

- ✔ Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background

### Upload a Previous Application

Click 'Browse' and select the previously saved application file you wish to upload. Next, answer the security questions to validate that the correct file has been selected, then click 'Upload Data'. Finally, click on the 'Next' button at the bottom of each page until the last completed page has been reached and continue the application process.

Previously Saved Application File

File Path: [ ] Browse...

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act



## Retrieve an Application

Shown with valid barcode to show all additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE

CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language

English

COMPLETE | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background

### Retrieve a DS-160 Application

Your Application ID is:

AA00911JX9

Security Questions

First 5 letters of Surname

Year of Birth

What is the given name of your mother's mother?

Retrieve Application | Cancel

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information Disclaimers Paperwork Reduction Act



## Application Information



Exit

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language English ▼

Online Nonimmigrant Visa Application (DS-160)

### Application Information

**Please record your Application ID in a safe and secure place.**

If there are technical issues with the system, or you want to complete your application some other time, you can save your work and later, start where you left off. In order to access your application later, however, you will need: (1) your Application ID, and (2) the answer to the security question that you will choose on this page.

To choose a security question, pick the one you like best from the dropdown list, type your answer to that question in the box below, and click "Continue." Remember: In order to access your application later, you will need to know the answer *exactly as you wrote it on this page.*

Your Application ID is:
**AA00911JX9**

Date
**05-JUN-2019**

Print Application ID

You can also use your Application ID and security question to retrieve your Confirmation Page after you have submitted your application, or to use your previously provided application information to complete a new application at a later date.

If you do not plan to complete your application within the next 30 days, download your application to your computer by clicking the "Save" button at the bottom of the last completed page. Follow the instructions. When you are ready to complete your application, select "Upload an Application". NOTE: Only download your application to a computer that cannot be accessed by anyone who does not have your permission to see or record your personal data. If you download your application a shared or public computer, such as a computer in a cyber café or library, your personal information may be able to be accessed by other users.

Note: Electronically submitting your DS-160 online application is the FIRST STEP in the visa application process. The next step is to review the internet page of the embassy or consulate where you plan to apply for your visa. Most visa applicants will need to schedule a visa interview, though some applicants may qualify for visa renewal. The embassy or consulate information may include specific local instructions about scheduling interviews, submitting your visa application, and other frequently asked questions.

Security Question ⓘ
WHAT IS THE GIVEN NAME OF YOUR MOTHER'S MOTHER? ▼

Answer

| Continue | Cancel |



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information 🗗   Disclaimers 🗗   Paperwork Reduction Act 🗗

[115]

Provided Security Question options:

Security Question ⓘ

WHAT IS THE GIVEN NAME OF YOUR MOTHER'S MOTHER?
WHAT IS THE GIVEN NAME OF YOUR FATHER'S FATHER?
WHAT IS YOUR MATERNAL GRANDMOTHER'S MAIDEN NAME?
WHAT NAME DID YOUR FAMILY USED TO CALL YOU WHEN YOU WERE A CHILD?
IN WHAT CITY DID YOU MEET YOUR SPOUSE/SIGNIFICANT OTHER?
WHAT IS THE NAME OF YOUR FAVORITE CHILDHOOD FRIEND?
WHAT STREET DID YOU LIVE ON WHEN YOU WERE 8 YEARS OLD?
WHAT IS YOUR OLDEST SIBLING'S BIRTHDAY MONTH AND YEAR? (E.G., JANUARY 1900)
WHAT IS THE MIDDLE NAME OF YOUR YOUNGEST CHILD?
WHAT IS YOUR OLDEST SIBLING'S MIDDLE NAME?
WHAT SCHOOL DID YOU ATTEND WHEN YOU WERE 11 YEARS OLD?
WHAT WAS YOUR HOME PHONE NUMBER WHEN YOU WERE A CHILD?
WHAT IS YOUR OLDEST COUSIN'S FIRST AND LAST NAME?
WHAT WAS THE NAME OF YOUR FAVORITE STUFFED ANIMAL OR TOY?
IN WHAT CITY OR TOWN DID YOUR MOTHER AND FATHER MEET?
WHAT WAS THE LAST NAME OF YOUR FAVORITE TEACHER?
IN WHAT CITY DOES YOUR NEAREST SIBLING LIVE?
WHAT IS YOUR YOUNGEST SIBLING'S BIRTHDAY MONTH AND YEAR? (E.G., JANUARY 1900)
IN WHAT CITY OR TOWN WAS YOUR FIRST JOB?
WHAT WAS THE NAME OF YOUR FIRST BOYFRIEND OR GIRLFRIEND?

# Personal Information 1

Displayed for all applicants. Answered 'Yes' to all questions on the page.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA000320OC**

OMB CONTROL NUMBER: 1405-0182
FORM NUMBER: DS-160
EXPIRATION DATE: 11/30/2020
ESTIMATED BURDEN: 90 MIN

- Getting Started
- Personal
  - Personal 1
  - Personal 2
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help: Navigation Buttons**
Click on the buttons above to access previously entered data.

## Personal Information 1

NOTE: Data on this page must match the information as it is written in your passport.

Surnames
(e.g., FERNANDEZ GARCIA)

**Help: Surnames**
Enter all surnames as listed in your passport. If only one name is listed in your passport, enter that Surname.

Given Names
(e.g., JUAN MIGUEL)

**Help: Given Names**
If your passport does not include a given name, please enter 'FNU' in Given Names.

Full Name in Native Alphabet
☐ Does Not Apply/Technology Not Available

Q: Have you ever used other names (i.e., maiden, religious, professional, alias, etc.)?
A: (●) Yes ( ) No

**Help: Other Names**
Other names used include your maiden name, religious name, professional name, or any other names which you are known by or have been known by in the past.

Provide the following information:

Other Surnames Used (maiden, religious, professional, aliases, etc.)

Other Given Names Used

Add Another | Remove

**Help: Other Names**
If you only have other surnames to enter, enter the same given names as above. Conversely, if you only have other given names to enter, enter the same surname as above.

Q: Do you have a telecode that represents your name?
A: (●) Yes ( ) No

**Help: Telecode**
Telecodes are 4 digit code numbers that represent characters in some non-Roman alphabet names.

Provide the following information:

Telecode Surnames

Telecode Given Names

Sex
(●) Male ( ) Female

Marital Status
OTHER

Explain

Date and Place of Birth

Date
(Format: DD-MMM-YYYY)

**Help: Date of Birth**
If day or month is unknown, enter as shown in passport.

City

State/Province
☐ Does Not Apply

Country/Region
- SELECT ONE -

**Help: Country/Region**
Select the name that is currently in use for the place where you were born.

Public reporting burden for this collection of information is estimated to average 90 minutes per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: **PRA_BurdenComments@state.gov**

**Confidentiality Statement**
The information asked for on this form is requested pursuant to Section 222 of the Immigration and Nationality Act. INA Section 222(f) provides that the records of the Department of State and of diplomatic and consular offices of the United States pertaining to the issuance and refusal of visas or permits to enter the United States shall be considered confidential and shall be used only for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States. Certified copies of such records may be made available to a court provided the court certifies that the information contained in such records is needed in a case pending before the court.

Back: Getting Started | Save | Next: Personal 2

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act

(69)



## Personal Information 2

Displayed for all applicants. Answered ‘Yes’ to all questions on the page.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

- Getting Started
- Personal
  - Personal 1
  - Personal 2
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

# Personal Information 2

Country/Region of Origin (Nationality)
- SELECT ONE -

Q: Do you hold or have you held any nationality other than the one indicated above on nationality?

A: (•) Yes ( ) No

Provide the following information:

Other Country/Region of Origin (Nationality)
- SELECT ONE -

Q: Do you hold a passport for the other country/region of origin (nationality) indicated above?

A: (•) Yes ( ) No

Provide the following information:

Passport Number

Add Another | Remove

**Help: Other Country/Region of Origin (Nationality)**

Enter all nationalities you currently hold and all nationalities you have previously held, regardless of whether you have formally and/or legally relinquished the nationality. If the country where you previously held nationality is no longer a political entity or country, select the nationality that corresponds with the name of the country that is currently used for that location.

Q: Are you a permanent resident of a country/region other than your country/region of origin (nationality) indicated above?

A: (•) Yes ( ) No

Provide the following information:

Other Permanent Resident Country/Region
- SELECT ONE -

Add Another | Remove

**Help: Permanent Resident**

Permanent resident means any individual who has been legally granted by a country/region permission to live and work without time limitation in that country/region.

National Identification Number

[ ] Does Not Apply

U.S. Social Security Number
___ - __ - ____ [ ] Does Not Apply

U.S. Taxpayer ID Number

[ ] Does Not Apply

**Help: Identification Numbers**

Your National ID Number is a unique number that your government provides. The U.S. Government provides unique numbers to those who seek employment (Social Security Number) or pay taxes (Taxpayer ID).

Back: Personal 1 | Save | Next: Travel

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act

(118)



# Travel Information

Displayed all applicants. “Have you made specific travel plans?” set to “Yes” and “Person/Entity Paying for Trip” set to “Other Person.”

Contact Us | Help | Exit
U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER
Select Tooltip Language
English
COMPLETE PHOTO REVIEW SIGN

Online Nonimmigrant Visa Application (DS-160)
Application ID AA00911JX9

Getting Started
Personal
Travel
Travel Companions
Previous U.S. Travel
Address and Phone
Passport
U.S. Contact
Family
Work / Education / Training
Security and Background

Help: Navigation Buttons
Click on the buttons above to access previously entered data.

Travel Information

NOTE: Provide the following information concerning your travel plans.

Provide the following information:

Purpose of Trip to the U.S.
PLEASE SELECT A VISA CLASS

Add Another Remove

Q: Have you made specific travel plans?
A: (•) Yes ( ) No

Provide a complete itinerary for your travel to the U.S.:

Date of Arrival in U.S.
(Format: DD-MMM-YYYY)

Arrival Flight (if known)

Arrival City

Date of Departure from U.S.
(Format: DD-MMM-YYYY)

Departure Flight (if known)

Departure City

Help: Travel Plans
If you are unsure of your Date of Arrival in U.S. or Date of Departure from U.S., please provide an estimate.

Provide the locations you plan to visit in the U.S.:

Location

Add Another Remove

Address Where You Will Stay in the U.S.

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State
- SELECT ONE -

ZIP Code (if known)
(e.g., 12345 or 12345-1234)

Person/Entity Paying for Your Trip
OTHER PERSON

Provide the following information:

Surnames of Person Paying for Trip
(e.g., FERNANDEZ GARCIA)

Given Names of Person Paying for Trip
(e.g., JUAN MIGUEL)

Telephone Number

Email Address
[ ] Does Not Apply
(e.g., emailaddress@example.com)

Relationship to You
- SELECT ONE -

Q: Is the address of the party paying for your trip the same as your Home or Mailing Address?
A: ( ) Yes (•) No

Address of Person Paying

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province
[ ] Does Not Apply

Postal Zone/ZIP Code
[ ] Does Not Apply

Country/Region
- SELECT ONE -

Back: Personal | Save | Next: Travel Companions

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act
(118)



## Travel Information

Displayed all applicants. “Have you made specific travel plans?” set to “No” and “Person/Entity Paying for Trip” set to “Other Company/Organization.”

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

- ✔ Getting Started
- ✔ Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Travel Information

NOTE: Provide the following information concerning your travel plans.

Provide the following information:

Purpose of Trip to the U.S.
PLEASE SELECT A VISA CLASS

Add Another | Remove

Q: Have you made specific travel plans?

A: ○ Yes ● No

Intended Date of Arrival
(Format: DD-MMM-YYYY)

Intended Length of Stay in U.S.
-SELECT ONE-

**Help:** Arrival Plans

If you are unsure of your travel plans, please provide an estimate.

Person/Entity Paying for Your Trip
OTHER COMPANY/ORGANIZATION

Provide the following information:

Name of Company/Organization Paying for Trip

Telephone Number

Relationship to You

Address of Company/Organization Paying

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Country/Region
- SELECT ONE -

**Help:** Payer Address

Provide the street address, apartment number (if applicable), city, state or province, country, and postal zone (if applicable) of the person or organization that is paying for your travel.

Back: Personal | Save | Next: Travel Companions

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act

(118)



## Travel Information (Standard Visas)

Displayed for principal applicants who select the following visa types: B, C, D, F, G, H1B1, I, J, M, N, NATO, Q, S, and PARCIS.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

### Travel Information

NOTE: Provide the following information concerning your travel plans.

Provide the following information:

Purpose of Trip to the U.S.
TEMP. BUSINESS PLEASURE VISITOR (B)

Specify
BUSINESS & TOURISM (TEMPORARY VISITOR) (B1/B

Add Another   Remove

Q: Have you made specific travel plans?

A: Yes ◉ No

Intended Date of Arrival
(Format: DD-MMM-YYYY)

Intended Length of Stay in U.S.
-SELECT ONE-

**Help: Arrival Plans**

If you are unsure of your travel plans, please provide an estimate.

Person/Entity Paying for Your Trip
-SELECT ONE-

Back: Personal | Save | Next: Travel Companions

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information   Disclaimers   Paperwork Reduction Act

(118)



## Travel Information (A Visas)

Displayed for principal applicants who select an A-Visa.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- ✔ Getting Started
- ✔ Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Travel Information

NOTE: Provide the following information concerning your travel plans.

Provide the following information:

Purpose of Trip to the U.S.: FOREIGN GOVERNMENT OFFICIAL (A)

Specify: AMBASSADOR OR PUBLIC MINISTER (A1)

Add Another | Remove

Q: Have you made specific travel plans?

A: ○ Yes ● No

Intended Date of Arrival

(Format: DD-MMM-YYYY)

Intended Length of Stay in U.S.: -SELECT ONE-

**Help:** Arrival Plans

If you are unsure of your travel plans, please provide an estimate.

Mission/Organization Information

Sponsoring Mission/Organization

Contact Surnames

Contact Given Names

U.S. Address (Line 1)

U.S. Address (Line 2) *Optional

City

State: - SELECT ONE -

Zip Code

(e.g., 12345 or 12345-1234)

Phone Number

(e.g., 5555555555)

**Help:** Sponsoring Mission/Organization

Enter "Embassy of your country" or the name of your International Organization or U.S. military base.

Person/Entity Paying for Your Trip: -SELECT ONE-

Back: Personal | Save | Next: Travel Companions

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information | Disclaimers | Paperwork Reduction Act



## Travel Information (E1/E2-EX Visas)

Displayed for principal applicants who select an E1-EX or E2-EX Visa. Principal applicant question answered "Yes" to display additional fields.

Contact Us | Help | Exit

Select Tooltip Language

English

U.S. DEPARTMENT of STATE

CONSULAR ELECTRONIC APPLICATION CENTER

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA000320OC

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

### Travel Information

NOTE: Provide the following information concerning your travel plans.

Provide the following information:

Purpose of Trip to the U.S.

TREATY TRADER OR INVESTOR (E)

Specify

EXECUTIVE/MGR/ESSENTIAL EMP (E1)

Q: Has the principal Treaty Trader/Investor already been issued a visa?

A: (●) Yes ( ) No

Surnames

Given Names

Principal Applicant Date of Birth

(Format: DD-MMM-YYYY)

Add Another   Remove

Q: Have you made specific travel plans?

A: ( ) Yes (●) No

Intended Date of Arrival

(Format: DD-MMM-YYYY)

Intended Length of Stay in U.S.

-SELECT ONE-

**Help: Arrival Plans**

If you are unsure of your travel plans, please provide an estimate.

Person/Entity Paying for Your Trip

-SELECT ONE-

Back: Personal | Save | Next: Travel Companions

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information  Disclaimers  Paperwork Reduction Act

(69)



## Travel Information (Non-Principal Applicants)

Displayed for non-principal applicants (ex. Child Of, Spouse Of, etc.) who select the following visa types: A, B, C, D, E, F, G, H1B1, I, J, M, N, NATO, Q, S, and PARCIS.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

### Travel Information

NOTE: Provide the following information concerning your travel plans.

Provide the following information:

Purpose of Trip to the U.S.
FOREIGN GOVERNMENT OFFICIAL (A)

Specify
CHILD OF AN A1 (A1)

Principal Applicant Information

Surnames

Given Names

Add Another | Remove

Q: Have you made specific travel plans?

A: Yes No

Intended Date of Arrival

(Format: DD-MMM-YYYY)

Intended Length of Stay in U.S.
-SELECT ONE-

Help: Arrival Plans

If you are unsure of your travel plans, please provide an estimate.

Person/Entity Paying for Your Trip
-SELECT ONE-

Back: Personal | Save | Next: Travel Companions

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act



## Travel Information (USCIS)

Displayed for principal applicants who select the following visa types: CW/E2C, H1B, H1C, H2A, H2B, H3, K1, K3, L, O, P, R, T, and U.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- ✔ Getting Started
- ✔ Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

### Travel Information

NOTE: Provide the following information concerning your travel plans.

Provide the following information:

Purpose of Trip to the U.S.
CNMI WORKER OR INVESTOR (CW/E2C)

Specify
CNMI TEMPORARY WORKER (CW1)

Application Receipt/Petition Number
(e.g., ABC1234567890)

Add Another | Remove

Help: Application Receipt/Petition Number

Your application receipt/petition number was given to you by the Department of Homeland Security's United States Citizenship and Immigration Services (USCIS) after you filed your petition application at a USCIS Service Center. The application receipt/petition number is 13 characters long and the first three characters are letters.

Q: Have you made specific travel plans?

A: ○ Yes ◉ No

Intended Date of Arrival
(Format: DD-MMM-YYYY)

Intended Length of Stay in U.S.
-SELECT ONE-

Help: Arrival Plans

If you are unsure of your travel plans, please provide an estimate.

Person/Entity Paying for Your Trip
-SELECT ONE-

Back: Personal | Save | Next: Travel Companions

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act



## Travel Information (USCIS Non-Principal Applicants)

Displayed for non-principal applicants (ex. Child Of, Spouse Of, etc.) who select the following visa types: CW/E2C, H1B, H1C, H2A, H2B, H3, K1, K3, L, O, P, R, T, and U.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

### Travel Information

NOTE: Provide the following information concerning your travel plans.

Provide the following information:

Purpose of Trip to the U.S.
CNMI WORKER OR INVESTOR (CW/E2C)

Specify
CHILD OF CW1 (CW2)

Principal Applicant Information

Surnames

Given Names

Application Receipt/Petition Number
(e.g., ABC1234567890)

Add Another | Remove

**Help: Application Receipt/Petition Number**

Your application receipt/petition number was given to you by the Department of Homeland Security's United States Citizenship and Immigration Services (USCIS) after you filed your petition application at a USCIS Service Center. The application receipt/petition number is 13 characters long and the first three characters are letters.

Q: Have you made specific travel plans?

A: ○ Yes ● No

Intended Date of Arrival
(Format: DD-MMM-YYYY)

Intended Length of Stay in U.S.
-SELECT ONE-

**Help: Arrival Plans**

If you are unsure of your travel plans, please provide an estimate.

Person/Entity Paying for Your Trip
-SELECT ONE-

Back: Personal | Save | Next: Travel Companions

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act



## Travel Companions Information

Displayed for all applicants.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

### Travel Companions Information

NOTE: Provide the following travel companion information.

Persons traveling with you

Q: Are there other persons traveling with you?

A: (●) Yes ( ) No

**Help: Traveling with Others**

You should answer Yes to this question if you are traveling with family, as part of an organized tour, or as part of a performing group or athletic team. You do not need to list individuals who are traveling with you for the purposes of employment with the same employer.

Q: Are you traveling as part of a group or organization?

A: ( ) Yes (●) No

Enter person(s) traveling with you

Surnames of Person Traveling With You

Given Names of Person Traveling With You

Relationship with Person

- SELECT ONE -

Add Another | Remove

Back: Travel | Save | Next: Previous U.S. Travel

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act

(118)



# Previous U.S. Travel Information

Displayed for all applicants. All questions are answered "Yes."

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

Previous U.S. Travel Information

NOTE: Provide the following previous U.S. travel information. Provide complete and accurate information to all questions that require an explanation.

Q: Have you ever been in the U.S.?

A: (●) Yes ( ) No

Provide information on all U.S. visits:

Date Arrived (Format: DD-MMM-YYYY)

Length of Stay -SELECT ONE-

Add Another | Remove

Help: Previous U.S. Visits

If you are unsure about when you visited the U.S., please provide a best estimate.

Q: Do you or did you ever hold a U.S. Driver's License?

A: (●) Yes ( ) No

Provide the following information:

Driver's License Number [ ] Do Not Know

State of Driver's License - SELECT ONE -

Add Another | Remove

Q: Have you ever been issued a U.S. Visa?

A: (●) Yes ( ) No

Previous U.S. Visas

Date Last Visa Was Issued (Format: DD-MMM-YYYY)

Visa Number [ ] Do Not Know

Help: Visa Number

Enter the 8-digit number that is displayed in red on the lower right hand side of your visa. If your previous visa was a Border Crossing Card enter the last 12-digit number of the first line of the machine readable zone.

Q: Has your U.S. Visa ever been lost or stolen?

A: (●) Yes ( ) No

Enter year visa was lost or stolen:

Year

Explain

Q: Has your U.S. Visa ever been cancelled or revoked?

A: (●) Yes ( ) No

Explain

Q: Have you ever been refused a U.S. Visa, or been refused admission to the United States, or withdrawn your application for admission at the port of entry?

A: (●) Yes ( ) No

Explain

Q: Has anyone ever filed an immigrant petition on your behalf with the United States Citizenship and Immigration Services?

A: (●) Yes ( ) No

Explain

Back: Travel Companions | Save | Next: Address & Phone

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information | Disclaimers | Paperwork Reduction Act



## Address and Phone Information

Displayed for all non-AGNATO applicants. All questions are answered to reveal additional fields, and Social Media Platform list included.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA000320OC

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

### Address and Phone Information

Home Address

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Country/Region: - SELECT ONE -

Mailing Address

Q: Is your Mailing Address the same as your Home Address?

A: ○ Yes ◉ No

Provide your mailing address:

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Country/Region: - SELECT ONE -

Phone

Primary Phone Number

Secondary Phone Number ☐ Does Not Apply

Work Phone Number ☐ Does Not Apply

Help: Phone

You must provide a primary phone number. The primary phone number should be the phone number at which you are most likely to be reached; this could be a land line or a cellular/mobile number. If you have an additional land line or a cellular/mobile number please list that as your secondary phone number.

Q: Have you used any other phone numbers in the last five years?

A: ◉ Yes ○ No

Additional Phone Number

+ Add Another − Remove

Email Address

Email Address

(e.g., emailaddress@example.com)

Help: Email Address

You must provide an email address. The email address you provide will be used for correspondence purposes. Provide an email address that is secure and to which you have reasonable access.

Q: Have you used any other email addresses in the last five years?

A: ◉ Yes ○ No

Additional Email Address

+ Add Another − Remove

Social Media

Do you have a social media presence?

Select from the list below each social media platform you have used within the last five years. In the space next to the platform's name, enter the username or handle you have used on that platform. Please do not provide your passwords. If you have used more than one platform or more than one username or handle on a single platform, click the 'Add Another' button to list each one separately. If you have not used any of the listed social media platforms in the last five years, select 'None.'

Social Media Provider/Platform: - SELECT ONE -

Social Media Identifier

+ Add Another − Remove

Help: Social Media

Enter information associated with your online presence, including the types of online providers/platforms, applications and websites that you use to collaborate, share information, and interact with others. List the username, handle, screen-name, or other identifiers associated with your social media profile. (You do not need to list accounts designed for use by multiple users within a business or other organization.)

Q: Do you wish to provide information about your presence on any other websites or applications you have used within the last five years to create or share content (photos, videos, status updates, etc.)?

A: ◉ Yes ○ No

Please provide the name of the platform and the associated unique social media identifier (username or handle) for each social media platform you would like to list. This does not include private messaging on person-to-person messaging services, such as WhatsApp.

Additional Social Media Platform

Additional Social Media Handle

+ Add Another − Remove

◂ Back: Previous U.S. Travel | Save | Next: Passport ▸

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information Disclaimers Paperwork Reduction Act

- SELECT ONE -
ASK.FM
DOUBAN
FACEBOOK
FLICKR
GOOGLE+
INSTAGRAM
LINKEDIN
MYSPACE
PINTEREST
QZONE (QQ)
REDDIT
SINA WEIBO
TENCENT WEIBO
TUMBLR
TWITTER
TWOO
VINE
VKONTAKTE (VK)
YOUKU
YOUTUBE
NONE



## Address and Phone Information (AGNATO)

Displayed for all applicants who select the following visa types: A1 visas, A2 visas, C3 visas, G1 visas, G2 visas, G3 visas, G4 visas, and NATO1-6 visas. All questions are answered 'No.'

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

### Address and Phone Information

Home Address

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Country/Region: - SELECT ONE -

Mailing Address

Q: Is your Mailing Address the same as your Home Address?

A: ○ Yes ● No

Provide your mailing address:

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Country/Region: - SELECT ONE -

Phone

Primary Phone Number

Secondary Phone Number ☐ Does Not Apply

Work Phone Number ☐ Does Not Apply

Help: Phone

You must provide a primary phone number. The primary phone number should be the phone number at which you are most likely to be reached; this could be a land line or a cellular/mobile number. If you have an additional land line or a cellular/mobile number please list that as your secondary phone number.

Email Address

Email Address

(e.g., emailaddress@example.com)

Help: Email Address

You must provide an email address. The email address you provide will be used for correspondence purposes. Provide an email address that is secure and to which you have reasonable access.

Back: Previous U.S. Travel | Save | Next: Passport

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act

[118]



## Passport Information

Displayed for all applicants. All questions are answered 'Yes'.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Passport Information

Passport/Travel Document Type
OTHER

Explain

Passport/Travel Document Number

Passport Book Number
Does Not Apply

Country/Authority that Issued Passport/Travel Document
AFGHANISTAN

Where was the Passport/Travel Document Issued?

City

State/Province *If shown on passport

Country/Region
AFGHANISTAN

Issuance Date
(Format: DD-MMM-YYYY)

Expiration Date
No Expiration
(Format: DD-MMM-YYYY)

**Help:** Passport/Travel Document Number

Enter the information on the travel document you will be using when traveling to the U.S. Your travel document should be a valid, unexpired passport or other valid, unexpired documentation that is sufficient to establish your identity and nationality.

**Help:** Passport Book Number

The Passport Book Number is commonly called the inventory control number. You may or may not have a Passport Book Number on your passport. The location of the Passport Book Number on your passport may vary depending on the country that issued your passport. Please contact your passport issuing authority if you are unable to determine whether or not your passport contains a Passport Book Number.

**Help:** Expiration Date

In most cases your passport/Travel Document must have at least six months of validity beyond the date of your visa application and/or your arrival in the United States.

Q: Have you ever lost a passport or had one stolen?

A: (•) Yes ( ) No

Provide the following information:

Passport/Travel Document Number
Do Not Know

Country/Authority that Issued Passport/Travel Document
AFGHANISTAN

Explain

Add Another | Remove

Back: Address and Phone | Save | Next: U.S. Contact

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act

(118)



## U.S. Point of Contact Information

Displayed for all applicants. Additional fields are the same with Person and Organization.

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

✔ Getting Started
✔ Personal
✔ Travel
✔ Travel Companions
✔ Previous U.S. Travel
✔ Address and Phone
✔ Passport
U.S. Contact
Family
Work / Education / Training
Security and Background
E-Visa
Student/Exchange Visa
Crew Visa
Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### U.S. Point of Contact Information

Contact Person or Organization in the United States

Contact Person

Surnames

Given Names

☐ Do Not Know

Organization Name

☑ Do Not Know

Relationship to You: FRIEND

Address and Phone Number of Point of Contact

U.S. Street Address (Line 1)

U.S. Street Address (Line 2) **Optional*

City

State: - SELECT ONE -

ZIP Code (if known)

(e.g., 55555 or 55555-5555)

Phone Number

(e.g., 5555555555)

Email Address

(e.g., emailaddress@example.com)

☐ Does Not Apply

**Help:** Contact

Your U.S. Point of Contact can be any individual in the U.S. who knows you and can verify, if necessary, your identity. If you do not personally know anyone in the U.S., you may enter the name of the store, company, or organization you plan to visit during your trip.

◂ Back: Passport | Save | Next: Family ▸

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act

(118)



## Family Information: Relatives

Displayed for all applicants. Both parents have same additional questions, displayed with both paths to show all questions. Answered "Yes" to Immediate Relatives.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE

CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
  - Relatives
  - Fiancé/Fiancée
  - Deceased Spouse
  - Children
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

### Family Information: Relatives

NOTE: Please provide the following information concerning your biological parents. If you are adopted, please provide the following information on your adoptive parents.

**Father's Full Name and Date of Birth**

Surnames
(e.g., Hernandez Garcia) ☐ Do Not Know

Given Names
(e.g., Juan Miguel) ☐ Do Not Know

Date of Birth ☐ Do Not Know
(Format: DD-MMM-YYYY)

Q: Is your father still living?
A: ◉ Yes ○ No

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Country/Region
- SELECT ONE -

Q: Is your father in the U.S.?
A: ◉ Yes ○ No

Father's Status
- SELECT ONE -

**Mother's Full Name and Date of Birth**

Surnames
(e.g., Hernandez Garcia) ☐ Do Not Know

Given Names
(e.g., Juanita Miguel) ☐ Do Not Know

Date of Birth ☐ Do Not Know
(Format: DD-MMM-YYYY)

Q: Is your mother still living?
A: ○ Yes ◉ No

Year of Death

Q: Do you have any immediate relatives, not including parents, in the United States?
A: ◉ Yes ○ No

Provide the following information:

Surnames

Given Names

Relationship to You
- SELECT ONE -

Relative's Status
- SELECT ONE -

Add Another | Remove

Help: Immediate Relatives

Means fiancé/fiancée, spouse (husband/wife), child (son/daughter), or sibling (brother/sister).

Back: U.S. Contact | Save | Next: Fiancé/Fiancée

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act



## Family Information: Relatives

Both parents information marked "Do Not Know." Answered "No" to all other questions.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- Family
  - Relatives
  - Fiancé/Fiancée
  - Deceased Spouse
  - Children
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

### Family Information: Relatives

NOTE: Please provide the following information concerning your biological parents. If you are adopted, please provide the following information on your adoptive parents.

**Father's Full Name and Date of Birth**

Surnames
(e.g., Hernandez Garcia) ☑ Do Not Know

Given Names
(e.g., Juan Miguel) ☑ Do Not Know

**Mother's Full Name and Date of Birth**

Surnames
(e.g., Hernandez Garcia) ☑ Do Not Know

Given Names
(e.g., Juanita Miguel) ☑ Do Not Know

Q: Do you have any immediate relatives, not including parents, in the United States?

A: ○ Yes ◉ No

Q: Do you have any other relatives in the United States?

A: ○ Yes ◉ No

**Help: Immediate Relatives**

Means fiancé/fiancée, spouse (husband/wife), child (son/daughter), or sibling (brother/sister).

◀ Back: U.S. Contact | Save | Next: Fiancé/Fiancée ▶

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act



## Family Information: Spouse

Displayed for all K3 applicants, or who selected 'Married'/'Common Law Marriage' on the 'Personal Information 1' page. Spouse's Address selected as 'OTHER' to show additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE

CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language

English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- Family
  - Relatives
  - Spouse
  - Fiancé/Fiancée
  - Children
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Family Information: Spouse

NOTE: Enter current spouse information.

Spouse's Full Name (include Maiden Name)

Spouse's Surnames

Spouse's Given Names

Spouse's Date of Birth

(Format: DD-MMM-YYYY)

Spouse's Country/Region of Origin (Nationality)

- SELECT ONE -

Spouse's Place of Birth

City

☐ Do Not Know

Country/Region

- SELECT ONE -

Spouse's Address

OTHER (SPECIFY ADDRESS)

Street Address (Line 1)

(postal box numbers are not allowed)

Street Address (Line 2)

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Country/Region

- SELECT ONE -

Date and Place of Marriage

Date

(Format: DD-MMM-YYYY)

City

State/Province ☐ Does Not Apply

Country/Region

- SELECT ONE -

Back: Relatives | Save | Next: Fiancé/Fiancée

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information Disclaimers Paperwork Reduction Act



## Family Information: Partner

Displayed for all applicants who selected 'Civil Union/Domestic Partnership' on the 'Personal Information 1' page. Partner's Address selected as 'OTHER' to show additional fields.



## Family Information: Fiancé / Fiancée

Displayed for all K1 applicants.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
  - Relatives
  - Fiancé/Fiancée
  - Former Spouse
  - Children
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

### Family Information: Fiancé / Fiancée

Fiancé/Fiancée's Full Name (include Maiden Name)

Fiancé/Fiancée's Surnames

Fiancé/Fiancée's Given Names

Fiancé/Fiancée's Date of Birth

(Format: DD-MMM-YYYY)

Fiancé/Fiancée's Address

Street Address (Line 1)

(postal box numbers are not allowed)

Street Address (Line 2) *Optional

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Fiancé/Fiancée's Occupation

-SELECT ONE-

Back: Relatives | Save | Next: Former Spouse

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act



## Family Information: Former Spouse

Displayed for all K1 applicants, and applicants who selected ‘Divorced’ or ‘Legally Separated’ on the ‘Personal 1’ page. Selecting ‘No’ shows no additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
  - Relatives
  - Fiancé/Fiancée
  - Former Spouse
  - Children
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

### Family Information: Former Spouse

Q: Do you have any former spouses?

A: (•) Yes ( ) No

Number of Former Spouses:

Former Spouse Information

Surnames

Given Names

Date of Birth
(Format: DD-MMM-YYYY)

Date of Marriage
(Format: DD-MMM-YYYY)

Date Marriage Ended
(Format: DD-MMM-YYYY)

How the Marriage Ended

Country/Region Marriage was Terminated
- SELECT ONE -

Add Another | Remove

Back: Fiancé/Fiancée | Save | Next: Children

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act



## Family Information: Deceased Spouse

Displayed for applicants who selected 'Widowed' on the 'Personal 1' page.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- Family
  - Relatives
  - Fiancé/Fiancée
  - Former Spouse
  - Deceased Spouse
  - Children
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

### Family Information: Deceased Spouse

Surname

Given Name

Date of Birth
(Format: DD-MMM-YYYY)

Back: Former Spouse | Save | Next: Children

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act



## Family Information: Children

Displayed for all K1/K3 applicants. Selecting 'No' shows no additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE

CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language

English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- Family
  - Relatives
  - Fiancé/Fiancée
  - Former Spouse
  - Children
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

### Family Information: Children

Q: Do you have any children?

A: (●) Yes ( ) No

Number of children: [ ]

Surnames

Given Names

Date and Place of Birth

Date of Birth

(Format: DD-MMM-YYYY)

City

[ ] Do Not Know

State/Province

[ ] Does Not Apply

Country/Region

- SELECT ONE -

Q: Is this child traveling to the United States with you?

A: ( ) Yes (●) No

Q: Is this child traveling to the U.S. at a later date to join you?

A: ( ) Yes (●) No

Add Another | Remove

Back: Former Spouse | Save | Next: Work/Education/Training

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information | Disclaimers | Paperwork Reduction Act

(115)



## Present Work/Education/Training Information

Displayed for all applicants.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- ✔ Family
- Work / Education / Training
  - Present
  - Previous
  - Additional
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Present Work/Education/Training Information

NOTE: Provide the following information concerning your current employment or education.

Primary Occupation
OTHER

Provide the following information:

Specify Other

Present Employer or School Name

Present employer or school address:

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Phone Number

Country/Region
- SELECT ONE -

Start Date
(Format: DD-MMM-YYYY)

Monthly Income in Local Currency (if employed)
☐ Does Not Apply

Briefly describe your duties:

Back: Family | Save | Next: Work/Education: Previous

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act

(118)



## Previous Work/Education/Training Information

Displayed for all applicants. Selecting 'No' shows no additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
  - Present
  - Previous
  - Additional
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Previous Work/Education/Training Information

NOTE: Provide your employment information for the last five years that you were employed, if applicable.

Q: Were you previously employed?

A: (•) Yes ( ) No

Employer/Employment Information:

Employer Name

Employer Street Address (Line 1)

Employer Street Address (Line 2) *Optional

City

State/Province
[ ] Does Not Apply

Postal Zone/ZIP Code
[ ] Does Not Apply

Country/Region
- SELECT ONE -

Telephone Number

Job Title

Supervisor's Surname
[ ] Do Not Know

Supervisor's Given Names
[ ] Do Not Know

Employment Date From
(Format: DD-MMM-YYYY)

Employment Date To
(Format: DD-MMM-YYYY)

Briefly describe your duties:

Add Another | Remove

Q: Have you attended any educational institutions at a secondary level or above?

A: (•) Yes ( ) No

Provide the following information on the educational institution(s) you have attended.

Name of Institution

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province [ ] Does Not Apply

Postal Zone/ZIP Code [ ] Does Not Apply

Country/Region
- SELECT ONE -

Course of Study

Date of Attendance From
(Format: DD-MMM-YYYY)

Date of Attendance To
(Format: DD-MMM-YYYY)

Add Another | Remove

**Help:** Level of Education

You must answer Yes to this question if you have ever attended, for any length of time, a high school/secondary school (or its equivalent in your country) or college, university, graduate school, a doctoral program, or a vocational program.

**Help:** Course of Study

For middle school/junior high or high school course of study please indicate "Academic" or "Vocational." For all other educational levels please indicate your major or concentration.

Back: Work/Education: Present | Save | Next: Work/Education: Additional

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act

(118)



## Additional Work/Education/Training Information

Displayed for all applicants. Answering 'Yes' to all questions to show all additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
  - Present
  - Previous
  - Additional
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Additional Work/Education/Training Information

NOTE: Provide the following work, education, or training related information. Provide complete and accurate information to all questions that require an explanation.

Q: Do you belong to a clan or tribe?

A: (•) Yes ( ) No

Provide the following information:

Clan or Tribe Name

Provide a List of Languages You Speak

Language Name

Add Another | Remove

Q: Have you traveled to any countries/regions within the last five years?

A: (•) Yes ( ) No

Provide a List of Countries/Regions Visited

Country/Region: - SELECT ONE -

Add Another | Remove

Q: Have you resided in any country/region for six months or longer since you attained 16 years of age?

A: (•) Yes ( ) No

Provide the List of Countries/Regions

Country/Region: - SELECT ONE -

Add Another | Remove

Q: Have you belonged to, contributed to, or worked for any professional, social, or charitable organization?

A: (•) Yes ( ) No

Provide a List of Organizations

Organization Name

Add Another | Remove

Q: Have you ever been a member of the Taliban?

A: (•) Yes ( ) No

Explain

Q: Do you have any specialized skills or training, such as firearms, explosives, nuclear, biological, or chemical experience?

A: (•) Yes ( ) No

Explain

Q: Have you ever served in the military?

A: (•) Yes ( ) No

Provide the following information:

Name of Country/Region: - SELECT ONE -

Branch of Service

Rank/Position

Military Specialty

Date of Service From

(Format: DD-MMM-YYYY)

Date of Service To

(Format: DD-MMM-YYYY)

Add Another | Remove

**Help:** Name of Country/Region

Please select the current name of the country/region where you performed military service.

Q: Have you ever served in, been a member of, or been involved with a paramilitary unit, vigilante unit, rebel group, guerrilla group, or insurgent organization?

A: (•) Yes ( ) No

Explain

Back: Work/Education: Previous | Save | Next: Security and Background

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information | Disclaimers | Paperwork Reduction Act

(118)



## Security and Background: Part 1

Displayed for all applicants. All questions answered to show additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- ✔ Family
- ✔ Work / Education / Training
- Security and Background
  - Part 1
  - Part 2
  - Part 3
  - Part 4
  - Part 5
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Security and Background: Part 1

NOTE: Provide the following security and background information. Provide complete and accurate information to all questions that require an explanation. A visa may not be issued to persons who are within specific categories defined by law as inadmissible to the United States (except when a waiver is obtained in advance). Are any of the following applicable to you? While a YES answer does not automatically signify ineligibility for a visa, if you answer YES you may be required to personally appear before a consular officer.

**Q:** Do you have a communicable disease of public health significance? (Communicable diseases of public significance include chancroid, gonorrhea, granuloma inguinale, infectious leprosy, lymphogranuloma venereum, infectious stage syphilis, active tuberculosis, and other diseases as determined by the Department of Health and Human Services.)

**A:** (●) Yes ( ) No

Explain

**Q:** Do you have a mental or physical disorder that poses or is likely to pose a threat to the safety or welfare of yourself or others?

**A:** (●) Yes ( ) No

Explain

**Q:** Are you or have you ever been a drug abuser or addict?

**A:** (●) Yes ( ) No

Explain

**Q:** Do you have documentation to establish that you have received vaccinations in accordance with U.S. law?

**A:** ( ) Yes (●) No

Explain

◂ Back: Work/Education/Training | Save | Next: Security/Background Part 2 ▸

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act



## Security and Background: Part 2

Displayed for all applicants. All questions answered to show additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
  - Part 1
  - Part 2
  - Part 3
  - Part 4
  - Part 5
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Security and Background: Part 2

NOTE: Provide the following security and background information. Provide complete and accurate answers to all questions that require an explanation. A visa may not be issued to persons who are within specific categories defined by law as inadmissible to the United States (except when a waiver is obtained in advance). Are any of the following applicable to you? While a YES answer does not automatically signify ineligibility for a visa, if you answer YES you may be required to personally appear before a consular officer.

Q: Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other similar action?

A: (•) Yes ( ) No

Explain

Q: Have you ever violated, or engaged in a conspiracy to violate, any law relating to controlled substances?

A: (•) Yes ( ) No

Explain

Q: Are you coming to the United States to engage in prostitution or unlawful commercialized vice or have you been engaged in prostitution or procuring prostitutes within the past 10 years?

A: (•) Yes ( ) No

Explain

Q: Have you ever been involved in, or do you seek to engage in, money laundering?

A: (•) Yes ( ) No

Explain

Q: Have you ever committed or conspired to commit a human trafficking offense in the United States or outside the United States?

A: (•) Yes ( ) No

Explain

Q: Have you ever knowingly aided, abetted, assisted or colluded with an individual who has committed, or conspired to commit a severe human trafficking offense in the United States or outside the United States?

A: (•) Yes ( ) No

Explain

Q: Are you the spouse, son, or daughter of an individual who has committed or conspired to commit a human trafficking offense in the United States or outside the United States and have you within the last five years, knowingly benefited from the trafficking activities?

A: (•) Yes ( ) No

Explain

Q: Are you the spouse, son or daughter of an individual who has been identified by the President of the United States as person who plays a significant role in a severe form of trafficking in persons and have you, within the last five years, knowingly benefited from the trafficking activities?

A: (•) Yes ( ) No

Explain

Q: Are you the spouse, son or daughter of an individual who has violated any controlled substance trafficking law, and have knowingly benefited from the trafficking activities in the past five years?

A: (•) Yes ( ) No

Explain

Back: Security/Background Part 1 | Save | Next: Security/Background Part 3

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act

(118)



## Security and Background: Part 3

Displayed for all applicants. All questions answered to show additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA000320OC**

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
  - Part 1
  - Part 2
  - Part 3
  - Part 4
  - Part 5
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Security and Background: Part 3

NOTE: Provide the following security and background information. Provide complete and accurate information to all questions that require an explanation. A visa may not be issued to persons who are within specific categories defined by law as inadmissible to the United States (except when a waiver is obtained in advance). Are any of the following applicable to you? While a YES answer does not automatically signify ineligibility for a visa, if you answer YES you may be required to personally appear before a consular officer.

**Q:** Do you seek to engage in espionage, sabotage, export control violations, or any other illegal activity while in the United States?

**A:** (●) Yes ( ) No

Explain

**Q:** Do you seek to engage in terrorist activities while in the United States or have you ever engaged in terrorist activities?

**A:** (●) Yes ( ) No

Explain

**Q:** Have you ever or do you intend to provide financial assistance or other support to terrorists or terrorist organizations?

**A:** (●) Yes ( ) No

Explain

**Q:** Are you a member or representative of a terrorist organization?

**A:** (●) Yes ( ) No

Explain

**Q:** Are you the spouse, son, or daughter of an individual who has engaged in terrorist activity, including providing financial assistance or other support to terrorists or terrorist organizations, in the last five years?

**A:** (●) Yes ( ) No

Explain

**Q:** Have you ever ordered, incited, committed, assisted, or otherwise participated in genocide?

**A:** (●) Yes ( ) No

Explain

**Q:** Have you ever committed, ordered, incited, assisted, or otherwise participated in torture?

**A:** (●) Yes ( ) No

Explain

**Q:** Have you committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings, political killings, or other acts of violence?

**A:** (●) Yes ( ) No

Explain

**Q:** Have you ever engaged in the recruitment or the use of child soldiers?

**A:** (●) Yes ( ) No

Explain

+ Add Another  − Remove



Q: Have you, while serving as a government official, been responsible for or directly carried out, at any time, particularly severe violations of religious freedom?

A:  ● Yes  ○ No

Explain

Q: Are you a member of or affiliated with the Communist or other totalitarian party?

A:  ● Yes  ○ No

Explain

Q: Have you ever directly or indirectly assisted or supported any of the groups in Colombia known as the Revolutionary Armed Forces of Colombia (FARC), National Liberation Army (ELN), or United Self-Defense Forces of Colombia (AUC)?

A:  ● Yes  ○ No

Explain

Q: Have you ever through abuse of governmental or political position converted for personal gain, confiscated or expropriated property in a foreign nation to which a United States national had claim of ownership?

A:  ● Yes  ○ No

Explain

Q: Are you the spouse, minor child, or agent of an individual who has through abuse of governmental or political position converted for personal gain, confiscated, or expropriated property in a foreign nation to which a United States national had claim of ownership?

A:  ● Yes  ○ No

Explain

Q: Have you ever disclosed or trafficked in confidential U.S. business information obtained in connection with U.S. participation in the Chemical Weapons Convention?

A:  ● Yes  ○ No

Explain

Q: Are you the spouse, minor child, or agent of an individual who has disclosed or trafficked in confidential U.S. business information obtained in connection with U.S. participation in the Chemical Weapons Convention?

A:  ● Yes  ○ No

Explain

Q: Have you ever been directly involved in the establishment or enforcement of population controls forcing a woman to undergo an abortion against her free choice or a man or a woman to undergo sterilization against his or her free will?

A:  ● Yes  ○ No

Explain

Q: Have you ever been directly involved in the coercive transplantation of human organs or bodily tissue?

A:  ● Yes  ○ No

Explain

‹ Back: Security/Background Part 2     Save     Next: Security/Background Part 4 ›

## Security and Background: Part 4

Displayed for all applicants. All questions answered to show additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA000320OC

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
  - Part 1
  - Part 2
  - Part 3
  - Part 4
  - Part 5
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Security and Background: Part 4

NOTE: Provide the following security and background information. Provide complete and accurate information to all questions that require an explanation. A visa may not be issued to persons who are within specific categories defined by law as inadmissible to the United States (except when a waiver is obtained in advance). Are any of the following applicable to you? While a YES answer does not automatically signify ineligibility for a visa, if you answer YES you may be required to personally appear before a consular officer.

Q: Have you ever been the subject of a removal or deportation hearing?

A: (•) Yes ( ) No

Explain

Q: Have you ever sought to obtain or assist others to obtain a visa, entry into the United States, or any other United States immigration benefit by fraud or willful misrepresentation or other unlawful means?

A: (•) Yes ( ) No

Explain

Q: Have you failed to attend a hearing on removability or inadmissibility within the last five years?

A: (•) Yes ( ) No

Explain

Q: Have you ever been unlawfully present, overstayed the amount of time granted by an immigration official or otherwise violated the terms of a U.S. visa?

A: (•) Yes ( ) No

Explain

Q: Are you subject to a civil penalty under INA 274C?

A: (•) Yes ( ) No

Explain

Q: Have you been ordered removed from the U.S. during the last five years?

A: (•) Yes ( ) No

Explain

**Q:** Have you been ordered removed from the U.S. for a second time within the last 20 years?

**A:** ● Yes ○ No

Explain

**Q:** Have you ever been unlawfully present and ordered removed from the U.S. during the last ten years?

**A:** ● Yes ○ No

Explain

**Q:** Have you ever been convicted of an aggravated felony and been ordered removed from the U.S.?

**A:** ● Yes ○ No

Explain

**Q:** Have you ever been unlawfully present in the U.S. for more than 180 days (but no more than one year) and have voluntarily departed the U.S. within the last three years?

**A:** ● Yes ○ No

Explain

**Q:** Have you ever been unlawfully present in the U.S. for more than one year in the aggregate at any time during the past ten years?

**A:** ● Yes ○ No

Explain

**Q:** Have you ever been removed or deported from any country?

**A:** ● Yes ○ No

Explain

| ◀ Back: Security/Background Part 3 | 🖫 Save | Next: Security/Background Part 5 ▶ |

## Security and Background: Part 5

Displayed for all applicants. All questions answered to show additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- ✔ Family
- ✔ Work / Education / Training
- Security and Background
  - Part 1
  - Part 2
  - Part 3
  - Part 4
  - Part 5

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

### Security and Background: Part 5

NOTE: Provide the following security and background information. Provide complete and accurate information to all questions that require an explanation. A visa may not be issued to persons who are within specific categories defined by law as inadmissible to the United States (except when a waiver is obtained in advance). Are any of the following applicable to you? While a YES answer does not automatically signify ineligibility for a visa, if you answer YES you may be required to personally appear before a consular officer.

Q: Have you ever withheld custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court?
A: (●) Yes ( ) No
Explain

Q: Have you voted in the United States in violation of any law or regulation?
A: (●) Yes ( ) No
Explain

Q: Have you ever renounced United States citizenship for the purposes of avoiding taxation?
A: (●) Yes ( ) No
Explain

Q: Are you a former exchange visitor (J) who has not yet fulfilled the two-year foreign residence requirement?
A: (●) Yes ( ) No
Explain

Q: Do you seek to enter the United States for purpose of performing skilled or unskilled labor but have not yet been certified by the Secretary of Labor?
A: (●) Yes ( ) No
Explain

Q: Are you a graduate of a foreign medical school seeking to perform medical services in the United States but have not yet passed the National Board of Medical Examiners examination or its equivalent?
A: (●) Yes ( ) No
Explain

Q: Are you a health care worker seeking to perform such work in the United States but have not yet received certification from the Commission on Graduates of Foreign Nursing Schools or from an equivalent approved independent credentialing organization?
A: (●) Yes ( ) No
Explain

Q: Are you permanently ineligible for U.S. citizenship?
A: (●) Yes ( ) No
Explain

Q: Have you ever departed the United States in order to evade military service during a time of war?
A: (●) Yes ( ) No
Explain

Q: Are you coming to the U.S. to practice polygamy?
A: (●) Yes ( ) No
Explain

Q: Has the Secretary of Homeland Security of the United States ever determined that you knowingly made a frivolous application for asylum?
A: (●) Yes ( ) No
Explain

◂ Back: Security/Background Part 4 | Save | Next: E-Visa ▸

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act



## E-Visa: Business Profile

Displayed for E1-TR, E2-TR, and E1/E2-EX acting as their respective TRs. 'Other' selected where available to show all additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
  - Business Profile
  - Foreign Parent Business
  - Finance and Trade
  - Investment
  - U.S. Personnel 1
  - U.S. Personnel 2
  - Applicant Present Position
  - Applicant Position in U.S.
  - Application Contact
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

### E-Visa: Business Profile Information

Name of U.S. Enterprise, Business, or Company

Type of Business Enterprise
OTHER (SPECIFY)

Other (Specify)

Date and Place Business was Established or Incorporated in the United States

Date Incorporated
(Format: DD-MMM-YYYY)

City

State
- SELECT ONE -

Address of Headquarters, Subsidiaries, and Branch Offices of U.S. Enterprise (Specify Type of Office)

Type of Office
OTHER (SPECIFY)

Other (Specify)

Name

Street Address (Line 1)

Street Address (Line 2) *Optional*

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Country/Region
- SELECT ONE -

Telephone Number | Fax Number

Add Another | Remove

Nature of the Business
- ☐ General Trade
- ☐ Exports from U.S.
- ☐ Retail Sales
- ☐ Imports to U.S.
- ☐ Manufacturing
- ☐ Services/Technology
- ☑ Other (Specify)

Other (Specify)

Describe fully the services, production, or other activity of the business:

Back: Security | Save | Next: Foreign Parent Business

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act

[118]



## E-Visa: Foreign Parent Business

Displayed for E1-TR, E2-TR, and E1/E2-EX acting as their respective TRs. Answers selected where available to show all additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
  - Business Profile
  - Foreign Parent Business
  - Finance and Trade
  - Investment
  - U.S. Personnel 1
  - U.S. Personnel 2
  - Applicant Present Position
  - Applicant Position in U.S.
  - Application Contact
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

### E-Visa: Foreign Parent Business Information

Q: Is there a foreign parent business?

A: (•) Yes ( ) No

Provide the following information:

Name of Foreign Parent Business

Address of Foreign Parent Business:

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province [ ] Does Not Apply

Postal Zone/ZIP Code [ ] Does Not Apply

Country/Region: - SELECT ONE -

Telephone Number

Fax Number

Q: Are there any Foreign Entities (Corporation, Partnership, etc.) associated with the U.S. business?

A: (•) Yes ( ) No

List the Names of the Foreign Entities:

Name of Foreign Entity

Country/Region of Origin (Nationality): - SELECT ONE -

Percent of Ownership %

Add Another | Remove

Q: Are there any Foreign Individual Owners of the U.S. business?

A: (•) Yes ( ) No

List the Names of the Foreign Individual Owners:

Surnames of Foreign Individual Owner

Given Names of Foreign Individual Owner

Immigration Status

Country/Region of Residence: - SELECT ONE -

Country/Region of Origin (Nationality): - SELECT ONE -

Percent of Ownership %

Add Another | Remove

Back: Business Profile | Save | Next: Finance and Trade

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act

(S18)



## E-Visa: Finance and Trade

Displayed for E1-TR and E1-EX acting as their E1-TR.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
  - Business Profile
  - Foreign Parent Business
  - Finance and Trade
  - Investment
  - U.S. Personnel 1
  - U.S. Personnel 2
  - Applicant Present Position
  - Applicant Position in U.S.
  - Application Contact
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

### E-Visa: Finance and Trade Information

NOTE: All amounts must be entered in U.S. dollars (USD).

Financial Statement for Most Recent Year

For Year:

Select the year type you are accounting for: Fiscal / Calendar

Total Assets Type: Current Cash / Historical Cost

Total Assets of U.S. Business $

Total Liabilities $

Owner's Equity (paid-in capital plus retained earnings; partner's capital accounts in a partnership; and owner's capital account in a sole proprietorship.) $

Total Annual Operating Income Before Taxes $

Total Annual Operating Income After Taxes $

Gross International Trade of the U.S. Enterprise for Most Recent Year

Does Not Apply

For Year:

Select the year type you are accounting for: Fiscal / Calendar

Imports from Treaty Country to U.S. Business

| U.S. Dollar Value | Number of Transactions | Percentage of Total |
|---|---|---|
| $ | | 0.00 % |

Exports from U.S. Business to Treaty Country

| U.S. Dollar Value | Number of Transactions | Percentage of Total |
|---|---|---|
| $ | | 0.00 % |

Imports from Third Countries to U.S Business

| U.S. Dollar Value | Number of Transactions | Percentage of Total |
|---|---|---|
| $ | | 0.00 % |

Exports from U.S. Business to Third Countries

| U.S. Dollar Value | Number of Transactions | Percentage of Total |
|---|---|---|
| $ | | 0.00 % |

Domestic U.S. Production/Manufacturing

| U.S. Dollar Value | Number of Transactions | Percentage of Total |
|---|---|---|
| $ | | 0.00 % |

Total

U.S. Dollar Value $ 0

Number of Transactions 0

Total Percentage 0 %

Calculate Totals

Help: International Trade

This data is being collected to measure the amount of international trade with the United States. For trade in merchandise, exports and imports, refer to shipment and sale of goods across international boundaries. For trade in services and technology, exports and imports, refer to the sale of services by treaty-country nationals to nationals of the United States and other countries.

Back: Foreign Parent Business | Save | Next: Investment

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act



## E-Visa: Investment

Displayed for E2-TR and E2-EX acting as their E2-TR. 'Other' selected where available to show all additional fields.



## E-Visa: U.S. Personnel 1

Displayed for E1-TR, E2-TR, and E1/E2-EX acting as their respective TRs.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
  - Business Profile
  - Foreign Parent Business
  - Finance and Trade
  - Investment
  - U.S. Personnel 1
  - U.S. Personnel 2
  - Applicant Present Position
  - Applicant Position in U.S.
  - Application Contact
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### E-Visa: U.S. Personnel Information 1

Select the year type you are accounting for:
○ Fiscal ○ Calendar

**Nationals of treaty country on E, H, and L visas**

Managerial/Executive
This Year | Next Year

Specialized/Essential
This Year | Next Year

All other Employees
This Year | Next Year

**U.S. Citizens and Legal Permanent Resident (LPR) Employees**

Managerial/Executive
This Year | Next Year

Specialized/Essential
This Year | Next Year

All other Employees
This Year | Next Year

**Other (Third Country National) Employees**

Managerial/Executive
This Year | Next Year

Specialized/Essential
This Year | Next Year

All other Employees
This Year | Next Year

**Total Employees**

Managerial/Executive
This Year 0 | Next Year 0

Specialized/Essential
This Year 0 | Next Year 0

All other Employees
This Year | Next Year

**Total Employees**

Managerial/Executive
This Year 0 | Next Year 0

Specialized/Essential
This Year 0 | Next Year 0

All other Employees
This Year 0 | Next Year 0

Calculate Totals

Back: Investment | Save | Next: U.S. Personnel 2

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act



## E-Visa: U.S. Personnel 2

Displayed for E1-TR, E2-TR, and E1/E2-EX acting as their respective TRs.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- ✔ Family
- ✔ Work / Education / Training
- ✔ Security and Background
- E-Visa
  - Business Profile
  - Foreign Parent Business
  - Finance and Trade
  - Investment
  - U.S. Personnel 1
  - U.S. Personnel 2
  - Applicant Present Position
  - Applicant Position in U.S.
  - Application Contact
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### E-Visa: U.S. Personnel Information 2

List all personnel of U.S. business who hold executive, managerial, and/or specialist positions by subsidiary/branch office. If aliens, indicate Nonimmigrant visa status or Lawful Permanent Resident (LPR) status.

Name, Position/Title, and Division

Surnames

Given Names

Position

Division

Country/Region of Origin (Nationality)
- SELECT ONE -

U.S. Status of Personnel
- SELECT ONE -

Add Another   Remove

Back: U.S. Personnel 1 | Save | Next: Applicant Present Position

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act

(118)



## E-Visa: U.S. Personnel 2 (Nonimmigrant)

US Status of Personnel as 'Nonimmigrant Visa Holder.'

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE

CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
  - Business Profile
  - Foreign Parent Business
  - Finance and Trade
  - Investment
  - U.S. Personnel 1
  - U.S. Personnel 2
  - Applicant Present Position
  - Applicant Position in U.S.
  - Application Contact
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

### E-Visa: U.S. Personnel Information 2

List all personnel of U.S. business who hold executive, managerial, and/or specialist positions by subsidiary/branch office. If aliens, indicate Nonimmigrant visa status or Lawful Permanent Resident (LPR) status.

Name, Position/Title, and Division

Surnames

Given Names

Position

Division

Country/Region of Origin (Nationality): - SELECT ONE -

U.S. Status of Personnel: NONIMMIGRANT VISA HOLDER

U.S. Visa

Type of Visa Issued: - PLEASE SELECT -

Date Visa was Issued (Format: DD-MMM-YYYY)

Place Visa was Issued: - SELECT ONE -

Add Another | Remove

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

Back: U.S. Personnel 1 | Save | Next: Applicant Present Position

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information | Disclaimers | Paperwork Reduction Act



## E-Visa: U.S. Personnel 2 (LPR)

US Status of Personnel as 'Lawful Permanent Resident (LPR).'

Contact Us | Help | Exit

Select Tooltip Language

English

U.S. DEPARTMENT of STATE

CONSULAR ELECTRONIC APPLICATION CENTER

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- ✔ Family
- ✔ Work / Education / Training
- ✔ Security and Background
- E-Visa
  - Business Profile
  - Foreign Parent Business
  - Finance and Trade
  - Investment
  - U.S. Personnel 1
  - U.S. Personnel 2
  - Applicant Present Position
  - Applicant Position in U.S.
  - Application Contact
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

### E-Visa: U.S. Personnel Information 2

List all personnel of U.S. business who hold executive, managerial, and/or specialist positions by subsidiary/branch office. If aliens, indicate Nonimmigrant visa status or Lawful Permanent Resident (LPR) status.

Name, Position/Title, and Division

Surnames

Given Names

Position

Division

Country/Region of Origin (Nationality)

- SELECT ONE -

U.S. Status of Personnel

LAWFUL PERMANENT RESIDENT (LPR)

Provide the following information:

A Number

☐ Do Not Know

(e.g., A12345678 or A123456789)

Add Another | Remove

◂ Back: U.S. Personnel 1 | Save | Next: Applicant Present Position ▸

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information | Disclaimers | Paperwork Reduction Act

(118)



## E-Visa: U.S. Personnel 2 (Other)

US Status of Personnel as 'Other/I Don't Know.'

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- ✔ Family
- ✔ Work / Education / Training
- ✔ Security and Background
- E-Visa
  - Business Profile
  - Foreign Parent Business
  - Finance and Trade
  - Investment
  - U.S. Personnel 1
  - U.S. Personnel 2
  - Applicant Present Position
  - Applicant Position in U.S.
  - Application Contact
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

### E-Visa: U.S. Personnel Information 2

List all personnel of U.S. business who hold executive, managerial, and/or specialist positions by subsidiary/branch office. If aliens, indicate Nonimmigrant visa status or Lawful Permanent Resident (LPR) status.

Name, Position/Title, and Division

Surnames

Given Names

Position

Division

Country/Region of Origin (Nationality)
- SELECT ONE -

U.S. Status of Personnel
OTHER/I DON'T KNOW

Explain

Add Another | Remove

Back: U.S. Personnel 1 | Save | Next: Applicant Present Position

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act

(118)



## E-Visa: Applicant Present Position

Displayed for all principal E-Visa applicants. Questions answered to display all additional fields.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- ✔ Family
- ✔ Work / Education / Training
- ✔ Security and Background
- E-Visa
  - Business Profile
  - Foreign Parent Business
  - Finance and Trade
  - Investment
  - U.S. Personnel 1
  - U.S. Personnel 2
  - Applicant Present Position
  - Applicant Position in U.S.
  - Application Contact
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

### E-Visa: Applicant Present Position Information

NOTE: You have indicated that you are applying for an E-1 or an E-2 Visa. Provide the following information concerning the business or company employing you.

Type of Applicant
OTHER

Explain Other

Present Position and Duties (describe in detail)

Name and Address of Employer

Employer Name

Years with Present Employer

Employer Address

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Country/Region
- SELECT ONE -

Highest Level of Education

School

Degree

Major

Year

Q: Do you have any other relevant education to report?

A: (●) Yes ( ) No

Explain

◂ Back: U.S. Personnel 2 | Save | Next: Applicant Position in U.S. ▸

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act



## E-Visa: Applicant Position in U.S.

Displayed for all principal E-Visa applicants, replacing worker as “Yes.”

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
  - Business Profile
  - Foreign Parent Business
  - Finance and Trade
  - Investment
  - U.S. Personnel 1
  - U.S. Personnel 2
  - Applicant Present Position
  - Applicant Position in U.S.
  - Application Contact
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

### E-Visa: Applicant Position in U.S. Information

Describe your position in the United States, including title, duties, and immediate subordinates.

Title

Duties

Q: Will you have any immediate subordinates in your position in the U.S.?

A: (•) Yes ( ) No

Immediate Subordinates

Surnames

Given Names

Add Another | Remove

Annual U.S. Salary and Benefits Package

| Salary | Allowances / Benefits | Total |
|---|---|---|
| $ | $ | $ 0 |

Calculate Total

**Help: U.S. Salary and Benefits**

All amounts must be entered in U.S. dollars (USD).

Q: Are you replacing a worker already in the United States?

A: (•) Yes ( ) No

Provide the following information:

Surnames

Given Names

Type of Visa Issued

- PLEASE SELECT -

Date Visa was Issued

(Format: DD-MMM-YYYY)

Country/Region Visa was Issued

- SELECT ONE -

Back: Applicant Present Position | Save | Next: Application Contact

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information | Disclaimers | Paperwork Reduction Act

(118)

## E-Visa: Applicant Position in U.S.

Replacing worker as "No."

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
  - Business Profile
  - Foreign Parent Business
  - Finance and Trade
  - Investment
  - U.S. Personnel 1
  - U.S. Personnel 2
  - Applicant Present Position
  - Applicant Position in U.S.
  - Application Contact
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

### E-Visa: Applicant Position in U.S. Information

Describe your position in the United States, including title, duties, and immediate subordinates.

Title

Duties

Q: Will you have any immediate subordinates in your position in the U.S.?

A: (●) Yes ( ) No

Immediate Subordinates

Surnames

Given Names

Add Another | Remove

Annual U.S. Salary and Benefits Package

| Salary | Allowances / Benefits | Total |
|---|---|---|
| $ | $ | $ 0 |

Calculate Total

Help: U.S. Salary and Benefits

All amounts must be entered in U.S. dollars (USD).

Q: Are you replacing a worker already in the United States?

A: ( ) Yes (●) No

Provide the following information:

Q: Is this an increase in staff?

A: ( ) Yes ( ) No

Q: Is this a continuance of an existing employment in the United States?

A: ( ) Yes ( ) No

Back: Applicant Present Position | Save | Next: Application Contact

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information | Disclaimers | Paperwork Reduction Act

(118)

## E-Visa: Application Contact

Displayed for all principal E-Visa applicants.

| | |
|---|---|
| Contact Us | Help | Exit |

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

| COMPLETE | PHOTO | REVIEW | SIGN |
|---|---|---|---|

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

### E-Visa: Application Contact Information

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- ✔ Family
- ✔ Work / Education / Training
- ✔ Security and Background
- E-Visa
  - Business Profile
  - Foreign Parent Business
  - Finance and Trade
  - Investment
  - U.S. Personnel 1
  - U.S. Personnel 2
  - Applicant Present Position
  - Applicant Position in U.S.
  - ▪ Application Contact
  - Student/Exchange Visa
  - Crew Visa
  - Temporary Work Visa

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

Responsible officer within the business enterprise:

Surnames

Given Names

Position

Name and address of person who may be contacted about this application:

Surnames

Given Names

Address and Phone Number of Contact

Street Address (Line 1)

Street Address (Line 2) *Optional*

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Country/Region
- SELECT ONE -

Telephone Number

Fax Number ☐ Does Not Apply

Email Address ☐ Does Not Apply
(e.g., emailaddress@example.com)

◀ Back: Applicant Position in U.S. | Save | Next: Student/Exchange Visa ▶

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act

[198]

## Additional Point of Contact

Displayed for all F, M, and J visa applicants.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
  - Additional Contact
  - SEVIS
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Additional Point of Contact Information

NOTE: You have indicated that you will be studying in some capacity while in the United States. List at least two contacts in your country of residence who can verify the information that you have provided on this application. Do not list immediate family members or other relatives. Postal office box numbers are unacceptable.

Surnames

Given Names

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Country/Region: - SELECT ONE -

Telephone Number ☐ Does Not Apply

Email Address ☐ Does Not Apply
(e.g., emailaddress@example.com)

Add Another | Remove

Surnames

Given Names

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Country/Region: - SELECT ONE -

Telephone Number ☐ Does Not Apply

Email Address ☐ Does Not Apply
(e.g., emailaddress@example.com)

Add Another | Remove

Back: E-Visa | Save | Next: SEVIS

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act



## SEVIS Information (F/M Visas)

Displayed for all F and M visa applicants.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- ✔ Family
- ✔ Work / Education / Training
- ✔ Security and Background
- ✔ E-Visa
- Student/Exchange Visa
  - Additional Contact
  - SEVIS
- Crew Visa
- Temporary Work Visa

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

### SEVIS Information

NOTE: You have indicated that the purpose of your trip to the U.S. is to be a student or exchange visitor. Provide the following information regarding the institution at which you intend to study.

SEVIS ID

(e.g., N0123456789)

Provide additional information below:

Name of School

Course of Study

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State
- SELECT ONE -

Postal Zone/ZIP Code

(e.g., 12345 or 12345-1234)

**Help: Course Study**

For high school course of study please indicate "Academic" or "Vocational." For all other educational levels please indicate your major or concentration.

Back: Additional Contact | Save | Next: Crew Visa

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information  Disclaimers  Paperwork Reduction Act

(118)



## SEVIS Information (J Visas)

Displayed for all J visa applicants.

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

- Getting Started
- Personal
- Travel
- Travel Companions
- Previous U.S. Travel
- Address and Phone
- Passport
- U.S. Contact
- Family
- Work / Education / Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Additional Contact
- SEVIS
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

# SEVIS Information

NOTE: You have indicated that the purpose of your trip to the U.S. is to be a student or exchange visitor. Provide the following information regarding the institution at which you intend to study.

SEVIS ID

(e.g., N0123456789)

Program Number

_-_-_____

(e.g., G-7-12345)

**Q:** Do you intend to study in the U.S.?

**A:** (•) Yes ( ) No

Provide additional information below:

Name of School

Course of Study

Street Address (Line 1)

Street Address (Line 2) *Optional*

City

State

- SELECT ONE -

Postal Zone/ZIP Code

(e.g., 12345 or 12345-1234)

**Help:** Course Study

For high school course of study please indicate "Academic" or "Vocational." For all other educational levels please indicate your major or concentration.

Back: Additional Contact | Save | Next: Crew Visa

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act
(118)



## Crew Visa

Displayed for D-Visa applicants. All questions answered 'Yes.'

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID AA00911JX9

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- ✔ Family
- ✔ Work / Education / Training
- ✔ Security and Background
- ✔ E-Visa
- ✔ Student/Exchange Visa
- Crew Visa
- Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Crew Visa Information

NOTE: You have indicated that you are a crew member.

Specific job title aboard aircraft or vessel

Name of company that owns the aircraft or vessel you will be working on

Company Telephone Number

Q: Did you acquire your position using a recruiting/manning/crewing agency?

A: (•) Yes ( ) No

Provide the following information:

Agency Name

Contact Surnames

Contact Given Names

Street Address (Line 1)

Street Address (Line 2) *Optional

City

State/Province ☐ Does Not Apply

Postal Zone/ZIP Code ☐ Does Not Apply

Country/Region: - SELECT ONE -

Telephone Number

Q: Are you serving aboard a seagoing ship or vessel?

A: (•) Yes ( ) No

Provide the following information:

Seagoing Ship/Vessel Name

Seagoing Ship/Vessel Identification Number

Back: Student/Exchange Visa | Save | Next: Temporary Work Visa

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act



## Temporary Work Visa

Displayed for the following Visa types: A3-EM, CW1-CW1, E1-EX, E1-TR, E2-EX, E2-TR, E2C-E2C, E3-AUS, E3R-RT, G5-EM, H1B-H1B, H1B1-CHL, H1B1-SGP, H1C-NR, H2A-AG, H2B-NA,H3-TR, I-FR, L1-L1, NATO7-EM, O1-EX, O2-AL, P1-P1, P2-P2, P3-P3, Q1-Q1, R1-R1, and TN-TN.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

- ✔ Getting Started
- ✔ Personal
- ✔ Travel
- ✔ Travel Companions
- ✔ Previous U.S. Travel
- ✔ Address and Phone
- ✔ Passport
- ✔ U.S. Contact
- ✔ Family
- ✔ Work / Education / Training
- ✔ Security and Background
- ✔ E-Visa
- ✔ Student/Exchange Visa
- ✔ Crew Visa
- Temporary Work Visa

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

### Temporary Work Visa Information

NOTE: You have indicated that the purpose of your trip to the U.S. is to work temporarily. Provide the following information concerning your employer.

Where Do You Intend to Work?

Name of Employer

E-Visa Company Registration Number

☐ Does Not Apply

U.S. Street Address (Line 1)

U.S. Street Address (Line 2) *Optional

City

State

- SELECT ONE -

ZIP Code (if known)

(e.g., 55555 or 55555-5555)

Phone Number

(e.g., 5555555555)

Back: Crew Visa | Save | Next: PHOTO

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information Disclaimers Paperwork Reduction Act

(118)



## Upload Photo

Displayed for all applicants.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language ENGLISH

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160) Application ID AA006WPHRO

Upload Photo
Confirm Photo

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

Upload Photo

**Starting November 1, 2016, eye glasses will no longer be allowed in new visa photos.**

Click on the Upload Your Photo button below to access our photo submission system. Once there you will be given instructions on how to supply an approved photo for your Visa application. After you have selected the photo to upload and the system verifies the photo is acceptable, you will return to "Confirm Photo" to continue the application process.

Upload Your Photo

Back: COMPLETE | Save | Next: Confirm Photo

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act

(27)



## Upload Photo (continued)

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

# Upload Photo

### Prepare Photo for Submission

Please refer to the Department of State's image requirements.

To assist in preparing your image, you may click on the icon to the right to use a Department of State photo cropping tool. You may use this tool to resize, rotate, and/or crop a photo on your computer to meet the Department of State's head-size and digital image submission requirements.

Photo Cropping Tool

### Select Your Photo

Click the "Browse" button and choose a JPEG format image (i.e., .jpg file type) that is 240 Kb or less in file size.

### Photo Quality Standards

In order to ensure the highest quality photos will be used in the final printed travel document, the Department of State has created a guide for you to use when creating and uploading your photos [see photo quality standards guide].(0)

Photo:

Choose File No file chosen

◂ Back: Cancel | Next: Upload Selected Photo ▸

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information Disclaimers Paperwork Reduction Act



## Upload Photo – Photo Quality Standards Result

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

### Photo Quality Standards Result

Photo passed quality standards

Your photo has successfully been uploaded and passed all quality checks. Your photo submission has been accepted.

You can continue your application at the Visa website.

**Selected Photo:** The passport photo for CEAC.jpg

Back: Select a Different Photo | Next: Continue Using This Photo

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act



## Upload Photo (continued)

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language ENGLISH

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160) Application ID **AA006WPHRO**

- Upload Photo
- **Confirm Photo**

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Confirm Photo

Photo Provided:

Please note that you may be required to bring a passport-like photo to your interview.

Choose a Different Photo

Back: COMPLETE | Save | Next: REVIEW

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act



# Application Review (Personal, Address, Phone and Passport)

Displayed for all applicants.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

- Personal/Address/ Phone/Passport
- Travel
- U.S. Contact
- Family
- Work/Education/ Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa
- Location

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

## Personal, Address, Phone, and Passport Information

Note: You have completed data entry for your NIV application. Before submitting the application, please review your entries below. To navigate to the next section to be reviewed, click the 'Next' button on the bottom of the page. If an entry is incorrect, click on the links on the right side of the page, which will direct you to the page where you entered the data. Once you have reviewed all sections, you will be directed to the Sign and Submit page to complete the application process.

Print

Photo Provided:

Upload New Photo

Edit Personal Information

| | |
|---|---|
| Name Provided: | TEST, TEST |
| Full Name in Native Alphabet: | DOES NOT APPLY |
| Other Names Used: | NO |
| Telecode Name Used: | NO |
| Sex: | MALE |
| Marital Status: | SINGLE |
| Date of Birth: | 01 JANUARY 1950 |
| Country/Region of Birth: | TEST, AFGHANISTAN |
| Country/Region of Origin (Nationality): | AFGHANISTAN |
| Do you hold or have you held any nationality other than the one indicated above on nationality? | NO |
| Are you a permanent resident of a country/region other than your country/region of origin (nationality) above? | NO |
| National Identification Number: | DOES NOT APPLY |
| U.S. Social Security Number: | DOES NOT APPLY |
| U.S. Taxpayer ID Number: | DOES NOT APPLY |

Edit Address and Phone Information

| | |
|---|---|
| Home Address: | TEST |
| City: | TEST |
| State/Province: | DOES NOT APPLY |
| Postal Zone/ZIP Code: | DOES NOT APPLY |
| Country/Region: | AFGHANISTAN |
| Same Mailing Address? | YES |
| Primary Phone Number: | 1 |
| Secondary Phone Number: | DOES NOT APPLY |
| Work Phone Number: | DOES NOT APPLY |
| Have you used additional phone numbers in the last five years? | |
| Email Address: | a@b.com |
| Have you used additional email addresses in the last five years? | |
| Do you have a social media presence? | |
| Social Media Provider/Platform (1): | NONE |
| Social Media Identifier: | |
| Have you used additional social media platforms in the last five years? | |

Edit Passport/Travel Document Information

| | |
|---|---|
| Passport/Travel Document Type: | REGULAR |
| Passport/Travel Document Number: | 1 |
| Passport Book Number: | DOES NOT APPLY |
| Country/Authority that Issued Passport/Travel Document: | AFGHANISTAN |
| City where issued: | TEST |
| Country/Region where issued: | AFGHANISTAN |
| Issuance Date: | 01 JANUARY 1995 |
| Expiration Date: | DOES NOT APPLY |
| Have you ever lost a passport or had one stolen? | NO |

Back: | Save | Next: Travel

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act



# Application Review (Travel)

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

COMPLETE | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA000322WS**

- Personal/Address/Phone/Passport
- Travel
- U.S. Contact
- Family
- Work/Education/Training
- Security and Background
- E-Visa
- Temporary Work Visa
- Location

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

## Travel Information

Print

Edit Travel Information

The List of Purposes of Trip to the U.S.

| | |
|---|---|
| Purpose of Trip to the U.S. (1): | TREATY TRADER OR INVESTOR (E) |
| Specify: | EXECUTIVE/MGR/ESSENTIAL EMP (E1) |
| Has the principal Treaty Trader or Investor already been issued a visa? | YES |
| Tready Trader/Investor Name: | TEST, TEST |
| Tready Trader/Investor Date of Birth: | 01 JANUARY 1955 |

| | |
|---|---|
| Intended Date of Arrival: | 01 JANUARY 2025 |
| Intended Length of Stay in U.S.: | 4 MONTH(S) |
| Address where you will stay in the U.S.: | TEST |
| | TEST, ALABAMA |
| Person/Entity Paying for Your Trip: | SELF |

Edit Travel Companions Information

| | |
|---|---|
| Other Persons Traveling with You: | NO |

Edit Previous U.S. Travel Information

| | |
|---|---|
| Have you ever been in the U.S.? | NO |
| Have you ever been issued a U.S. visa? | NO |
| Have you ever been refused a U.S. Visa, or been refused admission to the United States, or withdrawn your application for admission at the port of entry? | NO |
| Has anyone ever filed an immigrant petition on your behalf with the United States Citizenship and Immigration Services? | NO |

Back: Personal/Address | Save | Next: U.S. Contact

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act

(69)



## Application Review (US Contact)

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: ENGLISH

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160) Application ID **AA006WPHRO**

- ✔ Personal/Address/Phone/Passport
- ✔ Travel
- U.S. Contact
- Family
- Work/Education/Training
- Security and Background
- Student/Exchange Visa
- Location

### U.S. Contact Information

Print

**Edit U.S. Point of Contact Information**

| | |
|---|---|
| Contact Person Name in the U.S.: | DO NOT KNOW |
| Organization Name in the U.S.: | THE GEORGE WASHINGTON UNIVERSITY |
| Relationship to You: | SCHOOL OFFICIAL |
| U.S. Contact Address: | 1234 GEORGE LANE SE |
| | WASHINGTON , DISTRICT OF COLUMBIA 20003 |
| Phone Number: | 111111111111 |
| Email Address: | DOES NOT APPLY |

Back: Travel | Save | Next: Family

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act

(27)



# Application Review (Family)

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language ENGLISH

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160) Application ID AA006WPHRO

- ✓ Personal/Address/ Phone/Passport
- ✓ Travel
- ✓ U.S. Contact
- Family
- Work/Education/ Training
- Security and Background
- Student/Exchange Visa
- Location

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

## Family Information

Print

Edit Family Information: Relatives

| | |
|---|---|
| Father's Surnames: | DO NOT KNOW |
| Father's Given Names: | DO NOT KNOW |
| Mother's Surnames: | DO NOT KNOW |
| Mother's Given Names: | DO NOT KNOW |
| Do you have any immediate relatives, not including parents in the U.S.? | NO |
| Do you have any other relatives in the United States? | NO |

Edit Family Information: Spouse

| | |
|---|---|
| Spouse's Full Name: | TARGARYEN, DEANERYS |
| Spouse's Date of Birth: | 01 JANUARY 1980 |
| Spouse's Country/Region of Origin (Nationality): | AFGHANISTAN |
| Spouse's City of Birth: | DO NOT KNOW |
| Spouse's Country/Region of Birth: | AFGHANISTAN |
| Spouse's Address: | SAME AS HOME ADDRESS |

Back: U.S. Contact | Save | Next: Work/Education/Training

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act
(27)



# Application Review (Work/Education/Training)

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA0001ITQ2**

- ✔ Personal/Address/ Phone/Passport
- ✔ Travel
- ✔ U.S. Contact
- ✔ Family
- ✔ Work/Education/ Training
- ✔ Security and Background
- ✔ E-Visa
- ✔ Student/Exchange Visa
- ✔ Crew Visa
- ✔ Temporary Work Visa
- ✔ Location

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

## Work / Education / Training Information

Print

**Edit Present Work Information**

| | |
|---|---|
| Primary Occupation: | EDUCATION |
| Present Employer or School Name: | TEST |
| Present Employer or School Address: | TEST |
| City: | TEST |
| State/Province: | DOES NOT APPLY |
| Postal Zone/Zip Code: | DOES NOT APPLY |
| Country/Region: | AFGHANISTAN |
| Start Date: | 01 JANUARY 2010 |
| Work Phone Number: | 1234567890 |
| Monthly Salary in Local Currency (if employed): | DOES NOT APPLY |
| Briefly Describe your Duties: | TEST |

**Edit Previous Work Information**

| | |
|---|---|
| Were you previously employed? | YES |
| Employer Name (1): | TEST |
| Employer Address: | TEST |
| City: | TEST |
| State/Province: | DOES NOT APPLY |
| Postal Zone/Zip Code: | DOES NOT APPLY |
| Country/Region: | AFGHANISTAN |
| Telephone Number: | 1234567890 |
| Job Title: | TEST |
| Supervisor's Surname: | DO NOT KNOW |
| Supervisor's Given Name: | DO NOT KNOW |
| Employment Date From: | 01 JANUARY 1975 |
| Employment Date To: | 01 JANUARY 1980 |
| Briefly describe your duties: | TEST |
| Employer Name (2): | TEST |
| Employer Address: | TEST |
| City: | TEST |
| State/Province: | DOES NOT APPLY |
| Postal Zone/Zip Code: | DOES NOT APPLY |
| Country/Region: | AFGHANISTAN |
| Telephone Number: | 123457890 |
| Job Title: | TEST |
| Supervisor's Surname: | DO NOT KNOW |
| Supervisor's Given Name: | DO NOT KNOW |
| Employment Date From: | 01 JANUARY 1975 |
| Employment Date To: | 01 JANUARY 1980 |
| Briefly describe your duties: | TEST |
| Have you attended any educational institutions at a secondary level or above? | NO |

**Edit Additional Information**

| | |
|---|---|
| Do you belong to a clan or tribe? | NO |
| Provide a List of Languages You Speak: | |
| Language Name (1): | TEST |
| Have you traveled to any countries/regions within the last five years? | NO |
| Have you resided in any country/region for six months or longer since you attained 16 years of age? | NO |
| Have you belonged to, contributed to, or worked for any professional, social, or charitable organization? | NO |
| Do you have any specialized skills or training, such as firearms, explosives, nuclear, biological, or chemical experience? | NO |
| Have you ever served in the military? | NO |
| Have you ever served in, been a member of, or been involved with a paramilitary unit, vigilante unit, rebel group, guerrilla group, or insurgent organization? | NO |

◂ Back: Family | Save | Next: Security and Background ▸

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information  Disclaimers  Paperwork Reduction Act



# Application Review (Security and Background)

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA000320OC**

- ✔ Personal/Address/Phone/Passport
- ✔ Travel
- ✔ U.S. Contact
- ✔ Family
- ✔ Work/Education/Training
- Security and Background
- ✔ E-Visa
- ✔ Student/Exchange Visa
- ✔ Crew Visa
- ✔ Temporary Work Visa
- ✔ Location

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

## Security and Background Information

Print

Edit Part 1

| | |
|---|---|
| Do you have a communicable disease of public health significance? (Communicable diseases of public significance include chancroid, gonorrhea, granuloma inguinale, infectious leprosy, lymphogranuloma venereum, infectious stage syphilis, active tuberculosis, and other diseases as determined by the Department of Health and Human Services.) | NO |
| Do you have a mental or physical disorder that poses or is likely to pose a threat to the safety or welfare of yourself or others? | NO |
| Are you or have you ever been a drug abuser or addict? | NO |
| Do you have documentation to establish that you have received vaccinations in accordance with U.S. law? | YES |

Edit Part 2

| | |
|---|---|
| Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other similar action? | NO |
| Have you ever violated, or engaged in a conspiracy to violate, any law relating to controlled substances? | NO |
| Are you coming to the United States to engage in prostitution or unlawful commercialized vice or have you been engaged in prostitution or procuring prostitutes within the past 10 years? | NO |
| Have you ever been involved in, or do you seek to engage in, money laundering? | NO |
| Have you ever committed or conspired to commit a human trafficking offense in the United States or outside the United States? | NO |
| Are you the spouse, son, or daughter of an individual who has committed or conspired to commit a human trafficking offense in the United States or outside the United States and have you within the last five years, knowingly benefited from the trafficking activities? | NO |
| Have you knowingly aided, abetted, assisted or colluded with an individual who has committed or conspired to commit a severe human trafficking offense in the United States or outside the United States? | NO |
| Are you the spouse, son, or daughter of an individual who has been identified by the President of the United States as person who plays a siginificant role in a severe form in trafficking in persons and have you, within last five years, knowingly benefited from the trafficking activities? | NO |
| Are you the spouse, son, or daughter of an individual who has violated any controlled substance trafficking law, and have knowingly benefited from the trafficking activities in the past five years? | NO |

Edit Part 3

| | |
|---|---|
| Do you seek to engage in espionage, sabotage, export control violations, or any other illegal activity while in the United States? | NO |
| Do you seek to engage in terrorist activities while in the United States or have you ever engaged in terrorist activities? | NO |
| Have you ever or do you intend to provide financial assistance or other support to terrorists or terrorist organizations? | NO |
| Are you a member or representative of a terrorist organization? | NO |
| Are you the spouse, son, or daughter of an individual who has engaged in terrorist activity, including providing financial assistance or other support to terrorists or terrorist organizations, in the last five years? | NO |
| Have you ever ordered, incited, committed, assisted, or otherwise participated in genocide? | NO |
| Have you ever committed, ordered, incited, assisted, or otherwise participated in torture? | NO |
| Have you committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings, political killings, or other acts of violence? | NO |
| Have you ever engaged in the recruitment or the use of the child soldiers? | NO |
| Have you, while serving as a government official, been responsible for or directly carried out, at any time, particularly severe violations of religious freedom? | NO |
| Are you a member of or affiliated with the Communist or other totalitarian party? | NO |
| Have you ever directly or indirectly assisted or supported any of the groups in Colombia known as the Revolutionary Armed Forces of Colombia (FARC), National Liberation Army (ELN), or United Self-Defense Forces of Colombia (AUC)? | NO |
| Have you ever through abuse of governmental or political position converted for personal gain, confiscated or expropriated property in a foreign nation to which a United States national had claim of ownership? | NO |
| Are you the spouse, minor child, or agent of an individual who has through abuse of governmental or political position converted for personal gain, confiscated or expropriated property in a foreign nation to which a United States national had claim of ownership? | NO |
| Have you ever disclosed or trafficked in confidential U.S. business information obtained in connection with U.S. participation in the Chemical Weapons Convention? | NO |
| Are you the spouse, minor child, or agent of who has disclosed or trafficked in confidential U.S. business information obtained in connection with U.S. participation in the Chemical Weapons Convention? | NO |
| Have you ever been directly involved in the establishment or enforcement of the population controls forcing a woman to undergo an abortion against her free choice or a man or a woman to undergo sterilization against his or her free will? | NO |
| Have you ever been directly involved in the coercive transplantation of human organs or bodily tissue? | NO |

Edit Part 4

| | |
|---|---|
| Have you ever been the subject of a removal or deportation hearing? | NO |
| Have you ever sought to obtain or assist others to obtain a visa, entry into the United States, or any other United States immigration benefit by fraud or willful misrepresentation or other unlawful means? | NO |
| Have you failed to attend a hearing on removability or inadmissibility within the last five years? | NO |
| Have you ever been unlawfully present, overstayed the amount of time granted by an immigration official or otherwise violated the terms of a U.S. visa? | NO |
| Are you subject to a civil penalty under INA 247C? | NO |
| Have you been ordered removed from the U.S. during the last five years? | NO |
| Have you been ordered removed from the U.S. for a second time within the last 20 years? | NO |
| Have you ever been unlawfully present and ordered removed from the U.S. during the last ten years? | NO |
| Have you ever been convicted of an aggrevated felony and been ordered removed from the U.S.? | NO |
| Have you ever been unlawfully present in the U.S. for more than 180 days (but no more than one year) and have voluntarily departed the U.S. within the last three years? | NO |
| Have you ever been unlawfully present in the U.S. for more than one year in the aggregate at any time during the past ten years? | NO |
| Have you ever been removed or deported from any country? | NO |

Edit Part 5

| | |
|---|---|
| Have you ever withheld custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court? | NO |
| Have you voted in the United States in violation of any law or regulation? | NO |
| Have you ever renounced United States citizenship for the purpose of avoiding taxation? | NO |
| Are you a former exchange visitor (J) who has not yet fulfilled the two-year foreign residence requirement? | NO |
| Have you attended a public elementary school on student (F) status or a public secondary school after November 30, 1996 without reimbursing the school? | NO |
| Do you seek to enter the United States for purpose of performing skilled or unscilled labor but have not yet been certified by the Secretary of Labor? | NO |
| Are you a graduate of a foreign medical school seeking to perform medical services in the United States but have not yet passed the National Board of Medical Examiners examination or its equivalent? | NO |
| Are you a health care worker seeking to perform such work in the United States but have not yet received certification on Graduates of Foreign Nursing Schools or from an equivalent approved independent credentialing organization? | NO |
| Are you permanently ineligible for U.S. citizenship? | NO |
| Have you ever departed the United States in order to evade military service during a time of war? | NO |
| Are you coming to the U.S. to practice polygamy? | NO |
| Has the Secretary of Homeland Security of the United States ever determined that you knowingly made a frivolous application for asylum? | NO |

◂ Back: Work/Education/Training | Save | Next: E-Visa ▸

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act



## Application Review  (E-Visa)



**Edit E-Visa: U.S. Personnel Information 2**

List all personnel of U.S. business who hold executive, managerial, and/or specialist positions by subsidiary/branch office. If aliens, indicate Nonimmigrant visa status or Lawful Permanent Resident (LPR) status

**Name, Position/Title, and Division (1)**

| | |
|---|---|
| Name: | TEST, TEST |
| Position: | TEST |
| Division: | TEST |
| Country/Region of Origin (Nationality): | ANTIGUA AND BARBUDA |
| U.S. Status of Personnel: | U.S. CITIZEN |

**Name, Position/Title, and Division (2)**

| | |
|---|---|
| Name: | TEST, TEST |
| Position: | TEST |
| Division: | TEST |
| Country/Region of Origin (Nationality): | ANTIGUA AND BARBUDA |
| U.S. Status of Personnel: | U.S. CITIZEN |

**Edit E-Visa: Applicant Present Position Information**

| | |
|---|---|
| Type of Applicant: | EXECUTIVE |
| Present Position and Duties (describe in detail): | TEST |
| Employer Name: | TEST |
| Years with Present Employer: | 4 |

**Employer Address**

| | |
|---|---|
| Street Address: | TEST |
| City: | TEST |
| State/Province: | DOES NOT APPLY |
| Postal Code/ZIP Code: | DOES NOT APPLY |
| Country/Region: | ALGERIA |

**Highest Level of Education**

| | |
|---|---|
| School: | TEST |
| Degree: | TEST |
| Major: | TEST |
| Year: | 1985 |
| Do you have any other relevant education to report? | NO |

**Edit E-Visa: Applicant Position in U.S. Information**

| | |
|---|---|
| Title: | TEST |
| Duties: | TEST |
| Will you have any immediate subordinates in your position in the U.S.? | NO |

**Annual U.S. Salary and Benefits Package**

| | |
|---|---|
| Salary: | $1 |
| Allowances / Benefits: | $1 |
| Total: | $2 |
| Are you replacing a worker already in the United States? | NO |
| Is this an increase in staff? | NO |
| Is this a continuance of an existing employment in the United States? | NO |

**Edit E-Visa: Application Contact Information**

**Responsible officer within the business enterprise**

| | |
|---|---|
| Name: | TEST, TEST |
| Position: | TEST |

**Name and address of person who may be contacted about this application**

| | |
|---|---|
| Name: | TEST, TEST |
| Street Address: | TEST |
| City: | TEST |
| State/Province: | DOES NOT APPLY |
| Postal Zone/ZIP Code: | DOES NOT APPLY |
| Country/Region: | AFGHANISTAN |
| Telephone Number: | 1234567890 |
| Fax Number: | DOES NOT APPLY |
| Email Address: | DOES NOT APPLY |

◀ Back: Security and Background     🖫 Save     Next: Student/Exchange Visa ▶



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information ⧉   Disclaimers ⧉   Paperwork Reduction Act ⧉

# Application Review (Student/Exchange Visa)

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language ENGLISH

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160) Application ID **AA006WPHRO**

- ✔ Personal/Address/Phone/Passport
- ✔ Travel
- ✔ U.S. Contact
- ✔ Family
- ✔ Work/Education/Training
- ✔ Security and Background
- Student/Exchange Visa
- Location

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

## Student/Exchange Visa Information

Print

Edit Additional Point of Contact Information

Additional Point of Contact Information:

| | |
|---|---|
| Name(1): | STARK, ARYA |
| Street Address: | 1234 STARK STREET |
| City: | KABUL |
| State/Province: | DOES NOT APPLY |
| Postal Zone/ZIP Code: | DOES NOT APPLY |
| Country/Region: | AFGHANISTAN |
| Telephone Number: | DOES NOT APPLY |
| Email Address: | DOES NOT APPLY |
| Name(2): | STARK, SANSA |
| Street Address: | 1234 STARK STREET |
| City: | KABUL |
| State/Province: | DOES NOT APPLY |
| Postal Zone/ZIP Code: | DOES NOT APPLY |
| Country/Region: | AFGHANISTAN |
| Telephone Number: | DOES NOT APPLY |
| Email Address: | DOES NOT APPLY |

Edit SEVIS Information

| | |
|---|---|
| SEVIS ID: | N1111111111 |
| Program Number: | P-3-04510 |
| Do you intend to study in the U.S.? | YES |
| Name of School: | GWU |
| Course of Study: | INTERNATIONAL AFFAIRS |
| Street Address: | 2255 EYE STREET NW |
| | WASHINGTON, DISTRICT OF COLUMBIA 22242 |

Back: Security and Background | Save | Next: Location

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act
(27)



# Application Review (Crew Visa)

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA0001ITQ2**

- Personal/Address/Phone/Passport
- Travel
- U.S. Contact
- Family
- Work/Education/Training
- Security and Background
- E-Visa
- Student/Exchange Visa
- Crew Visa
- Temporary Work Visa
- Location

## Crew Visa Information

Print

Edit Crew Visa Information

| | |
|---|---|
| Specific job title aboard aircraft or vessel: | TEST |
| Name of company that owns the aircraft or vessel you will be working on: | TEST |
| Company telephone number: | 1234567890 |
| Did you acquire your position using a recruiting/manning/crewing agency? | NO |
| Are you serving aboard a seagoing ship or vessel? | YES |
| Seagoing Ship/Vessel Name: | TEST |
| Seagoing Ship/Vessel Identification Number: | 7 |

Back: Student/Exchange Visa | Save | Next: Temporary Work Visa

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act

(87)



# Application Review (Temporary Work Visa)

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA0001ITQ2**

## Temporary Work Visa Information

Print

Edit Temporary Work Visa Information

| Where Do You Intend to Work? | |
|---|---|
| Name of Employer: | TEST |
| E-Visa Company Registration Number: | DOES NOT APPLY |
| Street Address: | TEST |
| | TEST, ALABAMA 12345 |
| Phone Number: | 1234567890 |

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act

(87)



## Application Review (Location)

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language ENGLISH

COMPLETE | PHOTO | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160) Application ID **AA006WPHRO**

Location Information

- Personal/Address/Phone/Passport
- Travel
- U.S. Contact
- Family
- Work/Education/Training
- Security and Background
- Student/Exchange Visa
- Location

Print

Edit Location Information

Location where you will be submitting your application

Current Location: KABUL, AFGHANISTAN

Back: Student/Exchange Visa | Save | Next: Sign and Submit

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information Disclaimers Paperwork Reduction Act

(27)



## Sign and Submit – Successful Signed and Submitted page

Displayed for all applicants.

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA000322WS**

E-Sign and Certification

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Sign and Submit

**Read the following information carefully before dating, electronically signing and submitting the application.**

Your application is now ready to be submitted. Please note that this does not necessarily mean that your application for a nonimmigrant visa is complete, as additional information may be needed after Department of State personnel have reviewed the application.

By clicking "Sign and Submit Application" you are electronically signing the application. You are required to electronically sign your application yourself, unless otherwise exempt by regulation, even if the application has been prepared by someone other than yourself. Your electronic signature certifies that you have read and understood the questions in this application and that your answers are true and correct to the best of your knowledge and belief. The submission of an application containing any false or misleading statements may result in the permanent refusal of a visa or the denial of entry into the United States. All declarations made in this application are unsworn declarations made under penalty of perjury. (28 U.S.C. 1746).

Additionally, by clicking "Sign and Submit Application" you are certifying that you understand that you are required to submit your visa to the United States Immigration Officer at the port where you apply to enter the United States, and that possession of the visa does not entitle you to enter the United States if, upon your arrival, you are found to be inadmissible under U.S. immigration laws. You are certifying that you understand that any willfully false or misleading statement or willful concealment of a material fact made by you within the application may subject you to permanent exclusion from the United States and, if you are admitted to the United States, may subject you to criminal prosecution and/or deportation.

Some visa applicants are required to undergo a medical examination with an authorized physician to assess visa eligibility consistent with INA Sections 212(a) and 221(d), and will be notified of the requirement. If you are notified and required to undergo a medical examination, failure to provide required information may cause delay or denial of your visa application. If required to undergo a medical examination, your medical examination information may be collected and temporarily stored in the eMedical system hosted, operated, and maintained by the Australian Department of Home Affairs. If your medical examination is collected in eMedical, you will be requested to provide consent to its collection and temporary storage in such system, and being transferred to the U.S. Government for the purposes of enabling the U.S. Department of State to determine your medical eligibility and for the U.S. Centers for Disease Control and Prevention to undertake public health functions under the Public Health Service Act Section 325 and INA Section 212(a).

The information that you have provided in your application and other information submitted with your application may be accessible to other government agencies having statutory or other lawful authority to use such information, including for law enforcement and immigration law enforcement purposes. If fingerprints are collected as part of your application process, they may be used for the purpose of comparing them to other fingerprints in the FBI's Next Generation Identification (NGI) fingerprint system or its successor systems (including civil, criminal, and latent fingerprint repositories). If you wish to correct a record as it appears in the FBI's CJIS Division Records System, you should follow procedures to change, correct, or update a record that are set forth in Title 28, CFR, Section 16.34. The photograph that you provide with your application may be used for employment verification or other U.S. law purposes.

Once you have clicked "Sign and Submit Application" you will be unable to make changes. Electronically sign by clicking the button below after you have reviewed the information in your application and determined that it is correct. After signing the application, click "Next" to continue with the application.

Tuesday, October 08, 2019 - 10:58:13 AM EDT

**You have successfully signed and submitted your application. You cannot make any changes to your application at this point. Please click 'Next: Confirmation' to complete the application process.**

Back: REVIEW | Save | Next: Confirmation

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act

(69)



## Sign and Submit– Wilberforce Pamphlet

Displayed for A3-EM, G5-EM, H1B-H1B, H1B1-CHL, H1B1-SGP, H1C-NR, H2A-AG, H2B-NA, H3-TR, J1-J1, and NATO7-EM

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA008RUVQC**

E-Sign and Certification

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

### Sign and Submit

You have indicated that you are traveling for two or more purposes which could require more than one visa being issued. Please note that if more than one visa is to be issued, you will have to pay application and reciprocity fees for each.

**Read the following information carefully before dating, electronically signing and submitting the application.**

Your application is now ready to be submitted. Please note that this does not necessarily mean that your application for a nonimmigrant visa is complete, as additional information may be needed after Department of State personnel have reviewed the application.

By clicking "Sign and Submit Application" you are electronically signing the application. You are required to electronically sign your application yourself, unless otherwise exempt by regulation, even if the application has been prepared by someone other than yourself. Your electronic signature certifies that you have read and understood the questions in this application and that your answers are true and correct to the best of your knowledge and belief. The submission of an application containing any false or misleading statements may result in the permanent refusal of a visa or the denial of entry into the United States. All declarations made in this application are unsworn declarations made under penalty of perjury. (28 U.S.C. 1746).

Additionally, by clicking "Sign and Submit Application" you are certifying that you understand that you are required to submit your visa to the United States Immigration Officer at the port where you apply to enter the United States, and that possession of the visa does not entitle you to enter the United States if, upon your arrival, you are found to be inadmissible under U.S. immigration laws. You are certifying that you understand that any willfully false or misleading statement or willful concealment of a material fact made by you within the application may subject you to permanent exclusion from the United States and, if you are admitted to the United States, may subject you to criminal prosecution and/or deportation.

The information that you have provided in your application and other information submitted with your application may be accessible to other government agencies having statutory or other lawful authority to use such information, including for law enforcement and immigration law enforcement purposes. If fingerprints are collected as part of your application process, they may be used for the purpose of comparing them to other fingerprints in the FBI's Next Generation Identification (NGI) fingerprint system or its successor systems (including civil, criminal, and latent fingerprint repositories). The photograph that you provide with your application may be used for employment verification or other U.S. law purposes.

Once you have clicked "Sign and Submit Application" you will be unable to make changes. Electronically sign by clicking the button below after you have reviewed the information in your application and determined that it is correct. After signing the application, click "Next" to continue with the application.

**Human Trafficking Prevention**

Your application indicates that you are applying for an employment- or education-based nonimmigrant visa. Pursuant to Section 202 of the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 you are required to receive a copy of an informational pamphlet on the legal rights and resources of aliens applying for employment- or education-based nonimmigrant visas. Please read the pamphlet carefully. We strongly encourage you to print a copy of a pamphlet and keep it with you if your visa is granted and you travel to the United States.

William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 Pamphlet

I certify that I have received, read, and understand the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 Pamphlet. ☐

Wednesday, March 13, 2019 - 9:29:42 AM EDT

**Preparer of Application**

Q: Did anyone assist you in filling out this application?

A: ○ Yes ○ No

**E-Signature**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Enter your Passport/Travel Document Number:

Enter the code as shown: 3946

**Click the button below to electronically sign your application:**

Sign and Submit Application

Back: REVIEW | Save | Next: Confirmation

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act

(30)



## Sign and Submit– IMBRA

Displays for K1 applicants.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA008RUVQC**

E-Sign and Certification

Help: Navigation Buttons

Click on the buttons above to access previously entered data.

### Sign and Submit

You have indicated that you are traveling for two or more purposes which could require more than one visa being issued. Please note that if more than one visa is to be issued, you will have to pay application and reciprocity fees for each.

**Read the following information carefully before dating, electronically signing and submitting the application.**

Your application is now ready to be submitted. Please note that this does not necessarily mean that your application for a nonimmigrant visa is complete, as additional information may be needed after Department of State personnel have reviewed the application.

By clicking "Sign and Submit Application" you are electronically signing the application. You are required to electronically sign your application yourself, unless otherwise exempt by regulation, even if the application has been prepared by someone other than yourself. Your electronic signature certifies that you have read and understood the questions in this application and that your answers are true and correct to the best of your knowledge and belief. The submission of an application containing any false or misleading statements may result in the permanent refusal of a visa or the denial of entry into the United States. All declarations made in this application are unsworn declarations made under penalty of perjury. (28 U.S.C. 1746).

Additionally, by clicking "Sign and Submit Application" you are certifying that you understand that you are required to submit your visa to the United States Immigration Officer at the port where you apply to enter the United States, and that possession of the visa does not entitle you to enter the United States if, upon your arrival, you are found to be inadmissible under U.S. immigration laws. You further understand that your adjustment of status to legal permanent resident is dependent upon marriage to a U.S. citizen and upon meeting all of the requirements of the U.S. Department of Homeland Security. You are certifying that you understand that any willfully false or misleading statement or willful concealment of a material fact made by you within the application may subject you to permanent exclusion from the United States and, if you are admitted to the United States, may subject you to criminal prosecution and/or deportation. You are certifying that you are legally free to marry, and that you intend to marry the U.S. citizen who sponsored your petition within 90 days of your admission into the United States.

The information that you have provided in your application and other information submitted with your application may be accessible to other government agencies having statutory or other lawful authority to use such information, including for law enforcement and immigration law enforcement purposes. If fingerprints are collected as part of your application process, they may be used for the purpose of comparing them to other fingerprints in the FBI's Next Generation Identification (NGI) fingerprint system or its successor systems (including civil, criminal, and latent fingerprint repositories). The photograph that you provide with your application may be used for employment verification or other U.S. law purposes.

Once you have clicked "Sign and Submit Application" you will be unable to make changes. Electronically sign by clicking the button below after you have reviewed the information in your application and determined that it is correct. After signing the application, click "Next" to continue with the application.

**Spouse or Fiance/Fiancee**

Your application indicates that you are applying for a K visa. Pursuant to the International Marriage Broker Regulation Act of 2005, you are required to receive a copy of an informational pamphlet. This pamphlet provides information on legal rights and resources available to aliens immigrating on a marriage-based visa. Please read the pamphlet carefully. We strongly encourage you to print a copy of the pamphlet and keep it with you if your visa is granted and you travel to the United States.
IMBRA Pamphlet

I hereby certify that I have received a copy of the IMBRA Pamphlet as part of my application packet. ☐

I hereby certify that I am legally free to marry and intend to marry ***TEST TEST,*** a U.S. citizen, within 90 days of my admission into the United States. ☐

**Edit Family Information: Fiancé/Fiancée**

Wednesday, March 13, 2019 - 9:29:42 AM EDT

**Preparer of Application**

Q: Did anyone assist you in filling out this application?

A: ○ Yes ○ No

**E-Signature**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Enter your Passport/Travel Document Number:

Enter the code as shown: 3946

**Click the button below to electronically sign your application:**

Sign and Submit Application

Back: REVIEW | Save | Next: Confirmation

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Paperwork Reduction Act

(30)



## Sign and Submit– IMBRA

Displays for K3 applicants.

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE

CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA008RUVQC**

E-Sign and Certification

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

### Sign and Submit

You have indicated that you are traveling for two or more purposes which could require more than one visa being issued. Please note that if more than one visa is to be issued, you will have to pay application and reciprocity fees for each.

**Read the following information carefully before dating, electronically signing and submitting the application.**

Your application is now ready to be submitted. Please note that this does not necessarily mean that your application for a nonimmigrant visa is complete, as additional information may be needed after Department of State personnel have reviewed the application.

By clicking "Sign and Submit Application" you are electronically signing the application. You are required to electronically sign your application yourself, unless otherwise exempt by regulation, even if the application has been prepared by someone other than yourself. Your electronic signature certifies that you have read and understood the questions in this application and that your answers are true and correct to the best of your knowledge and belief. The submission of an application containing any false or misleading statements may result in the permanent refusal of a visa or the denial of entry into the United States. All declarations made in this application are unsworn declarations made under penalty of perjury. (28 U.S.C. 1746).

Additionally, by clicking "Sign and Submit Application" you are certifying that you understand that you are required to submit your visa to the United States Immigration Officer at the port where you apply to enter the United States, and that possession of the visa does not entitle you to enter the United States if, upon your arrival, you are found to be inadmissible under U.S. immigration laws. You are certifying that you understand that any willfully false or misleading statement or willful concealment of a material fact made by you within the application may subject you to permanent exclusion from the United States and, if you are admitted to the United States, may subject you to criminal prosecution and/or deportation.

The information that you have provided in your application and other information submitted with your application may be accessible to other government agencies having statutory or other lawful authority to use such information, including for law enforcement and immigration law enforcement purposes. If fingerprints are collected as part of your application process, they may be used for the purpose of comparing them to other fingerprints in the FBI's Next Generation Identification (NGI) fingerprint system or its successor systems (including civil, criminal, and latent fingerprint repositories). The photograph that you provide with your application may be used for employment verification or other U.S. law purposes.

Once you have clicked "Sign and Submit Application" you will be unable to make changes. Electronically sign by clicking the button below after you have reviewed the information in your application and determined that it is correct. After signing the application, click "Next" to continue with the application.

**Spouse or Fiance/Fiancee**

Your application indicates that you are applying for a K visa. Pursuant to the International Marriage Broker Regulation Act of 2005, you are required to receive a copy of an informational pamphlet. This pamphlet provides information on legal rights and resources available to aliens immigrating on a marriage-based visa. Please read the pamphlet carefully. We strongly encourage you to print a copy of the pamphlet and keep it with you if your visa is granted and you travel to the United States.

IMBRA Pamphlet

I hereby certify that I have received a copy of the IMBRA Pamphlet as part of my application packet. ☐

**Edit Family Information: Spouse**

Wednesday, March 13, 2019 - 9:29:42 AM EDT

**Preparer of Application**

Q: Did anyone assist you in filling out this application?

A: ○ Yes ○ No

**E-Signature**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Enter your Passport/Travel Document Number:

Enter the code as shown: 3946

**Click the button below to electronically sign your application:**

Sign and Submit Application

◂ Back: REVIEW | Save | Next: Confirmation ▸

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information | Disclaimers | Paperwork Reduction Act



## Sign and Submit – FGM/C

Displayed for applicants of following nationalities: Benin, Burkina Faso, Cameroon, Central African Republic, Chad, Cote d'Ivoire, Democratic Republic of the Congo, Djibouti, Egypt, Eritrea, Ethiopia, Gambia, Ghana, Guinea, Guinea-Bissau, Indonesia, Iraq, Kenya, Liberia, Mali, Mauritania, Niger, Nigeria, Senegal, Sierra Leone, Somalia, Sudan, Tanzania, Togo, Uganda, Yemen

Contact Us | Help | Exit

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language: English

COMPLETE | REVIEW | SIGN

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA008RUVQC**

E-Sign and Certification

### Sign and Submit

You have indicated that you are traveling for two or more purposes which could require more than one visa being issued. Please note that if more than one visa is to be issued, you will have to pay application and reciprocity fees for each.

**Help:** Navigation Buttons

Click on the buttons above to access previously entered data.

**Read the following information carefully before dating, electronically signing and submitting the application.**

Your application is now ready to be submitted. Please note that this does not necessarily mean that your application for a nonimmigrant visa is complete, as additional information may be needed after Department of State personnel have reviewed the application.

By clicking "Sign and Submit Application" you are electronically signing the application. You are required to electronically sign your application yourself, unless otherwise exempt by regulation, even if the application has been prepared by someone other than yourself. Your electronic signature certifies that you have read and understood the questions in this application and that your answers are true and correct to the best of your knowledge and belief. The submission of an application containing any false or misleading statements may result in the permanent refusal of a visa or the denial of entry into the United States. All declarations made in this application are unsworn declarations made under penalty of perjury. (28 U.S.C. 1746).

Additionally, by clicking "Sign and Submit Application" you are certifying that you understand that you are required to submit your visa to the United States Immigration Officer at the port where you apply to enter the United States, and that possession of the visa does not entitle you to enter the United States if, upon your arrival, you are found to be inadmissible under U.S. immigration laws. You are certifying that you understand that any willfully false or misleading statement or willful concealment of a material fact made by you within the application may subject you to permanent exclusion from the United States and, if you are admitted to the United States, may subject you to criminal prosecution and/or deportation.

The information that you have provided in your application and other information submitted with your application may be accessible to other government agencies having statutory or other lawful authority to use such information, including for law enforcement and immigration law enforcement purposes. If fingerprints are collected as part of your application process, they may be used for the purpose of comparing them to other fingerprints in the FBI's Next Generation Identification (NGI) fingerprint system or its successor systems (including civil, criminal, and latent fingerprint repositories). The photograph that you provide with your application may be used for employment verification or other U.S. law purposes.

Once you have clicked "Sign and Submit Application" you will be unable to make changes. Electronically sign by clicking the button below after you have reviewed the information in your application and determined that it is correct. After signing the application, click "Next" to continue with the application.

#### Female Genital Mutilation or Cutting

Female Genital Mutilation/Cutting (FGM/C) Prevention

Pursuant to Section 644 the Illegal Immigration Reform and Immigrant Responsibility Act (IIRIRA), Public Law 104-208 (8 U.S.C. 1374), the Department of State is required to provide you with access to copy the information sheet on the severe harm to physical and psychological health caused by female genital mutilation/cutting (FGM/C).

Female Genital Mutilation or Cutting Goverment Fact Sheet

I certify that I have received the U.S. Government Fact Sheet on Female Genital Mutilation or Cutting (FGM/C). ☐

Wednesday, March 13, 2019 - 9:29:42 AM EDT

#### Preparer of Application

**Q:** Did anyone assist you in filling out this application?

**A:** ◯ Yes ◯ No

#### E-Signature

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Enter your Passport/Travel Document Number:

Enter the code as shown: 3946

**Click the button below to electronically sign your application:**

Sign and Submit Application

Back: REVIEW | Save | Next: Confirmation

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers Paperwork Reduction Act
(30)



## Confirmation

Displayed for all applicants.



Note: Electronically submitting your DS-160 online application is the FIRST STEP in the visa application process. The next step is to review the internet page of the embassy or consulate where you plan to apply for your visa. Most visa applicants will need to schedule a visa interview, though some applicants may qualify for visa renewal. The embassy or consulate information may include specific local instructions about scheduling interviews, submitting your visa application, and other frequently asked questions.

YOU MUST BRING the confirmation page and the following document(s) with you at all steps during the application process:

Passport

You may also provide any additional documents you feel will support your case.

## Instructions

YOU MUST SUBMIT the confirmation page with a clear and legible barcode at the time of your interview. If you do not have access to a printer at this time, select the option to email your confirmation page to an email address. You may print or email your application for your own records. YOU DO NOT need to submit the application at the time of your interview.

Please note that you will be required to provide proof that you have paid the visa application fee and any other fees associated with your application. There may be other fees associated with the visa application process. Please check your country's Reciprocity Schedule, or to find out how to contact the Consular Post, please go to http://kabul.usembassy.gov or http://travel.state.gov.

If you have further questions, or to find out how to contact the Consular Post, please go to http://kabul.usembassy.gov or http://travel.state.gov.

NOTE: Unless exempt from an interview, you will be required to sign your application by providing a biometric signature, i.e. your fingerprint before a consular officer. By providing this biometric signature you are certifying under penalty of perjury that you have read and understood the questions in your nonimmigrant visa application and that all statements that appear in your nonimmigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. Furthermore at the time of your interview, you will be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and compete to the best of your knowledge and belief.

You electronically signed your application on 27-Apr-2017 02:27:28 (GMT-05:00). You were required to electronically sign your application yourself, unless otherwise exempt by regulation, even if the application was prepared by someone other than yourself. Your electronic signature certifies that you have read and understood the questions in this application and that your answers are true and correct to the best of your knowledge and belief. The submission of an application containing any false or misleading statements may result in the permanent refusal of a visa or the denial of entry into the United States. All declarations made in this application are unsworn declarations made under penalty of perjury. (28 U.S.C. 1746).

You certified that you understand that you are required to submit your visa to the United States Immigration Officer at the port where you apply to enter the United States, and that possession of the visa does not entitle you to enter the United States if, upon your arrival, you are found to be inadmissible under U.S. immigration laws. You certified that you understand that any willfully false or misleading statement or willful concealment of a material fact made by you within the application may subject you to permanent exclusion from the United States and, if you are admitted to the United States, may subject you to criminal prosecution and/or deportation.

The information that you have provided in your application and other information submitted with your application may be accessible to other government agencies having statutory or other lawful authority to use such information, including for law enforcement and immigration law enforcement purposes. If fingerprints are collected as part of your application process, they may be used for the purpose of comparing them to other fingerprints in the FBI's Next Generation Identification (NGI) fingerprint system or its successor systems (including civil, criminal, and latent fingerprint repositories). The photograph that you provide with your application may be used for employment verification or other U.S. law purposes.


This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information   Disclaimers   Paperwork Reduction Act

## Link – Paper Reduction Act

Displayed for all applicants.



Online Nonimmigrant Visa Application (DS-160)

## Paperwork Reduction Act

Public reporting burden for this collection of information is estimated to average 75 minutes per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to:

PRA_BurdenComments@state.gov

**Confidentiality Statement**

INA Section 222(f) provides that the records of the Department of State and of diplomatic and consular offices of the United States pertaining to the issuance and refusal of visas or permits to enter the United States shall be considered confidential and shall be used only for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States. Certified copies of such records may be made available to a court provided the court certifies that the information contained in such records is needed in a case pending before the court.



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

[112]

## Link – Copyright Information

Displayed for all applicants.



Copyright

Links to Department sites are welcomed. Unless a copyright is indicated, information on the Department of State Web Site is in the public domain and may be copied and distributed without permission. Citation of the U.S. State Department as source of the information is appreciated.

If a copyright is indicated on a photo, graphic, or other material, permission to copy these materials must be obtained from the original source. Please note that the U.S. Government has an international copyright on Country Commercial Guides.

## Link – Disclaimers

Displayed for all applicants.



### Disclaimer

For site management, see Privacy and Computer Fraud and Abuse Act Notices.

The information content and design/organization of this web page were launched in 2013.

Links to External Web Sites
Links to web sites outside the U.S. Federal Government or the use of trade, firm, or corporation names within the State Department web sites are for the convenience of the user. Such use does not constitute an official endorsement or approval by the U.S. State Department of any private sector web site, product, or service.

Computer Fraud and Abuse Act
Unauthorized attempts to upload information and/or change information on these web sites are strictly prohibited and are subject to prosecution under the Computer Fraud and Abuse Act of 1986 and Title 18 U.S.C. Sec.1001 and 1030.

Disclaimer of Liability
Every effort is made to provide accurate and complete information. However, we cannot guarantee that there will be no errors. With respect to documents and information on the current and archive State Department web sites, neither the U.S. Government or the U.S. Department of State, nor their employees and contractors make any warranty, expressed or implied, including the warranties of merchantability and fitness for a particular purpose with respect to documents available from State Department web sites. Additionally, the U.S. Government nor the U.S. State Department assume no legal liability for the accuracy, completeness, or usefulness of any information, product, or process disclosed herein and do not represent that use of such information, product, or process would not infringe on privately owned rights.

Please read the State Department's guidelines pursuant to the Data Quality Information Act before submitting inquiries under this Act. If you would like verification or a hard copy of information released on State Department web sites or if you have any questions or comments about the information presented here, please contact the public information staff in the Bureau of Public Affairs.

Public Communication Division
PA/PL
U.S. Department of State
Washington, D.C. 20520
202-647-6575

Also see http://contact-us.state.gov/

For information on the Department of State's privacy policy regarding the nature, purpose, use, and sharing of any Personally Identifiable Information (PII) collected via this website please click here. For disclaimer and notices associated with a specific information collection please click on that information collection. Our privacy policy explains our information practices when you provide PII to us, whether collected online, or when you visit us online to browse, obtain information, or conduct a transaction. PII may include: your name, email, mailing and/or home address, phone numbers, or other information that identifies you personally.

Privacy Notice about Google Analytics Premium
This website uses Google Analytics Premium. Please refer to the following policies on Google's website for more information:

Google's main privacy policy
Cookies & Google Analytics on Websites
Opt out of Google Analytics Cookies