PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
May 27, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>TANG JUAN,<br>  aka Juan Tang,<br><br>                Defendant. | CASE NO. 2:20-CR-0134 JAM<br><br>18 U.S.C. § 1546(a) – Fraud and Misuse of Visas;<br>18 U.S.C. § 1001(a)(2) – Making False Statements;<br>18 U.S.C. § 982(a)(6)(A)(ii)(I) and (II) – Criminal Forfeiture |

## S U P E R S E D I N G   I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 1546(a) – Fraud and Misuse of Visas]

    The Grand Jury charges: T H A T

    TANG JUAN, aka Juan Tang,

defendant herein, in the State and Eastern District of California, and elsewhere, on or about June 20, 2020, knowingly uttered, used, attempted to use, possessed, obtained, accepted, and received a non-immigrant visa knowing the document to have been procured by means of any false claim and statement, otherwise procured by fraud, and unlawfully obtained, in that the defendant denied having served in the military on her non-immigrant visa application when, in fact, she was a member of the Chinese military, in violation of Title 18, United States Code, Section 1546(a).

///

///

INDICTMENT

COUNT TWO: [18 U.S.C. § 1001(a)(2) – Making False Statements]

The Grand Jury further charges: T H A T

TANG JUAN, aka Juan Tang,

defendant herein, in the State and Eastern District of California, on or about June 20, 2020, knowingly and willfully made and caused to be made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Executive Branch of the Government of the United States, which statements and representations were material to an investigation being conducted in the Eastern District of California by the Federal Bureau of Investigation, by falsely stating that she was not a member of the Chinese military. The statement and representation was false, because as the defendant then and there knew, she was a member of the Chinese military, in violation of 18 U.S.C. § 1001(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. §§ 982(a)(6)(A)(ii)(I) and (II) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One of this Indictment, defendant TANG JUAN, aka Juan Tang, shall forfeit to the United States pursuant to 18 U.S.C. §§ 982(a)(6)(A)(ii)(I) and 982(a)(6)(A)(ii)(II), any property real or personal, that constitutes, or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of said violation, or any property used or intended to be used to facilitate the commission of said violation, including but not limited to the following:

    a. A sum of money equal to the amount of proceeds obtained as a result of the offense, for which defendant is convicted.

2. If any property subject to forfeiture as a result of the offense alleged in Count One of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

_____
PHILLIP A. TALBERT
Acting United States Attorney

INDICTMENT

3

No. 2:20-CR-134-JAM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

TANG JUAN
aka Juan Tang,

SUPERSEDING INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1546(a) – Fraud and Misuse of Visas;
18 U.S.C. § 1001(a)(2) – Making False Statements;
18 U.S.C. § 982(a)(6)(A)(ii)(I) and (II) – Criminal Forfeiture

*A true bill,*   /s/ Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* _____ 27th *day*

*of* ___May_____, *A.D. 20* 21 ___

_____/s/ N. Cannarozzi_____
*Clerk.*

*Bail, $* No process necessary

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

### United States v. Tang Juan
### Penalties for Indictment

**COUNT 1:**

VIOLATION:   18 U.S.C. § 1546(a)

PENALTIES:   Maximum of up to 10 years incarceration; or fine of up to $250,000; or both fine and imprisonment; and a term of supervised release of up to 3 years.

SPECIAL ASSESSMENT: $100

**COUNT TWO:**

VIOLATION:   18 U.S.C. § 1001(a)(2)

PENALTIES:   Maximum of up to 5 years incarceration; or a fine of up $250,000; or both fine and imprisonment; and a term of supervised release of up to 2 years.

SPECIAL ASSESSMENT: $100

**FORFEITURE ALLEGATION:**

VIOLATION:   18 U.S.C. §§ 982(a)(6)(A)(ii)(I) and (II) – Criminal Forfeiture

PENALTIES:   As stated in the charging document