PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00134 JAM |
|---|---|
| Plaintiff, | ORDER SHORTENING TIME |
| v. | COURT: Hon. Carolyn K. Delaney |
| TANG JUAN<br>(a.k.a. Juan Tang), | |
| Defendant. | |

### ORDER

The government's application to shorten time (ECF No. 178) is hereby DENIED. The parties may litigate the issue before the District Judge through motions in limine, as appropriate.

Dated: July 16, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE