Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
SEGAL & ASSOCIATES, PC
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
msegal@segal-pc.com

Thomas A. Johnson, #119203
Kristy M. Horton, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
taj@tomjohnsonlaw.com

Patrick Wong, SBN 241740
Patrick Wong, Esq.
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
patrick@wong.law

Attorneys for Defendant
JUAN TANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:20-CR-00134-JAM |
|---|---|---|
| Plaintiff, | ) | DEFANDANT'S EXHIBIT LIST |
| vs. | ) | |
| JUAN TANG, | ) | |
| Defendant. | ) | |

- 1 -

# I – INTRODUCTION

The Defense submits the following exhibit list for trial which is set to commence on July 26, 2021. It is not intended to be a final list as the defense may seek to supplement the exhibit list during the course of trial, depending on the government's case.

# II – EXHIBIT LIST

| Exh. No. | Description |
|---|---|
| A | Cert of Eligibility Exchange Visitor Status-Tang **(Bates 2606)** |
| B | China Scholarship Council Award to Tang for US studies (**Bates 2618**) |
| C | Curriculum Vitae - Juan Tang, Ph.D. **(Bates 766)** |
| D | CV Juan Tang University-4th Military Medical University |
| E | UCD Letter inviting Tang to be Visiting Scholar (2-2-19) |
| F | UCD Letter supporting Tang App for Visiting Scholar (6-9-19) |
| G | UCD Letter offering Tang position of Visiting Scholar (8-1-19) |
| H | UCD Letter request to hire Tang 10-1-19 (Bates 759) |
| I | UCD Letter offering Tang position of Visiting Scholar (12-13-19) |
| J | UCD Letter from Dr. Li certifying Tang worked in lab (4-9-20) |
| K | UCD Letter certifying Tang as Visiting Scholar (5-10-20) |
| L | UCD Letter certifying Tang working as visiting scholar (5-20-20) |
| M | FBI Form 1057 documenting 5 of Juan Tang's publications **(Bates 913)** |

| N | Documents listing Tang's publications **(Bates 1236)** |
|---|---|
| O | Jian Jian Li - Seminar Guest Speaker Screen Shot |
| P | Jian Jian Li Biography, Publications |
| Q | Blasko - PLA Uniforms Army |
| R | Blasko Analysis of Evid Excerpt Dictionary with Highlights |
| S | Blasko Analysis of Evid Excerpt Translations with Highlights |
| T | Blasko Analysis of Evidence |
| U | Blasko Manuscript Chinese Army Today DoD Comparison |
| V | Blasko Manuscript Chinese Army Today DoD Comparison withHighlights |
| W | Blasko Manuscript Chinese Army Today PLA Description |
| X | Blasko Manuscript Chinese Army Today PLA Description with Highlight |
| Y | Blasko Manuscript Chinese Army Today |
| Z | Careers in the Military Health System_Health.mil Ex 5 |
| AA | CASI_Academic_Institutions_Encyclopedia (provided by expert) |
| BB | Civilian Cadre Equivalent to US DOD Civilian |
| CC | Def Expert Exh Ad Google Translate |
| DD | Def Expert Exh Chinese Ad |
| EE | Mrs Jinping saluting |
| FF | Mrs Jinping singing |
| GG | Mrs Jinping singing 2 |
| HH | Mrs. Jingping Headshot |
| II | Mrs. Jinping salute |
| JJ | Mrs. Jinping singer 1 |
| KK | Mrs. Jinping singer 2 |

| | | |
|---|---|---|
| LL | Photo of Tang Family (Bates 1133) |
| MM | Photo of Tang Family w-mother (Prod 1) 0000016_Carved |
| NN | Photos of Tang DL, NIV, and Mother (Bates 900) |
| OO | Xi and Wife wave 2 |
| PP | Xi and wife wave 1 |
| QQ | Xijing Hospital |
| RR | Photo of FMMU Educational Conference (Bates 1135) |
| SS | CV Juan Tang - Excerpt List of Publications |
| TT | DS-160 An Exemplar_ Excerpt Work Education Training |
| UU | DS-160 An Exemplar_11-19-2020 |
| VV | DS-160 Communist Party Screenshot |
| WW | DS-160 Email Screenshot |
| XX | DS-160 Military Screenshot 1 |
| YY | DS-160 Military Screenshot 2 |
| ZZ | DS-160 Military Screenshot 3 |
| AAA | DS-160-Exemplar Security and Background |
| BBB | Guangzhou China - US Consulate outside line |
| CCC | Inside Philippines Consular Office Empty |
| DDD | Juan Tang Publication Excerpt Footnote 2 |
| EEE | Juan Tang Publication Excerpt Page 1 |
| FFF | Philippines US Consulate counter |
| GGG | NIV 160 - Military Drop Down |
| HHH | NIV 160 - Military Service Translation |
| III | NIV 160 - Paramilitary Question Translation |
| JJJ | NIV 160 - Screenshot Whole Page |
| KKK | NIV 160 - Specialize Skill Translation |

| | |
|---|---|
| LLL | NIV Applicant Detail - Excerpt Military Service Question (Bates 2547) |
| MMM | NIV Applicant Detail Tang - Excerpt Additional Email |
| NNN | NIV Applicant Detail Tang - Excerpt Preparer of App (Bates 2543) |
| OOO | NIV Applicant Detail Tang - Excerpt _Education FMMU (Bates 2543) |
| PPP | NIV Applicant Detail Tang - Excerpt Current Employer Xijing Hospital (Bates 2543) |
| QQQ | NIV Applicant Detail Tang (Bates 832) |
| RRR | The PLA as Organization v2.0 - Excerpt |
| SSS | Tang Publication, Targeting CD147 for T to NK Lineage Reprogramming and Tumor Therapy (2017) |

The Defendant reserves the right to amend his list of exhibits up to and including the time of trial as additional exhibits are developed.

Dated:  July 19, 2021

Respectfully Submitted,

SEGAL & ASSOCIATES, PC

/s/ Malcolm Segal
MALCOLM SEGAL
EMILY E. DORINGER
Counsel for Defendant

LAW OFFICE of THOMAS A. JOHNSON

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Counsel for Defendant

- 5 -

/s/ Patrick Wong
PATRICK WONG, Esq.
Counsel for Defendant