PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID LIM
Trial Attorney
US Department of Justice
National Security Division
Washington, D.C.

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00134-JAM |
|---|---|
| Plaintiff, | GOVERNMENT'S WITNESS LIST |
| v. | DATE: July 26, 2021<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| TANG JUAN (AKA JUAN TANG), | |
| Defendant. | |

The United States, by and through its undersigned counsel, hereby submits the following list of witness it may call in its case-in-chief:

1. FBI Special Agent Steven Dilland

2. FBI Language Specialist Linda Deng

3. FBI Digital Forensic Examiner Alan Schmidt

4. Dennis Blasko

5. Andrea Whiting – US Department of State

6. Li Jian Jian, Ph.D.

///

1 | The United States reserves the right to supplement this witness list as necessary.

2

3 | Dated: July 19, 2021                                PHILLIP A. TALBERT
                                                       Acting United States Attorney
4

5 |                                              By:   /s/ HEIKO P. COPPOLA
                                                       HEIKO P. COPPOLA
6 |                                                    Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28