IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>TANG JUAN (AKA JUAN TANG),<br><br>                  Defendant. | CASE NO.  2:20-CR-00134 JAM<br><br>VERDICT FORM |

WE, THE JURY, FIND THE DEFENDANT, TANG JUAN, AS FOLLOWS:

AS TO COUNT 1 OF THE INDICTMENT:

<u>GUILTY</u>         <u>NOT GUILTY</u>

                                               18 U.S.C. § 1546(a) – Fraud and Misuse of Visas

_____    _____

_____                                       _____

DATED                                                             FOREPERSON