Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
SEGAL & ASSOCIATES, PC
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
msegal@segal-pc.com

Thomas A. Johnson, #119203
Kristy M. Horton, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
taj@tomjohnsonlaw.com

Patrick Wong, SBN 241740
Patrick Wong, Esq.
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
patrick@wong.law

Attorneys for Defendant
JUAN TANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:20-CR-00134-JAM |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE |
| JUAN TANG, | ) |
| Defendant. | ) |

**STIPULATION**

IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES that the conditions of release for defendant, Juan Tang, are hereby modified to permit Dr. Tang to leave her hotel room in order to eat breakfast provided by the hotel every day between 6:30 a.m. to 7:30 a.m.  Additionally, the parties stipulate that Dr. Tang is permitted to leave the hotel on July 23, 2021 from 1:00 p.m. to 5:00 p.m. in order to obtain clothing to wear during the jury trial.  Dr. Tang will be accompanied at all times with an attorney or investigator while she shops for clothes.

Heiko Coppola, Assistant United States Attorney, and Malcolm Segal and Thomas A. Johnson, attorneys for Juan Tang, agree to this modification of the conditions of release.  All other previously ordered conditions of release remain in full force and effect.

DATED:  July 20, 2021         Respectfully submitted,

SEGAL & ASSOCIATES, PC

/s/ Malcolm Segal
MALCOLM SEGAL
EMILY E. DORINGER
Counsel for Defendant

LAW OFFICE of THOMAS A. JOHNSON

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
KRISTY M. HORTON
Counsel for Defendant

/s/ Patrick Wong
PATRICK WONG, Esq.
Counsel for Defendant

**ORDER**

    **IT IS SO ORDERED.**

Dated: July 20, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE