PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00134 JAM |
|---|---|
| Plaintiff, | REDACTED VERSION OF ECF 185-1 |
| v. | |
| TANG JUAN, (a.k.a. Juan Tang) | |
| Defendant. | |

    In compliance with the Court's sealing order dated July 20, 2021, the United States hereby files a redacted version of ECF 185-1. See Exhibit 1.

Dated: July 21, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ HEIKO P. COPPOLA
    HEIKO P. COPPOLA
    Assistant United States Attorney

REDACTED EXHIBIT

1

EXHIBIT 1



**United States Department of State**

**Washington, D.C. 20520**

RE: Certification of Visa Records of the Bureau of Consular Affairs, U.S. Department of State

I, Gary R. Corse, hereby declare under penalty of perjury:

1. I am an assistant director with the Office of Information Management and Liaison within the Visa Office of the Bureau of Consular Affairs, U.S. Department of State. I am authorized to certify the authenticity of visa records of the Bureau of Consular Affairs, including the visa records from the Consular Consolidated Database. The Consular Consolidated Database contains records of visa applications since 1997.

2. The attached documents are true, accurate and complete copies of the information in the non-immigrant via application records from the Consular Consolidated Database maintained by the Department of State Bureau of Consular Affairs, for the nonimmigrant visa application submitted by **Juan Tang** ( ███████████████ ) on or about **October 28, 2019** and issued at the **U.S. Consulate in Chengdu** on or about **November 5, 2019**. This record was made from the information provided by the visa applicant at or near in time to when that information was transmitted to the State Department. The record was kept pursuant to the State Department's procedures for the adjudication and retention of visa applications and was made as part of a regular practice.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Washington, D.C.
July 15, 2021

_Gary Corse_
Gary R. Corse

TANG_00002976



**NIV Applicant Detail**     The United States Department of State/Bureau of Consular Affairs

Report by [redacted] on March 23, 2021 07:14 ET (Eastern Time)

**Sensitive But Unclassified (SBU)**–Information Protected under INA 222(f) and 9 FAM 40.4. This information "shall be considered confidential" per Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. Section 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222(f) and 9 FAM 40.4. Do not access this information in anything other than an official capacity, and do not share it without the permission of the Department of State. If this record is for Visa Class LPR, the subject of the record is a lawful permanent resident of the U.S., and the personally identifiable information (PII) contained in the record is subject to the Privacy Act of 1974 and must be protected in accordance with those provisions.

| REVOKED | REVOKED | REVOKED |
|---|---|---|

| REVOKED | REVOKED | REVOKED |
|---|---|---|

Matches... (/pls/public/rpt_niv_applicant_detail_match.report?p_julian_dte=01-NOV-2019&p_batch_id=481&p_site_cd=CHE&p_niv_case_seq_num=6&p_niv_applicant_id=00014697478&p_detail_link=/pls/public/rpt_niv_applicant_detail.report) MATRIX (Match Analytics and Trusted Real-time Identity X-ref) .. (/pls/CCD/rpt_ca_person_xref.DETAIL?p_person_id=616898501)

**Issuing Post Name:** CHENGDU (CHE)
**Surname:** TANG
**Given Name:** JUAN
**Control Number:** [redacted]
**Passport Number:** [redacted]
**Gender:** Female
**Date of Birth:** [redacted]
**Nationality:** CHIN
**Place of Birth:** China (CHIN)
**City of Birth:** [redacted]
**10 Prints:** Yes
**Fingerprint 1:** Not Available
**Fingerprint 2:** Not Available

**Waiver Ground:** [redacted]

### Visa Data

| | |
|---|---|
| Visa Class | Exchange Visitor (J1) |
| Issued | 05-NOV-2019 |
| Expires | 01-DEC-2020 |
| Entries | M |
| Foil Number | P0814780 |
| Annotation | N0031027144, P-1-02538, 02DEC2019-01DEC2020 UNIVERSITY OF CALIFORNIA, DAVIS SUBJECT TO SECTION 212(E) TWO YEAR RULE |

### Additional Case Notes

There are presently no additional case notes for this case.

### Case Memo(s)

| Date Entered | User ID | Memo |
|---|---|---|
| 01-NOV (November)-2019 | [redacted] | SEVIS Status: INITIAL and PAID. |
| 04-NOV (November)-2019 | [redacted] | Research scholar J1 and [redacted] to research at UC Davis Comprehensive Cancer Center. Reviewed all documents. No entity list concerns. Studies Cancer treatment methods. No TAL concerns. No 801 concerns. Can articulate research plan, adequate funding, English is proficient, qualified. Issue NOTE: Wilberforce pamphlet has been received, read, and understood. 9FAM402.9-9(C)(2) |
| 06-JUL (July)-2020 | [redacted] | ***IDENT CLEARANCE REMARKS***[A] Exit 07-JUL-2020 |
| 06-JUL (July)-2020 | [redacted] | ***IDENT CLEARANCE REMARKS***[A] Name reversal, good travel, departed US 07-07-2020. |
| 19-AUG (August)-2020 | [redacted] | **SYSTEM GENERATED** Package Key: 916761 This visa was revoked by the Department of State. Please see 9 FAM 41.122 PN 12.3 for additional information. **SYSTEM_GENERATED** |

### Adjudication History

| Adjud Date | Status |
|---|---|
| 04-NOV (November)-2019 | Issued |

Showing 1 to 1 of 1 entries    Previous 1 Next

10 records per page

### Foil History



# CEAC DS-160 Report - Sensitive But Unclassified(SBU)

Report by [REDACTED] on 23 March 2021 05:15:56 AM ET

**All security questions are answered 'NO'.**

**BARCODE #:** AA009DVYOH
**STATUS:** SUBMITTED

⚠ **Data Check Pending**

## REMARKS

| Seq. | Section | Remarks | Added By | Submit Date | Site Code |
|---|---|---|---|---|---|
| (1) | PERSONAL | SEVIS Status: INITIAL and PAID | [REDACTED] | 01-NOV-2019 14:19:06 GMT | CHE |

## PERSONAL

| | |
|---|---|
| Name Provided: | TANG, JUAN |
| Full Name in Native Language: | 唐娟 |
| Other Names Used: | NO |
| Do you have a telecode that represents your name? | NO |
| Date of Birth: | [REDACTED] |
| Country/Region of Birth: | [REDACTED] |
| Country/Region of Origin (Nationality): | CHINA |
| Do you hold or have you held any nationality other than the one indicated above on nationality? | NO |
| Are you a permanent resident of a country/region other than your country/region of origin (nationality) indicated above? | NO |
| Sex: | FEMALE |
| Marital Status: | MARRIED |
| National Identification Number: | [REDACTED] |
| U.S. Social Security Number: | DOES NOT APPLY |
| U.S. Taxpayer ID Number: | DOES NOT APPLY |



## PASSPORT

## TRAVEL

| | |
|---|---|
| The List of Purposes of Trip to the U.S. | |
| (1) Purpose of Trip: | EXCHANGE VISITOR (J) |
| Specify: | EXCHANGE VISITOR (J1) |
| Specific Travel Plan? | YES |
| Date of Arrival in U.S.: | 02 DECEMBER 2019 |
| Arrival City: | SAN FRANCISCO |
| Date of Departure from U.S.: | 01 C-20 |
| Departure City: | SAN FRANCISCO |
| The Location you plan to visit in the U.S.: | |
| (1) Location : | SACRAMENTO |
| Address where you will stay in the U.S.: | [REDACTED] |
| Person/Entity Paying for Your Trip: | OTHER COMPANY/ORGANIZATION |
| Name of Company/Organization Paying for Trip: | [REDACTED] |
| Telephone: | [REDACTED] |
| Relationship to You: | CHINA SCHOLARSHIP COUNCIL AND THE HOSPITAL I WORKED |
| Address of Company/Organization Paying: | [REDACTED] |
| City: | [REDACTED] |
| State/Province: | DOES NOT APPLY |
| Postal Zone/ZIP Code: | [REDACTED] |
| Country/Region: | CHINA |

## TRAVEL COMPANION

| | |
|---|---|
| Other Persons Traveling with You: | YES |

| | |
|---|---|
| Passport/Travel Document Type: | **REGULAR** |
| Passport/Travel Document Number: | |
| Passport Book Number: | DOES NOT APPLY |
| Country/Authority that Issued Passport/Travel Document: | **CHINA** |
| City Where Issued: | **SHAANXI** |
| Country/Region Where Issued: | **CHINA** |
| Issuance Date: | **10 SEPTEMBER 2019** |
| Expiration Date: | **09 SEPTEMBER 2029** |
| Have you ever lost a passport or had one stolen? | NO |

## WORK, EDUCATION AND TRAINING

### Present Work/Education/Training

| | |
|---|---|
| Primary Occupation: | MEDICAL/HEALTH |
| Present Employer or School Name: | |
| Address: | |
| City: | |
| State/Province: | |
| Postal Zone/Zip Code: | |
| Country/Region: | |
| Employment Date From: | 01 SEPTEMBER 2010 |
| Work Phone Number: | |
| Monthly Income in Local Currency(if employed): | |
| Briefly Describe your Duties: | CANCER THERAPY |

### Previous Work/Education/Training

| | |
|---|---|
| Were you previously employed? | NO |
| Have you attended any educational institutions at a secondary level or above? | YES |
| (1) Name of Institution: | |
| Address of Institution: | |
| City: | |
| State/Province: | |
| Postal Zone/ZIP Code: | |
| Country/Region: | CHINA |

| | |
|---|---|
| Are you traveling as part of a group or organization? | NO |
| Persons Traveling with You: | |
| (1) Name: | |
| Relationship to You: | |

## US CONTACT

| | |
|---|---|
| Contact Person Name in the U.S.: | |
| Organization Name in the U.S.: | UNIVERSITY OF CALIFORNIA DAVIS |
| Relationship to You: | EMPLOYER |
| U.S. Contact Address: | |
| Phone Number: | |
| Email Address: | |

## PREVIOUS US TRAVEL

| | |
|---|---|
| Have you ever been in the U.S.? | NO |
| Have you ever been issued a U.S. visa? | NO |
| Have you ever been refused a U.S. Visa, or been refused admission to the United States, or withdrawn your application for admission at the port of entry? | **NO** |
| Has anyone ever filed an immigrant petition on your behalf with the United States Citizenship and Immigration Services? | NO |

## STUDENT/EXCHANGE VISA

### Additional Point of Contact

| | |
|---|---|
| (1) Names: | |
| Street Address: | |
| City: | |
| State/Province: | |
| Postal Zone/ZIP Code: | |
| Country/Region: | CHINA |
| Telephone Number: | |
| Email Address: | |
| (2) Names: | |
| Street Address: | |
| City: | |

| | |
|---|---|
| Course of Study: | ███ |
| Date of Attendance From: | ███ |
| Date of Attendance To: | ███ |
| (2) Name of Institution: | ███ |
| Address of Institution: | ███ |
| City: | ███ |
| State/Province: | ███ |
| Postal Zone/ZIP Code: | ███ |
| Country/Region: | ███ |
| Course of Study: | ███ |
| Date of Attendance From: | ███ |
| Date of Attendance To: | ███ |
| (3) Name of Institution: | ███ |
| Address of Institution: | ███ |
| City: | ███ |
| State/Province: | ███ |
| Postal Zone/ZIP Code: | ███ |
| Country/Region: | ███ |
| Course of Study: | ███ |
| Date of Attendance From: | ███ |
| Date of Attendance To: | 30 JUNE 2010 |

### Additional Work/Education/Training

| | |
|---|---|
| Do you belong to a clan or tribe? | NO |

**Provide a List of Languages You Speak**

| | |
|---|---|
| (1) Language Name: | CHINESE ENGLISH |
| Have you traveled to any countries/regions within the last five years? | NO |
| Have you belonged to, contributed to, or worked for any professional, social, or charitable organization? | NO |
| Do you have any specialized skills or training, including firearms, explosives, nuclear, biological, or chemical experience? | NO |
| Have you ever served in the military? | NO |

| | |
|---|---|
| State/Province: | ███ |
| Postal Zone/ZIP Code: | ███ |
| Country/Region: | ███ |
| Telephone Number: | ███ |
| Email Address: | ███ |

### SEVIS

| | |
|---|---|
| SEVIS ID: | ███ |
| Program Number: | ███ |
| Do you intend to study in the U.S.? | NO |

## SECURITY AND BACKGROUND

### Part 1

| | |
|---|---|
| Do you have a communicable disease of public health significance? (Communicable diseases of public significance include chancroid, gonorrhea, granuloma inguinale, infectious leprosy, lymphogranuloma venereum, infectious stage syphilis, active tuberculosis, and other diseases as determined by the Department of Health and Human Services.) | NO |
| Do you have a mental or physical disorder that poses or is likely to pose a threat to the safety or welfare of yourself or others? | NO |
| Are you or have you ever been a drug abuser or addict? | NO |

### Part 2

| | |
|---|---|
| Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other similar action? | NO |
| Have you ever violated, or engaged in a conspiracy to violate, any law relating to controlled substances? | NO |
| Are you coming to the United States to engage in prostitution or unlawful commercialized vice or have you been engaged in prostitution or procuring prostitutes within the past 10 years? | NO |
| Have you ever been involved in, or do you seek to engage in, money laundering? | NO |
| Have you ever committed or conspired to commit a human trafficking offense in the United States or outside the United States? | NO |
| Are you the spouse, son, or daughter of an individual who has committed or conspired to commit a human trafficking offense in the United States or outside the United States and have you within the last five years, knowingly benefited from the trafficking activities? | NO |
| Have you ever knowingly aided, abetted, assisted or colluded with an individual who has committed, or conspired to commit a severe human trafficking offense in the United States or outside the United States? | NO |

### Part 3

| | |
|---|---|
| Have you ever served in, been a member of, or been involved with a paramilitary unit, vigilante unit, rebel group, guerrilla group, or insurgent organization? | NO |

## ADDRESS AND PHONE

| | |
|---|---|
| Home Address: | [redacted] |
| City: | [redacted] |
| State/Province: | [redacted] |
| Postal Zone/ZIP Code: | [redacted] |
| Country/Region: | CHINA |
| Same Mailing Address? | YES |
| Primary Phone Number: | [redacted] |
| Secondary Phone Number: | |
| Work Phone Number: | [redacted] |
| Have you used any other telephone numbers during the last five years? | NO |
| Email Address: | [redacted] |
| Have you used any other email addresses during the last five years? | YES |
| (1) Additional Email Address: | [redacted] |
| (1) Social Media Provider/Platform: | [redacted] |
| Social Media Identifier: | [redacted] |
| Do you wish to provide information about your presence on any other websites or applications you have used within the last five years to create or share content (photos, videos, status updates, etc.)? | NO |

## FAMILY

### Relatives

| | |
|---|---|
| Father's Surnames: | [redacted] |
| Father's Given Names: | |
| Father's Date of Birth: | [redacted] |
| | NO |

| | |
|---|---|
| Do you seek to engage in espionage, sabotage, export control violations, or any other illegal activity while in the United States? | NO |
| Do you seek to engage in terrorist activities while in the United States or have you ever engaged in terrorist activities? | NO |
| Have you ever or do you intend to provide financial assistance or other support to terrorists or terrorist organizations? | NO |
| Are you a member or representative of a terrorist organization? | NO |
| Are you the spouse, son, or daughter of an individual who has engaged in terrorist activity, including providing financial assistance or other support to terrorists or terrorist organizations, in the last five years? | NO |
| Have you ever ordered, incited, committed, assisted, or otherwise participated in genocide? | NO |
| Have you ever committed, ordered, incited, assisted, or otherwise participated in torture? | NO |
| Have you committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings, political killings, or other acts of violence? | NO |
| Have you ever engaged in the recruitment or the use of child soldiers? | NO |
| Have you, while serving as a government official, been responsible for or directly carried out, at any time, particularly severe violations of religious freedom? | NO |
| Are you a member of or affiliated with the Communist or other totalitarian party? | NO |
| Have you ever disclosed or trafficked in confidential U.S. business information obtained in connection with U.S. participation in the Chemical Weapons Convention? | NO |

### Part 4

| | |
|---|---|
| Have you ever sought to obtain or assist others to obtain a visa, entry into the United States, or any other United States immigration benefit by fraud or willful misrepresentation or other unlawful means? | NO |
| Have you ever been removed or deported from any country? | NO |

### Part 5

| | |
|---|---|
| Have you ever withheld custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court? | NO |
| Have you voted in the United States in violation of any law or regulation? | NO |
| Have you ever renounced United States citizenship for the purpose of avoiding taxation? | NO |

| | |
|---|---|
| Is your father in the U.S.? | |
| Mother's Surnames: | ■ |
| Mother's Given Names: | |
| Mother's Date of Birth: | |
| Is your mother in the U.S.? | NO |
| Do you have any immediate relatives, not including parents in the U.S.? | NO |
| Do you have any other relatives in the United States? | NO |

### Spouse

| | |
|---|---|
| Spouse's Full Name: | ■ |
| Date of Birth: | |
| Country/Region of Origin (Nationality): | |
| City of Birth: | |
| Country/Region of Birth: | |
| Address: | SAME AS HOME ADDRESS |

## LOCATION, PREPARER AND SUBMISSION

### Current Location

| | |
|---|---|
| Location where you will be submitting your application: | CHENGDU |
| CEAC Version NO: | 01.08.00 |

### Preparer of Application

| | |
|---|---|
| Did anyone assist you in filling out this application? | NO |

### Submission

| | |
|---|---|
| Date of Submission: | 28 OCTOBER 2019 09:23:07 AM (GMT -05.00) |

## SIGN AND SUBMIT LANGUAGE

By clicking "Sign and Submit Application" you are electronically signing the application. You are required to electronically sign your application yourself, unless otherwise exempt by regulation, even if the application has been prepared by someone other than yourself. Your electronic signature certifies that you have read and understood the questions in this application and that your answers are true and correct to the best of your knowledge and belief. The submission of an application containing any false or misleading statements may result in the permanent refusal of a visa or the denial of entry into the United States. All

declarations made in this application are unsworn declarations made under penalty of perjury. (28 U.S.C. 1746).

Additionally, by clicking "Sign and Submit Application" you are certifying that you understand that you are required to submit your visa to the United States Immigration Officer at the port where you apply to enter the United States, and that possession of the visa does not entitle you to enter the United States if, upon your arrival, you are found to be inadmissible under U.S. immigration laws. You are certifying that you understand that any willfully false or misleading statement or willful concealment of a material fact made by you within the application may subject you to permanent exclusion from the United States and, if you are admitted to the United States, may subject you to criminal prosecution and/or deportation.

Some visa applicants are required to undergo a medical examination with an authorized physician to assess visa eligibility consistent with INA Sections 212 (a) and 221(d), and will be notified of the requirement. If you are notified and required to undergo a medical examination, failure to provide required information may cause delay or denial of your visa application. If required to undergo a medical examination, your medical examination information may be collected and temporarily stored in the eMedical system hosted, operated, and maintained by the Australian Department of Home Affairs. If your medical examination is collected in eMedical, you will be requested to provide consent to its collection and temporary storage in such system, and being transferred to the U.S. Government for the purposes of enabling the U.S. Department of State to determine your medical eligibility and for the U.S. Centers for Disease Control and Prevention to undertake public health functions under the Public Health Service Act Section 325 and INA Section 212(a).

The information that you have provided in your application and other information submitted with your application may be accessible to other government agencies having statutory or other lawful authority to use such information, including for law enforcement and immigration law enforcement purposes. If fingerprints are collected as part of your application process, they may be used for the purpose of comparing them to other fingerprints in the FBI's Next Generation Identification (NGI) fingerprint system or its successor systems (including civil, criminal, and latent fingerprint repositories). If you wish to correct a record as it appears in the FBI's CJIS Division Records System, you should follow procedures to change, correct, or update a record that are set forth in Title 28, CFR, Section 16.34. The photograph that you provide with your application may be used for employment verification or other U.S. law purposes.

I certify that I have viewed and read the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008.

## Data Check Details

| Seq. | Data Check Type | Data Checked By | Data Checked Date | Site Code |
|---|---|---|---|---|
| (1) | DATA CHECK | ███ | 2019-11-01 | CHE |

| | |
|---|---|
| | **To Top** |
| | **Data Check Type:** - SELECT ONE - ▼ |

**< style="color: blue;"> Enter the reason for reopening the applicant's DS-160 application below, then click "OK". If you did not intend to reopen the DS-160 application, click "Cancel".**

[ text area ]

0 of 4000 characters entered.

*Note: Per VO guidance, once the DS-160 is reopened the applicant must resubmit the DS-160 before further NIV processing.*

**Are you sure that you want to request the previous report to display?**