EXHIBIT 1

# Dennis J. Blasko

卜思高/丹尼斯·布拉斯科

**Contact Information**

Address: 2046 Marye Brant Loop South
Neptune Beach, FL 32266

Phone: (904) 241-7875

E-mail: djb2035@comcast.net

**Education**

| | |
|---|---|
| 1985 | M.A. National Security Affairs, Naval Postgraduate School, Monterey, CA |
| 1974 | B.S. United States Military Academy, West Point, NY |

**Experience**

| | |
|---|---|
| 2003-Present | Independent analyst |
| 2005-2015 | Senior Associate Analyst (non-resident), CNA Center for Strategic Studies "Project Asia" and China Studies Center |
| 2002-2003 | Adjunct Professor, University of North Florida |
| 1997-2001 | Senior Analyst, International Technology & Trade Associates, Inc., Washington D.C. |
| 1996-1997 | Senior Military Fellow, National Defense University |
| 1992-1996 | Military Attaché in Beijing, China and Hong Kong |
| 1990-1991 | Infantry Brigade Intelligence Officer (S2) in Korea |
| 1988-1990 | Assistant Defense Intelligence Officer for East Asia and the Pacific, Defense Intelligence Agency |
| 1985-1986 | Chinese language student, Hong Kong |
| 1981-1983 | Staff Officer, Special Operations Staff, Department of the Army |
| 1979-1981 | Imagery Analyst, Defense Intelligence Agency |
| 1976-1978 | Airborne Infantry Battalion Intelligence Officer (S2) in Vicenza, Italy |
| 1975-1976 | Infantry Platoon Leader, Heilbronn, Germany |

**Published Works and Presentations**

1. "The Ambitious Reform Plans of the Chinese People's Liberation Army: Progress, Problems, Prospects, and Implications for Australia," with Bates Gill and Adam Ni, Australian Journal of Defence and Strategic Studies 2, 1 (2020).
2. "People Win Wars: The PLA Enlisted Force… and Other Related Matters," with Marcus Clay, War on the Rocks, July 31, 2020, https://warontherocks.com/2020/07/people-win-wars-the-pla-enlisted-force-and-other-related-matters/.
3. "Assessing the Ambitious Reform Plans of the Chinese People's Liberation Army: Progress, Problems, and Prospects," with Bates Gill and Adam Ni, Macquarie University, March 31, 2020.



TANG_00002567

4. "The PLA army after 'below the neck' reforms: contributing to China's joint warfighting, deterrence and MOOTW Posture," Journal of Strategic Studies, December 27, 2019.
5. "Steady as She Goes: China's New Defense White Paper," War on the Rocks, August 12, 2019, https://warontherocks.com/2019/08/steady-as-she-goes-chinas-new-defense-white-paper/.
6. "China's head-spinning defence white paper," The Lowy Institute Interpreter, July 25, 2019, https://www.lowyinstitute.org/the-interpreter/china-s-head-spinning-defence-white-paper.
7. "The Biggest Loser in Chinese Military Reforms: The PLA Army," in Phillip C. Saunders, Arthur S. Ding, Andrew Scobell, Andrew N.D. Yang, and Joel Wuthnow, eds. *Chairman Xi Remakes the PLA: Assessing Chinese Military Reforms*, Washington, D.C.: National Defense University Press, 2019, https://ndupress.ndu.edu/Media/News/News-Article-View/Article/1748401/the-biggest-loser-in-chinese-military-reforms-the-pla-army/; https://ndupress.ndu.edu/Publications/Books/Chairman-Xi-Remakes-the-PLA/.
8. "Full Spectrum Operations: PLA Army Transformation in the 21st Century and Implications for the US Army," with Kevin Pollpeter et al, CNA, February 2019.
9. "The Chinese Military Speaks to Itself, Revealing Doubts," War on the Rocks, February 18, 2019, https://warontherocks.com/2019/02/the-chinese-military-speaks-to-itself-revealing-doubts/.
10. "The Chinese Navy's Marine Corps, Part 2: Chain-of-Command Reforms and Evolving Training," with Roderick Lee, in The Jamestown Foundation, China Brief, February 15, 2019, https://jamestown.org/program/the-chinese-navys-marine-corps-part-2-chain-of-command-reforms-and-evolving-training/.
11. "PLA Weaknesses and Xi's Concerns about PLA Capabilities," Testimony before the U.S.-China Economic and Security Review Commission, February 7, 2019, https://www.uscc.gov/sites/default/files/Blasko_USCC%20Testimony_FINAL.pdf.
12. "The Chinese Navy's Marine Corps, Part 1: Expansion and Reorganization," with Roderick Lee, in The Jamestown Foundation, China Brief, February 1, 2019, https://jamestown.org/program/the-chinese-navys-marine-corps-part-1-expansion-and-reorganization/.
13. Comments in response to "China's Military Spending," ChinaFile, March 6, 2018, http://www.chinafile.com/conversation/chinas-military-spending.
14. "The Pentagon's 19-Inch Biceps Versus Revisionist Threats: China in the National Defense Strategy," Texas National Security Review, January 26, 2018, https://tnsr.org/roundtable/policy-roundtable-close-look-2018-national-defense-strategy/#essay2.
15. Comments in response to "Is China Really a 'Threat' to the U.S.?" ChinaFile, January 26, 2018, http://www.chinafile.com/conversation/china-really-threat-us.
16. "PLA Army Group Army Reorganization: An Initial Analysis," October 2017,

https://www.ashtreeanalytics.com/wp-content/uploads/2017/10/PLA-Army-Group-Army-Reorganization-An-Initial-Analysis.pdf.

17. Comments in response to "Is the United States Still the Predominant Power in the Pacific?" ChinaFile, August 29, 2017, http://www.chinafile.com/conversation/united-states-still-predominant-power-pacific.
18. "The PLA at 90: On the Road to Becoming a World-Class Military?" with Elsa Kania and Stephen Armitage, in The Jamestown Foundation, China Brief, August 17, 2017, https://jamestown.org/program/the-pla-at-90-on-the-road-to-becoming-a-world-class-military/.
19. "Recent Developments in the Chinese Army's Helicopter Force," in The Jamestown Foundation, China Brief, June 9, 2017, https://jamestown.org/program/recent-developments-chinese-armys-helicopter-force/.
20. "What is Known and Unknown about Changes to the PLA's Ground Combat Units," in The Jamestown Foundation, China Brief, April 11, 2017, https://jamestown.org/program/known-unknown-changes-plas-ground-combat-units/.
21. "A "First" for the People's Liberation Army: A Navy Admiral Becomes a Joint, Regional, Commander," in The Jamestown Foundation, China Brief, March 31, 2017, https://jamestown.org/program/first-peoples-liberation-army-navy-admiral-becomes-joint-regional-commander/.
22. "SOF a Priority in China," in The Cipher Brief, March 15, 2017, https://www.thecipherbrief.com/article/sof-priority-china-1090.
23. ""Peace Through Strength": Deterrence in Chinese Military Doctrine," War on the Rocks, March 15, 2017, https://warontherocks.com/2017/03/peace-through-strength-deterrence-in-chinese-military-doctrine/.
24. "PLA training in 2016" and "PLA Army organization," (unattributed), in *The Military Balance 2017*, ed. James Hackett, International Institute for Strategic Studies, Routledge, 2017.
25. "Walk, Don't Run: Chinese Military Reforms in 2017," War on the Rocks, January 9, 2017, https://warontherocks.com/2017/01/walk-dont-run-chinese-military-reforms-in-2017/.
26. "China's Contribution to Peacekeeping Operation: Understanding the Numbers," in The Jamestown Foundation, China Brief, December 5, 2016, https://jamestown.org/program/chinas-contribution-peacekeeping-operation-understanding-numbers/.
27. Review of *China's Military Power: Assessing Current and Future Capabilities*, The China Journal, No. 77, January 2017, http://www.journals.uchicago.edu/doi/full/10.1086/689222.
28. "The PLA's Biggest Loser: The Army, Second-best is Good Enough," paper presented at the 2016 CAPS-RAND-NDU PLA Conference, November 18-19, 2016.
29. "The PLA Army's Emerging Organization: Changing to Leather," with Ben Lowsen, paper presented at the SSI/NBR 2016 PLA conference, "Continuity and Change in

the PLA: Evolution, Adaptation, and Reform," October 21-23, 2016.

30. Comments in response to "Could China Now Defeat the United States in a Battle Over the South China Sea or Taiwan?" ChinaFile, August 25, 2016, https://www.chinafile.com/conversation/could-china-now-defeat-united-states-battle-over-south-china-sea-or-taiwan.
31. "Deterrence in *The Science of Military Strategy* 2013" in *China's Evolving Military Strategy*, ed. Joe McReynolds, The Jamestown Foundation, August 16, 2016.
32. "Integrating the Services and Harnessing the Military Area Commands," Journal of Strategic Studies, August 1, 2016.
33. "The New PLA Joint Headquarters and Internal Assessments of PLA Capabilities," in The Jamestown Foundation, China Brief Volume: 16 Issue: 10, June 21, 2016, https://jamestown.org/program/the-new-pla-joint-headquarters-and-internal-assessments-of-pla-capabilities/.
34. "Toward a U.S.-Style Command Structure," in The Cipher Brief, February 19, 2016, http://thecipherbrief.com/article/asia/toward-us-style-command-structure.
35. "The PLA's New Organizational Structure: What is Known, Unknown and Speculation," (Parts 1 and 2) with Kenneth Allen and John F. Corbett in The Jamestown Foundation, China Brief Volume: 16 Issue: 3, February 4, 2016, https://jamestown.org/program/the-plas-new-organizational-structure-what-is-known-unknown-and-speculation-part-1/; China Brief Volume: 16 Issue: 4, February 23, 2016, https://jamestown.org/program/the-plas-new-organizational-structure-what-is-known-unknown-and-speculation-part-2/.
36. "The PLA Wants You: 90 Years of Recruiting, Training, and Retaining Personnel" paper for the CAPS/NDU/RAND Annual PLA Conference "The PLA @ 90: Evolutions, Revolutions, Legacies, and Disruptions, Taipei, Taiwan, November 12-14, 2015.
37. "The PLA Army/Ground Forces" in *The PLA as Organization Reference Volume v2.0,* eds. Kevin Pollpeter and Ken W. Allen, Defense Group Inc., 2015, http://www.pla-org.com/downloads/.
38. "China's Merchant Marine," paper for the CNA conference on "China as a 'Maritime Power,'" July 28-29, 2015, Arlington, VA, https://www.cna.org/cna_files/pdf/China-Merchant-Marine.pdf.
39. "The PLA Army," in *Routledge Handbook of Chinese Security*, eds. Lowell Dittmer and Maochun Yu, Routledge, 2015.
40. "The 2015 Chinese Defense White Paper on Strategy in Perspective: Maritime Missions Require a Change in the PLA Mindset," in The Jamestown Foundation, China Brief Volume: 15 Issue: 12, May 29, 2015, http://www.jamestown.org/uploads/media/China_Brief_Vol_15_Issue_12_v2_1_01.pdf.

41. "Managing Military Change in China," in *Security, Strategy, and Military Change in the 21st Century*, eds. Jo Inge Bekkevold, Ian Bowers, and Michael Raska, Routledge, 2015.
42. "PLA Special Operations Forces: Organizations, Missions, and Training," in The Jamestown Foundation, China Brief Volume: 15 Issue: 9, May 1, 2015, https://jamestown.org/program/pla-special-operations-forces-organizations-missions-and-training/#.VUZJ7kvd4Ts.
43. "Sun Tzu Simplified: An Approach to Analyzing China's Regional Military Strategies," AsiaEye, April 10, 2015, http://blog.project2049.net/2015/04/special-sun-tzu-simplified-approach-to.html.
44. "Ten Reasons Why China Will Have Trouble Fighting A Modern War," February 18, 2015, War on the Rocks, http://warontherocks.com/2015/02/ten-reasons-why-china-will-have-trouble-fighting-a-modern-war/?singlepage=1.
45. "Corruption In China's Military: One Of Many Problems," February 16, 2015, War on the Rocks, http://warontherocks.com/2015/02/corruption-in-chinas-military-one-of-many-problems/.
46. "PLA ground forces: structural developments" (unattributed), in *The Military Balance 2015*, ed. James Hackett, International Institute for Strategic Studies, Routledge, 2015.
47. "Chinese Special Operations Forces: Not Like "Back at Bragg,"" January 1, 2015, War on the Rocks, http://warontherocks.com/2015/01/chinese-special-operations-forces-not-like-back-at-bragg/.
48. "The PLA and Joint Operations," paper for the CAPS-RAND-NDU 26th Annual PLA Conference, November 21-22, 2014.
49. "The Evolution of Core Concepts: People's War, Active Defense, Offshore Defense," in *Assessing the People's Liberation Army in the Hu Jintao Era*, eds. Roy Kamphausen, David Lai, and Travis Tanner, Strategic Studies Institute, U.S. Army War College, 2014 at http://www.strategicstudiesinstitute.army.mil/pubs/display.cfm?pubID=1201.
50. "Analysis: PLA winter exercises - training not mobilization," Jane's Defence Weekly, March 28, 2014.
51. "Is China Preparing for a "Short, Sharp War" Against Japan?" with Jonathan D. Pollack, February 25, 2014, Brookings Opinion, http://www.brookings.edu/research/opinions/2014/02/25-mission-action-2013-jpollack.
52. "Developments in PLA Training" (unattributed), in *The Military Balance 2014*, ed. James Hackett, International Institute for Strategic Studies, Routledge, 2014.
53. "Rubbery figures: Chinese military R&D," Lowry Interpreter Blog, October 14, 2013, at http://www.lowyinterpreter.org/post/2013/10/14/Rubbery-figures-Chinese-military-RD.aspx.

54. "Five Misconceptions About the Chinese Military," China Policy Institute Blog, September 30, 2013, at https://cpianalysis.org/2013/09/30/five-misconceptions-about-the-chinese-military/.
55. "PLA Training," Jane's Defence Weekly, September 27, 2013.
56. "Mutual deterrence: a new paradigm in Sino-US military relations?" Jane's Defence Weekly, May 14, 2013.
57. "The "Two Incompatibles" and PLA Assessments of Military Capability" in The Jamestown Foundation, China Brief Volume: 13 Issue: 10 May 9, 2013, at http://www.jamestown.org/programs/chinabrief/single/?tx_ttnews%5Btt_news%5D=40860&tx_ttnews%5BbackPid%5D=25&cHash=496c5a633f18729a58f908301c557db1.
58. "The PLA Navy's *Yin* and *Yang*: China's Advancing Amphibious Force and Missile Craft," paper presented at the Naval War College Conference on "China's Evolving Surface Fleet," May 1, 2013.
59. "The 2013 Defense White Paper in Perspective," in The Jamestown Foundation, China Brief Volume: 13 Issue: 9 April 25, 2013, at http://www.jamestown.org/programs/chinabrief/single/?tx_ttnews%5Btt_news%5D=40783&tx_ttnews%5BbackPid%5D=25&cHash=5f29f63e88be8de07b9d204df6d99801.
60. "Xi Jinping and the PLA," with M. Taylor Fravel, March 19, 2013, The Diplomat, at http://thediplomat.com/china-power/xi-jinping-and-the-pla/?all=true.
61. "The Role of the PLA," in *Handbook of China's Governance and Domestic Politics,* ed. Chris Ogden, Routledge, 2013.
62. "Clarity of Intentions: People's Liberation Army Transregional Exercises to Defend China's Borders," in *Learning by Doing: The PLA Trains at Home and Abroad*, eds. Roy Kamphausen, David Lai, and Travis Tanner, Strategic Studies Institute, U.S. Army War College, 2012, at http://www.strategicstudiesinstitute.army.mil/pubs/display.cfm?pubID=1135.
63. "Much Ado About The Sansha Garrison," with M. Taylor Fravel, August 23, 2012, The Diplomat, at http://thediplomat.com/2012/08/23/much-ado-about-the-sansha-garrison/.
64. "U.S. and Chinese Approaches to Peacekeeping and Stability Operations," in *Not Congruent but Quite Complementary*, ed. Lyle J. Goldstein, China Maritime Studies Institute, U.S. Naval War College, July, 2012.
65. "Mona Lisa, Mona Lisa," National Public Radio, Three-Minute Fiction, April 14, 2012, at http://www.npr.org/2012/04/14/150612547/mona-lisa-mona-lisa?sc=emaf.
66. "Politics and the PLA: Securing Social Stability," in The Jamestown Foundation, China Brief Volume: 12 Issue: 7 March 30, 2012, at http://www.jamestown.org/programs/chinabrief/single/?tx_ttnews%5Btt_news%5D=39208&tx_ttnews%5BbackPid%5D=25&cHash=d039891c74272bc3085d8165b2915c3e.



TANG_00002572

67. *The Chinese Army Today: Tradition and Transformation for the 21st Century*, second edition, Routledge, 2012.

68. "China in 2012: Shifting Perspectives - Assessing the PLA from the Ground Up, " in The Jamestown Foundation, China Brief Volume: 12 Issue: 2 January 20, 2012, at http://www.jamestown.org/single/?no_cache=1&tx_ttnews%5Btt_news%5D=38912.

69. "'Technology Determines Tactics': The Relationship between Technology and Doctrine in Chinese Military Thinking," *Journal of Strategic Studies*, Volume 34 Issue 3, June 2011.

70. "Chinese Helicopter Development: Missions, Roles and Maritime Implications," in *Chinese Aerospace Power*, eds. Andrew S. Erickson and Lyle J. Goldstein, Naval War Institute Press, 2011.

71. "An Analysis of China's 2011 Defense Budget and Total Military Spending — The Great Unknown," in The Jamestown Foundation, China Brief Volume: 11 Issue: 4 March 10, 2011, at http://www.jamestown.org/programs/chinabrief/single/?tx_ttnews[tt_news]=37631&tx_ttnews[backPid]=25&cHash=962dd98d4000505226b122227911ea48.

72. "China's Marines: Less is More," in The Jamestown Foundation, China Brief Volume: 10 Issue: 24, December 3, 2010, at http://www.jamestown.org/programs/chinabrief/single/?tx_ttnews[tt_news]=37246&tx_ttnews[backPid]=25&cHash=b238e0c56e.

73. "Mission Action 2010: Three Complex, Transregional, Integrated Joint Operations," in The Jamestown Foundation, China Brief Volume: 10 Issue: 22, November 5, 2010 at http://www.jamestown.org/single/?no_cache=1&tx_ttnews%5Btt_news%5D=37142.

74. "Does Doctrine Drive Technology or Does Technology Drive Doctrine?" in the University of California Institute on Global Conflict and Cooperation (IGCC) Policy Briefs on the Rise of the Chinese Defense Economy: Innovation Potential, Industry Performance, and Regional Comparisons, September 2010, at http://igcc.ucsd.edu/research/security/SITC/SITCpolicybrief04.pdf.

75. "PLA Amphibious Capabilities: Structured for Deterrence," in The Jamestown Foundation, China Brief Volume: 10 Issue: 17, August 19, 2010 at http://www.jamestown.org/programs/chinabrief/single/?tx_ttnews[tt_news]=36770&tx_ttnews[backPid]=25&cHash=5c40a5009d.

76. "People's Liberation Army and People's Armed Police Ground Exercises With Foreign Forces, 2002-2009," in *The PLA at Home and Abroad,* eds. Roy Kamphausen, David Lai, and Andrew Scobell, Strategic Studies Institute, U.S. Army War College, June 2010, at http://www.strategicstudiesinstitute.army.mil/pdffiles/PUB995.pdf.

77. "Chinese Strategic Thinking: People's War in the 21st Century," in The Jamestown Foundation, China Brief Volume: 10 Issue: 6 March 18, 2010, at http://www.jamestown.org/programs/chinabrief/single/?tx_ttnews[tt_news]=36166&tx_ttnews[backPid]=25&cHash=0fc6f0833f.

78. "PLA Exercises March Toward Trans-Regional Joint Training," in The Jamestown Foundation, China Brief Volume: 9 Issue: 22, November 4, 2009, at http://www.jamestown.org/programs/chinabrief/single/?tx_ttnews[tt_news]=35690&tx_ttnews[backPid]=25&cHash=714d47df94.
79. "The PRC 60th Anniversary Parade: Equipment on Display, Not Military Capabilities," in The Jamestown Foundation, China Brief, Volume: 9 Issue: 19, September 24, 2009, at http://www.jamestown.org/programs/chinabrief/single/?tx_ttnews[tt_news]=35535&tx_ttnews[backPid]=25&cHash=ef559314a9.
80. "Military Parades Demonstrate Chinese Concept of Deterrence," in The Jamestown Foundation, China Brief, Volume: 9 Issue: 8, April 16, 2009, at http://www.jamestown.org/programs/chinabrief/single/?tx_ttnews[tt_news]=34869&tx_ttnews[backPid]=25&cHash=0a8c815af3.
81. "China's Views on NATO Expansion: A Secondary National Interest," in The Jamestown Foundation, China Brief, Volume: 9 Issue: 5, March 4, 2009, at http://www.jamestown.org/single/?no_cache=1&tx_ttnews[tt_news]=34660.
82. "PLA Conscript and Noncommissioned Officer Individual Training," in *The "People" in The PLA: Recruitment, Training, And Education In China's Military*, eds. Roy Kamphausen, Andrew Scobell, and Travis Tanner, Strategic Studies Institute, U.S. Army War College, September 2008, at http://www.strategicstudiesinstitute.army.mil/pdffiles/PUB858.pdf.
83. "China Looks and Finds Its Military Wanting," *Defense News*, July 21, 2008.
84. "The Pentagon-PLA Disconnect: China's Self Assessments of Its Military Capabilities," in The Jamestown Foundation, China Brief, Volume 8, Issue 14, July 3, 2008.
85. "PLA Ground Force Modernization and Mission Diversification: Underway in All Military Regions," in *Right Sizing The People's Liberation Army: Exploring The Contours Of China's Military*, eds. Roy Kamphausen and Andrew Scobell, Strategic Studies Institute, U.S. Army War College, September 2007, at http://www.strategicstudiesinstitute.army.mil/pdffiles/PUB784.pdf.
86. "The 2007 Report on the Chinese Military: The Top 10 List of Missing Topics," in *Joint Force Quarterly*, 4th Quarter 2007, at http://www.ndu.edu/inss/Press/jfq_pages/editions/i47/10.pdf.
87. "Through the U.S. Looking Glass: A Mirror-Image View of the Chinese Military," in Center for Strategic and International Studies, Freeman Report, July/August 2007, at http://www.csis.org/media/csis/pubs/frv07n07-08.pdf.
88. "PLA Ground Force Modernization Underway in All Military Regions, Preparing for a Variety of Missions," in *Asia Policy,* Number 4 (July 2007), pp. 78-83, at http://nbr.org/publications/asia_policy/AP4/AP4%20PLA%20RT.pdf.
89. "Defense-Related Spending in China: A Preliminary Analysis and Comparison with American Equivalents," with Chas W. Freeman, Jr., Stanley A. Horowitz, Evan S.

Medeiros, and James C. Mulvenon, published by United States - China Policy Foundation, May 2007 at http://www.uscpf.org/v2/pdf/defensereport.pdf.

90. "People's War in the Twenty-First Century: The Militia and the Reserves," in *Civil-Military Relations in Today's China Swimming in a New Sea*, eds. David M. Finkelstein and Kristen Gunness, M.E. Sharpe, 2007.

91. "Servant of Two Masters: The People's Liberation Army, the People, and the Party," in *Chinese Civil-Military Relations: The Transformation of the People's Liberation Army*, ed. Nan Li, Routledge, 2006.

92. "PLA Ground Forces: The View from Beijing... or Heilongjiang or Xinjiang," in Woodrow Wilson International Center for Scholars, Asia Program Special Report, December 2006, at http://www.wilsoncenter.org/topics/pubs/ASIA_135.pdf.

93. "Rumsfeld's Take on the Chinese Military: A Dissenting View," in *Current History*, September 2006 at http://www.currenthistory.com/org_pdf_files/105/692/105_692_263.pdf.

94. "Observations on Military Modernization and International Influence – An Alternate View," paper presented to the National Defense University Conference on *China's Global Activism: Implications for U.S. Security Interests*, June 20, 2006 at http://www.ndu.edu/inss/symposia/pacific2006/Blaskopaper.pdf.

95. *The Chinese Army Today: Tradition and Transformation for the 21st Century*, Routledge, 2006.

96. "Chinese Army Modernization: An Overview," in *Military Review*, September-October 2005, at http://usacac.leavenworth.army.mil/CAC/milreview/English/sepoct05/index.asp.

97. Statement before the U.S.-China Security Review Commission, Hearing on "Net Assessment of Cross-Strait Military Capabilities," September 15, 2005, http://www.uscc.gov/hearings/2005hearings/written_testimonies/05_09_15wrts/blasko_dennis_wrts.htm.

98. "A Strategic Crossroads for Chinese Military Power," The Jamestown Foundation, China Brief, Volume 5, Issue 17, August 2, 2005, at http://www.jamestown.org/publications_details.php?volume_id=408&issue_id=3422&article_id=2370094.

99. "Mobilization: Then and Now," paper presented at the RAND-CNA Corporation conference *Mobilization and the PLA*, February 23-25, 2005, Warrenton, VA.

100. "China's Defense White Paper for 2004: No Change to Policy or Portents of the Future?" Center for Strategic and International Studies, Freeman Report, January 2005, at http://www.csis.org/china/FRN/FRv03v01.pdf.

101. "Chinese Peacekeepers to Haiti: Much Attention, More Confusion," in *Chinese Military Update*, Volume 2, Number 14 Royal United Services Institute for Defence and Security Studies, November 2004.



TANG_00002575

102. “Chinese Military Logistics: The GAD System Part II,” The Jamestown Foundation, China Brief, Volume 4, Issue 20, October 14, 2004, at http://www.jamestown.org/single/?no_cache=1&tx_ttnews[tt_news]=3682.

103. “Chinese Military Logistics: The GLD System,” The Jamestown Foundation, China Brief, Volume 4, Issue 19, September 30, 2004, at http://www.jamestown.org/single/?no_cache=1&tx_ttnews[tt_news]=26927.

104. “Chinese Airborne Forces: Changing Times, Changing Missions,” in *Chinese Military Update*, Volume 2, Number 1, Royal United Services Institute for Defence and Security Studies, June 2004.

105. “The War Zone Joint Logistics System,” paper presented at the RAND-CNA Corporation conference *Chinese Military Field Conference: PLA Logistics and Sustainment*, December 11-14, 2003, Warrenton, VA.

106. “Putting ‘the People’ Back into the People’s Army,” paper presented at the conference *Reassessing Unrest in China*, December 11-12, 2003, Arlington, VA.

107. “*Bei Jian 0308*: Did Anyone Hear the Sword On the Inner Mongolian Plains?” in *Chinese Military Update*, Volume 1, Number 3, Royal United Services Institute for Defence and Security Studies, November 2003.

108. *People’s War Lives On: Chinese Military Logistics in the War Zone*, RAND Corporation, DRR(L)-3170, September 2003.

109. “Bureaucracy in Action”: The 2003 Department of Defense Annual Report to Congress on the Military Power of the People's Republic of China, in *Chinese Military Update*, Volume 1, Number 3, Royal United Services Institute for Defence and Security Studies, August 2003.

110. “People’s Liberation Army Ground Forces: Moving into the 21st Century,” in *Chinese Military Update*, Volume 1, Number 2, Royal United Services Institute for Defence and Security Studies, July 2003.

111. “PLA Ground Forces Lessons Learned: Experience and Theory,” in *The Lessons of History: The Chinese People’s Liberation Army at 75*, eds. Laurie Burkitt, Andrew Scobell, and Larry Wortzel, Strategic Studies Institute, U.S. Army War College, July 2003.

112. “PLA Ground Forces After the 16th Party Congress,” paper presented at the CAPS-RAND conference on *Whither the PLA After the 16th Party Congress*, November 2002, Taipei, Taiwan.

113. “PLA Ground Forces: Moving Toward a Smaller, More Rapidly Deployable, Modern Combined Arms Force,” in *The People’s Liberation Army as Organization*, eds. James C. Mulvenon and Andrew N. D. Yang, Conference Proceedings published by RAND, 2002 at http://www.rand.org/pubs/conf_proceedings/CF182.html.

114. “Always Faithful: The PLA from 1949 to 1989,” in *A Military History of China*, eds. David A. Graff and Robin Higham, Westview Press, 2002.



TANG_00002576

115. Statement before the U.S.-China Security Review Commission, December 7, 2001, in *Compilation of Hearings Held Before the U.S.-China Security Review Commission*, *Fiscal Years 2001 and 2002*, U.S. Government Printing Office, 2002.

116. "The RMA: China's Quiet Revolution," in *Managing the Revolution in Military Affairs*, eds. Ron Matthews and John Treddenick, Palgrave, 2001.

117. "PLA Force Structure: A 20-Year Retrospective," in *Seeking Truth From Facts*, eds. James C. Mulvenon and Andrew N. D. Yang, Conference Proceedings published by RAND, 2001 at http://www.rand.org/pubs/conf_proceedings/CF160/CF160.ch3.pdf.

118. "PLA Ground Forces: Topics for Additional Study," presentation at the National Defense University Institute for National Strategic Studies conference on *Chinese Military Affairs: A Conference on the State of the Field*, October 2000, at http://www.ndu.edu/inss/China_Center/CMA_Conf_Oct00/paper7.htm.

119. "The Problems of Overcoming Obsolescence: Can the PLA Leapfrog?" presentation made at Jane's conference on *China's Military Modernization: Strategic & Regional Implications*, May 4-5, 2000, Washington, D.C.

120. "Chinese Military Modernization: An Assessment," in *The World & I*, October 1999.

121. "A New PLA Force Structure," in *The People's Liberation Army in the Information Age*, eds. James C. Mulvenon and Richard H. Yang, Conference Proceedings published by RAND, 1999 at http://www.rand.org/content/dam/rand/pubs/conf_proceedings/CF145/CF145.chap13.pdf.

122. "Too Many Suspicions: The Security Situation Among the PRC, Taiwan, the United States, and Japan," with Charles W. Dyke, in *Tamkang Journal of International Affairs*, Summer 1999, Tamkang University, Taiwan.

123. "Evaluating Chinese Military Procurement from Russia," in *Joint Force Quarterly*, Autumn/Winter 1997/98 at http://www.dtic.mil/doctrine/jel/jfq_pubs/1917pgs.pdf.

124. "No More Tiananmens: The People's Armed Police and Stability in China, 1997," with John F. Corbett, Jr., in *China Strategic Review*, Spring 1998.

125. "Hong Kong and China: The Military and Political Implications of Reversion," with Ronald N. Montaperto, a *Strategic Forum* paper, published by the National Defense University Press, March 1997.

126. "Training Tomorrow's PLA: A Mixed Bag of Tricks," with Philip T. Klapakis and John Corbett, Jr., in *The China Quarterly*, June 1996.

127. "Better Late Than Never: Non-Equipment Aspects of PLA Ground Forces Modernization," in *Chinese Military Modernization*, AEI Press, 1996.

128. Co-author of "China's Defense-Industrial Trading Organizations," Defense Intelligence Reference Document, PC-1921-57-95 at http://www.softwar.net/pladef.html.

129. "An Introduction to The Chinese Defense Industry," January 22, 1994, at http://www.softwar.net/pladef.html.