EXHIBIT 2

Analysis of Evidence,
US v Tang

**General Background**

I am Dennis J. Blasko, Lieutenant Colonel, U.S. Army (Retired). I served for 23 years as a Military Intelligence Officer and Foreign Area Officer specializing in China. I started studying Chinese at the United States Military Academy in 1970, continued studies at the Defense Language Institute from 1984-1985, and participated in additional language training in Hong Kong including orientation trips into China from 1985-1986. I was an Army attaché in Beijing from 1992-1995 and in Hong Kong from 1995-1996. I retired from the Army in 1997 and have spent the last 24 years performing open-source analysis of the Chinese armed forces and defense industries primarily using official Chinese sources (in both English and Chinese) available on the internet. I am an independent analyst, currently not permanently affiliated with any organization, though I have written for many think tanks and publications over the past 25 years.

My main focus is the People's Liberation Army (PLA) Army and other ground forces in the Navy, Air Force, and People's Armed Police. In particular, I study the personnel that work for all of the Chinese armed forces, including the uniforms and insignia that distinguish them from one another, and the various forces' organization, structure, and training (order of battle). For nearly 30 years, since I first encountered a "PLA civilian," I have attempted to understand the "civilians" who work for the Chinese armed forces. Over the past two decades, I have responded to numerous informal requests from multiple elements of the U.S. government and media about the types of "civilians" who work for the Chinese armed forces and how to identify Chinese personnel by their uniforms. Both editions of my book, *The Chinese Army Today: Tradition and Transformation for the 21st Century* (Routledge, 2006 and 2012), endeavor to describe uniforms and insignia and include as many photographs and illustrations/graphics as possible. Unfortunately, terminology, translations, and analysis can change over time, especially as more information becomes available, potentially resulting in confusion.

There are many Chinese-English dictionaries (or glossaries) and military dictionaries in Chinese, but none fit every analyst's every need. Chinese military terminology is extremely complex and is not static. Many terms do not have direct translations and equivalents in English and the U.S. military system. Commercial computer translation programs are helpful, but I have yet to find one that properly and consistently translates military terms. The Chinese government provides English translations of their official defense white papers and some of the articles on their official military websites, which I use extensively. But some of their translations of terminology have varied from source to source and from year to year, complicating our efforts to understand the Chinese system. I am not certified as an interpreter or translator but have spent many years in study and discussions with others to comprehend better the nuance of Chinese military terminology.

During my Military Intelligence career, I was trained in imagery analysis and worked as an imagery analyst at the Defense Intelligence Agency for two years. While in China as an attaché, I traveled through much of the country observing military activity, especially taking note of

1

TANG_00002579

uniforms and signs on military installations. Whenever I can, both now and then, I attempt to link Chinese language material with photographs to perform analysis as objectively as possible.

**Background on the People's Liberation Army**

The Chinese armed forces are composed of three separate and distinct elements: the active-duty and reserve forces of the People's Liberation Army, the People's Armed Police (PAP), and the People's Militia. Each element has a primary and secondary mission. The PLA is tasked with defending China from external enemies, but, when authorized, can be used in domestic security missions. The PAP, working in conjunction with the civilian police force, is tasked with maintaining domestic security, but may support the PLA in times of war. The militia is tasked with supporting the PLA in its external defense mission and the PAP and local governments and police in maintaining domestic security. Each element of the armed forces has uniforms and insignia that that distinguish it from the other forces.

The PLA is composed of four services, the Army, Navy, Air Force, and Rocket Force, and two support forces, the Strategic Support Force (SSF) and the Joint Logistics Support Force (JLSF). Each service wears a uniform of its own color with insignia and patches that that distinguish it from the other services. The PLA currently numbers 2 million active-duty personnel, plus a reserve force estimated to be about half a million. PLA reserve units are mostly composed of civilians, some of whom may have served on active-duty, but who train relatively infrequently. Because they are stationed in every province, PLA reserve units are likely to be called up to respond to local natural disasters and emergencies. Militia units are led by local government civilian cadre, who wear military uniforms with unique insignia, and are composed of civilians, who train occasionally, and also frequently respond to local natural disasters and emergencies.

The Central Military Commission (CMC) is the highest leadership and policy body over the Chinese armed forces. It is both a Party and a government organization. The CMC organizational structure is not established by law and has changed over time. The CMC staff was greatly expanded in number and responsibility during reforms initiated in December 2015.

The Chinese armed forces operate under the principle that "the CMC exercises overall leadership, the Theater Commands are responsible for military operations, the services focus on developing capabilities," also known as "construction" activities, i.e., managing organization structures, personnel and professional education, equipment, and some training. Recent reforms created five joint Theater Command headquarters, the Eastern, Southern, Western, Northern, Central Theater Commands. Each service operates a system of military academies and hospitals. Theaters Commands and operational units also operate training facilities and hospitals. The organization chart below is found in the U.S. Department of Defense, *Military and Security Developments Involving the People's Republic of China 2020, Annual Report to Congress*. It depicts the command relationship described above and adds the three senior educational institutes subordinate to the CMC.

## China's Military Leadership



This chart does not depict the Ministry of National Defense (which is not in the chain of command), general offices, military districts, garrisons, sub-districts, and People's Armed Forces Departments (which command the militia)

**PLA Personnel System**

Traditionally, PLA personnel are considered either fighters (*zhanshi* in Chinese), which includes all enlisted personnel, or cadre (*ganbu*), which basically equates to leaders. Today, those terms continue to be used. Fighters or enlisted personnel include two-year conscripts and those who volunteer to serve longer as non-commissioned officers (NCOs). Cadre consist of officers and active-duty uniformed civil cadre (*wenzhi ganbu*) who have the same status as officers.

Active-duty officers are assigned 10 ranks from second lieutenant to general (the system does not parallel the U.S. system exactly). Officers also are assigned one of 15 grades (or posts) from platoon leader to vice chairman of the CMC that correspond to the duty position or billet they occupy. (A chart listing officer grades, ranks, and retirement ages is found at Appendix 1.) Officer grades roughly equate to the system of civilian government and party cadre grades, allowing officials to determine their place in the hierarchy among different governmental systems, organizations, and ministries.

Officer ranks can be discerned from the insignia they wear on shoulder epaulets or on their collars depending on the type of uniform; grades can be distinguished by one of the ribbons worn on certain uniforms. (Officer rank insignia and grade/year ribbons are found at Appendix 2.) The photograph below shows military representatives to the 2021 National People's Congress.[1] From right to left are a PAP senior colonel, Army major general, and JLSF lieutenant colonel. Shoulder epaulets indicate ranks; grades can be discerned from the center ribbon in the top row of ribbons on the left side of their uniform, the other ribbons represent years of service.



If evaluated as qualified, officers are promoted in rank about every four years (except for second lieutenants who are promoted after two years), while grade promotions usually occur every three years. The traditional time period for promotions currently is being adjusted. If not selected for promotion, officers must separate from service at an age dependent upon their grade. The type and amount of separation benefits (e.g., pay) and assistance in finding a civilian job varies based on grade, rank, and length of service (and is very complicated). However, with 20 years of service (including time spent at a military academy as a cadet), retirement options and benefits are greater creating an incentive for an officer to remain in service for 20 or more years.[2]

---

[1] Photo source: "十三届全国人大四次会议在京开幕" [Fourth Session of the 13th National People's Congress Opens in Beijing], *PLA Daily*, March 6, 2021, http://www.81.cn/yw/2021-03/06/content_9997677.htm.

[2] For details on retirement options and benefits, see Marcus Clay, *Understanding the "People" of the People's Liberation Army*, China Aerospace Studies Institute, 2019, pp. 51-52, https://www.airuniversity.af.edu/Portals/10/CASI/Books/Understanding_the_People_of_the_PLA.pdf.

TANG_00002582

### *Wenzhi Ganbu*, PLA Civil Cadre

Depending on the dictionary, the term *"wenzhi"* can be defined as civilian post, civilian, or non-military. *Ganbu* are cadre (leaders) both in the military and civilian government. Official Chinese translations of the term *"wenzhi ganbu"* have varied over time. The 2002 Chinese defense white paper translated *"wenzhi ganbu"* as "non-ranking cadres" because they do not have ranks like officers. Later official documents have used the term "civil cadre." I used the term "PLA civilians" for many years because of my experience in dealing with *wenzhi ganbu* while in Beijing. After decades of studying the issue, I now prefer the term "civil cadre" because "PLA civilian" may give the impression that these personnel are not on active-duty, when, in fact, they are.

I first encountered this category of personnel shortly after arriving in Beijing in mid-May 1992. I did not recognize the insignia on an epaulet of a uniformed female and asked about it. (See photo below, note the difference between the *wenzhi ganbu* epaulet on the left, and the senior colonel on the right.[3]) My recollection of the answer I received is that she was a "PLA civilian." This was only four years after the PLA's system of ranks was restored in 1988 (after being abolished in 1965), and to the best of my knowledge there was no official translation for this category of personnel at the time.



I believe that the cadre used the term "PLA civilian" because she understood the U.S. military has a large number Department of Defense civilians, who are assigned to similar non-combatant jobs as this new category of PLA personnel, but do not wear uniforms and are not counted as U.S. active-duty personnel. According to a recent history of the "PLA's Civil Service System,"

---

[3] This photo and a close-up of the epaulet were published in the first edition of my book, using the term "PLA civilian," but with the caveat that they are active-duty personnel. I continued to use that term in the second edition.

TANG_00002583

*wenzhi ganbu* were only issued standardized uniforms and insignia on May 1, 1992, a matter of weeks before assuming my duties as an attaché.[4]

PLA civil cadre are active-duty personnel who wear uniforms similar to officers but are not assigned military ranks. Instead, they wear special insignia to indicate their level (junior, intermediate, or senior) and are assigned grades similar to officers.[5] When the PLA was issued new uniforms in 2007, *wenzhi ganbu* insignia were changed as seen in the image below (the background colors on the epaulets vary according to service).[6] Civil cadre are assigned as specialist-technical or non-specialist technical cadre, mostly in non-combat roles in the fields of medicine (such as doctors and nurses), education and research (as professors and researchers), culture and propaganda (for example, musicians, song and dance troupe members, or journalists), and administration (such as translators, engineers, staff officers). Some are assigned to operational support roles, such as medical personnel and translators, in units and headquarters.

 

The most famous civil cadre is Peng Liyuan, or Mrs. Xi Jinping, who served for many years as an entertainer in the PLA (above right, epaulets indicate senior level *wenzhi ganbu*, her lapel

---

[4] Xu Ping, "我军文职制度的历史：65年前就开始尝试" [History of the PLA's Civil Service System: Started 65 Years Ago], *PLA Daily*, April 8, 2020, http://www.81.cn/jsdj/2020-04/08/content_9786900.htm.

[5] A table comparing officer grades to civil cadre (*wenzhi ganbu*) grades "军官、文职干部等级对照表," including both specialist-technical and non-specialist-technical cadre, is found at "新中国成立后我军干部级别的沿革" [The Evolution of the PLA's Cadre Grade System Since the Founding of New China], *PLA Daily*, March 31, 2020, http://www.81.cn/jlwh/2020-03/31/content_9781021_4.htm. For the sake of simplicity, details are not discussed in this analysis.

[6] Photo source: "绚丽多彩的标志服饰" [Colorful Symbol Apparel], *PLA Daily*, August 4, 2014, http://www.81.cn/syjdt/2014-08/04/content_6081572_8.htm.

6

TANG_00002584

insignia indicate specialist-technical cadre).[7] The media sometimes referred to Peng incorrectly as a general.

While civil cadre are not assigned officer ranks, they are assigned 14 grades (and wear the same grade ribbons as officers) which allows them to compare their relative positions in the PLA hierarchy. Additionally, a *PLA Daily* article from 2011 describes 10 *wenzhi ganbu* levels that correspond to military ranks – starting with level 9 (9级文职干部) as the lowest level equivalent to a second lieutenant, moving up step by step to special-class level (特级文职干部), equivalent to a general.[8] Civil cadre grades and time in service, like officers, determine separation or retirement benefits.

Roughly 15 years ago, a new category of personnel was added to the PLA – that of non-active-duty contract civilians, called *wenzhi renyuan*. Currently serving civil cadre *wenzhi ganbu* are encouraged to transform into contract civilians *wenzhi renyuan*, and the two systems appear to be on the road to eventual merger, with only *wenzhi renyuan* remaining.

**Other "Civilians"**

In 2005, the PLA began to recruit a new category of non-active-duty contract civilians, called *wenzhi renyuan*, to augment and perform the same duties as active-duty civil cadre, in medical, education, research, and other fields. The Chinese now often refer to this category of personnel simply as civilian personnel. Many recently demobilized active-duty personnel, not eligible for full retirement benefits, have become contract civilians, adding a degree of experience that most contract civilians previously did not have. Some are assigned as military recruiters. These personnel sign individual contracts varying between three and five years for highly skilled and educated positions and may serve until the age of 50. Lower skill jobs have contracts ranging from one to three years in length.[9]

Contract civilians wear "peacock blue" military uniforms with badges and insignia that differentiate them from active-duty personnel. For most of the previous decade, these personnel were reported to number 20,000 in support of both the PLA and PAP. In the past few years, the number of *wenzhi renyuan* working for the PLA appears to be increasing but the total number has not been revealed. In comparison, *wenzhi renyuan* are similar to the approximately 750,000 non-active-duty U.S. Department of Defense civilians, who do not wear uniforms, but support the force daily.

---

[7] Photo source: "彭丽媛被记者围困 韩红"救驾"" [Peng Liyuan Besieged by Reporters Han Hong "rescued"], China Daily, March 5, 2010, http://www.chinadaily.com.cn/dfpd/2010qglianghui/2010-03/05/content_9543046.htm.
[8] "新军衔制不是对55年军衔制的简单恢复" [The new military rank system is not a simple restoration of the 1955 military rank system], *PLA Daily*, July 13, 2011, http://www.81.cn/jfdg/2011-07/13/content_5494522.htm.
[9] "军队文职人员聘用合同管理暂行规定" [Interim Provisions on the Administration of Employment Contracts for Military Civilian Staff], Military Talent Net, January 6, 2019, http://81rc.81.cn/news/2019-01/06/content_9397062.htm.

7

TANG_00002585

The photographs on the following page show an Air Force medical civil cadre *wenzhi ganbu* on the left and an Air Force medical contract civilian *wenzhi renyuan* on the right, honored for their work during the coronavirus outbreak in Wuhan in 2020.[10] Note the difference between the active-duty cap insignia, *wenzhi ganbu* insignia on the collar, and the chest badge (indicating Air Force) compared to the corresponding insignia and badge for the *wenzhi renyuan*. The patch on both of their arms indicates they work for the Air Force, as does the color of their training/field uniform.



Finally, an unknown number of non-active-duty civilian employees, workers, and staff, referred to in Chinese as *zhigong*, who do not wear military uniforms, also work for the PLA in a variety of support jobs, such as drivers, custodians, and cooks. Like active-duty civil cadre, over time these workers and staff may be merged into the contract civilian system.

Appendix 3 is a chart that summaries the categories of personnel that may work for all elements of the Chinese armed forces – the PLA, PAP, and militia. It identifies whether the personnel are active-duty military or civilians, working full-time or part-time. All potential categories and types of personnel are included (even though some categories, such as the militia, have not been addressed in this brief). The associated Chinese characters are included to illustrate how several Chinse terms can be used for a single type of personnel.

---

[10] Photo source: "凯旋时刻，请记住这些防护服下的战士" [In the moment of triumph, remember the soldiers in these protective suits], *China Daily*, April 21, 2020, https://china.chinadaily.com.cn/a/202004/21/WS5e9eb59da310c00b73c78a67.html. This webpage contains similar photographs of PLA personnel of many types/categories from all services.

TANG_00002586

**PLA Academies**

The PLA professional military education system consists of 37 universities, command colleges, academies/colleges/institutes, and schools, while the PAP has six educational institutions. Students, known as military cadets, may be high school graduates with no military experience, conscripts or NCOs selected for higher education, or officers. The years spent as a cadet in a military academy are counted as active-duty service time. In addition to military cadets, a small number of non-military civilian students may attend military academies, but they are required to pay tuition and upon graduation find jobs on their own. As seen in the photos below, military academy cadets wear insignia of rank consisting of a single narrow gold stripe (on shoulder epaulets or the collar); on some uniforms cadets wear a National Defense badge (below left), but they do not wear ribbons indicating grade or years of service.[11]

 

Colleges/academies generally specialize in a functional specialty, such as infantry, artillery, surface ship, submarine, flight, engineering, logistics, etc. PLA academic institutions offer two- and three-year technical programs mostly for NCOs and bachelor, masters, and doctorate programs for officers. Cadets who graduate with advanced degrees will enter the force at higher rank/grade levels, depending on how long they spent in pursuit of their degree, than the second lieutenant/platoon leader grade of those with bachelor degrees.

Each service manages a number of universities, colleges, and academies. Currently the Army, Navy, and Air Force each have a medical university. The institutions in the PLA professional education system have undergone many adjustments and mergers. The latest was in 2017 as part of larger military reforms. At that time the Fourth Military Medical University (FMMU) became the Air Force Medical University, as described on its website.

---

[11] Photo source: "关注女军人，盯"颜值"更看能力" [Focus on Female Soldiers, Look at Quality more than 'Face Value'], *Xinhua*, March 8, 2017, http://www.xinhuanet.com/mil/2017-03/08/c_129504584.htm and "今年全军院校计划招收学员3.09万名" [This Year Military Academies Plan to Enroll 30,900 Students], *PLA Daily*, May 26, 2017, http://www.81.cn/jwsj/2017-05/26/content_7619911.htm.

9

TANG_00002587

Air Force Medical University of PLA (the Fourth Military Medical University) is a national key university intending to train high- and middle-level medical professionals for the army. The University has developed into its present form through the amalgamation of the former Fourth Military Medical University and the former Fifth Military Medical University in 1954, and then was transferred under Air Force after incorporating Air Force Aeromedicine Institute and renamed as Air Force Medical University in 2017. The University was accredited as one of the national first batch of 20 key universities by Central Committee of CPC in 1959, one of key academies under construction by the army in 1995, one of 22 key academies under construction of "Project 211" of the first batch in 1997, and one of the academies under construction of the national first-rate disciplines in 2017. The university is located in the ancient city of Xi'an.[12]

It is common for organizations to be known by the former names, like the Fourth Military Medical University, long after official name changes and re-subordination. The banner on the Air Force Medical University Chinese website still has the characters for the Fourth Military Medical University listed parenthetically under its current name.

Prior to its transfer to Air Force control, FMMU faculty and cadets wore Army uniforms (as seen in the photo of a senior civil cadre, below left); after becoming the Air Force Medical University, its personnel changed uniforms to that of the Air Force (cadets, below right).[13]



---

[12] Air Force Medical University website, https://www.fmmu.edu.cn/en/About_AFMU/General_Information.htm. See also *The People's Liberation Army's 37 Academic Institutions*, China Aerospace Studies Institute, 2020, pp. 184-94, https://www.airuniversity.af.edu/Portals/10/CASI/Books/CASI_Academic_Institutions_Encyclopedia_web_final.pdf.

[13] Photo source: "中国人民解放军第四军医大学" [PLA Fourth Military Medical University], *PLA Daily*, June 6, 2017, http://www.81.cn/jwzl/2017-06/14/content_7748285_3.htm and Air Force Medical University website, https://www.fmmu.edu.cn/en/Teaching___Learning1.htm.

TANG_00002588

**Analysis of Evidence**

Analysis of document and photographic evidence available indicates that Dr. Tang entered the PLA as a cadet at the Fourth Military Medical University in 2004 immediately after graduating from the civilian Shaanxi Normal University in Xi'an. She received her Ph.D. from FMMU in June 2010, after which she began work at the University, now known as the Air Force Medical University. From 2004 to 2020, documents indicate she was on active-duty in the PLA as a civil cadre (*wenzhi ganbu*) specialist-technical cadre, reaching deputy regiment leader grade level (*wenzhi 5ji*, 文职5级), equivalent to the rank of lieutenant colonel.[14] These conclusions are based on the evidence outlined below (presented as much as possible in chronological order) and are consistent the career path for a specialist-technical civil cadre in the medical research profession.

Just prior to her graduation from FMMU, two documents dated June 30, 2010 (TANG_00001150 and TANG_00001152), show Dr. Tang in a PLA Army cadet uniform, identified by the rank insignia on her shoulder and a National Defense badge on left side of the chest (as seen in the left photo on page 9 above). FMMU faculty and students wore Army uniforms before the University was transferred to the Air Force in 2017.

Approximately four years later (2014), when she was 32 years old, a black and white photo in a personal training plan for Dr. Tang elite talent, (TANG_00001233, "精英人才唐娟 个性化培养方案") shows her in an Army uniform with civil cadre (*wenzhi ganbu*) shoulder epaulets and two rows of ribbons, indicating a battalion grade level. The ribbons indicating the number years of service are not clear. A typed entry indicates that as of June 2010 (2010.06) she was a *wenzhi 6ji*, 文职6级, equivalent to the rank of major, the primary rank for an officer of battalion leader grade.[15] An entry on the previous page (TANG_00001233, "军队优秀专业技术人才岗位津贴审批表") indicates she started service in June 2004 (upon entry to FMMU) and began work in June 2010 (upon graduation) as a lecturer.

A document titled Tang Juan Resume (TANG_00001145, "唐娟个人简历") shows Dr. Tang in an Army uniform with civil cadre (*wenzhi ganbu*) shoulder epaulets and two rows of ribbons indicating battalion leader grade level and 12 years of service. The last entry in education work experience is assistant professor at FMMU from October 2014 to present.

A later image of Dr. Tang is found on the cover sheet for a list of her publications and monetary grants (TANG_00001236), which shows her in an Army uniform with civil cadre (*wenzhi*

---

[14] "新军衔制不是对55年军衔制的简单恢复" [The new military rank system is not a simple restoration of the 1955 military rank system], *PLA Daily*, July 13, 201, http://www.81.cn/jfdg/2011-07/13/content_5494522.htm . The pertinent phrase in this article is "5级文职干部：中校军衔."

[15] Ibid. The pertinent phrase is "6级文职干部：少校军衔."

*ganbu*) shoulder epaulets and three rows of ribbons. Dr. Tang's ribbons indicate she was promoted in grade to regiment deputy leader level and had served 12 years. An entry on the form indicates her current job at FMMU was assistant professor (from October 2014 to present). This document is undated, but entries indicate publications in 2015 and funding beginning in 2015 and earlier prior to FMMU's name change in 2017 (but with funding extending through 2018).

An undated third-class award certificate without photo (奖励项目 三等功), (TANG_00001130), indicates Dr. Tang is a lecturer at FMMU (indicating the document probably was issued in 2017 or earlier) and a *wenzhi 5ji*, 文职5级, equivalent to the rank of lieutenant colonel, the primary rank for an officer of regiment deputy leader grade.

Another undated image of Dr. Tang (TANG_00001251) shows her in a summer Army uniform with civil cadre (*wenzhi ganbu*) shoulder epaulets and three rows of ribbons indicating regiment deputy leader grade level and 12 years of service (similar to the left photo on page 10 above).

Dr. Tang is seen in multiple later images in both Army (TANG_00001247 and TANG_00001250,) and Air Force uniforms (TANG_00001131 and TANG_00001249) with civil cadre (*wenzhi ganbu*) shoulder epaulets and three rows of ribbons indicating regiment deputy leader grade level and 13 years of service. All of these photos show the same combination of ribbons (top row: one-year ribbon, grade ribbon, two-year ribbon; second row: three-year, four-year, one-year ribbons; bottom row: blank, two-year ribbon, blank). These photos probably were taken prior to, during, or after the period of transition of FMMU to Air Force control in 2017. The photos of Dr. Tang in an Army uniform predate the University's change in status in mid-2017 (and before); after mid-2017 (and forward) University personnel would have begun wearing Air Force uniforms.

In a document similar to a resume (TANG_00001131), in addition to her photo in an Air Force uniform as described immediately above, Dr. Tang's duty assignments are all said to be at the Air Force Medical University, with the latest entry reading from June 2018 (2018.06) to present.

A video (TANG_00001142), for which meta data indicates a creation date of December 2019,[16] in which Dr. Tang introduces herself and her education and accomplishments, shows her in an Air Force uniform with civil cadre (*wenzhi ganbu*) shoulder epaulets and three rows of ribbons indicating regiment deputy leader grade with 13 years of service. The combination of ribbons in the video differs from the other images depicting 13 years of service, but continues to add up to 13 (top row: one-year ribbon, grade ribbon, four-year ribbon; second row: three-year, one-year, two-year ribbons; bottom row: blank, two-year ribbon, blank) The information in this video is consistent with other information described above and further notes that she is a member of two

---

[16] Meta data information based on telephone conversation with Special Agent Steven Dilland, FBI Sacramento, on May 22, 2021. Special Agent Dilland also noted that Dr. Tang was videoed in front of a green screen which would reverse the colors red and green. This color reversal applies to the one-year ribbons on the uniform in which the pattern is correct but the red section in the center appears green while the outside green sections appear red. For the normal color pattern see the bottom right column of Appendix 2 and the ribbon immediately about the characters for one-year, 1年.

TANG_00002590

professional medical committees. The third-class award (三等功) certificate described earlier (at TANG_00001130) is seen in the video and dated 2015.

Two letters (TANG_00001140 and TANG_00001141), dated May 20, 2020 to the National Overseas Student Foundation and May 28, 2020 to the PRC Consulate in San Francisco, request that Dr. Tang be allowed to return to China to "complete her military study task" (完成军事课题任务) by June 30, 2020 at the request of her "unit" (单位). The first letter is signed by Dr. Tang. The bottom of the second letter has the "Fourth Military Medical University Political Department" typed above the date, but has no seal or signature.

In conclusion, the document and photographic evidence described above indicates Dr. Tang served in the PLA first as a military cadet and then as an active-duty civil cadre (*wenzhi ganbu*) from 2004 through 2020. The numerous examples of publications and sensitive medical research found in evidence indicate that prior to coming to the United States Dr. Tang was involved the type of work a specialist-technical cadre would undertake during a career in the military.

Prepared by: Dennis J. Blasko                                          Date: May 24, 2021

# Appendix 1. Officer Grades, Ranks, and Retirement Ages

| Duty Grade | Military Rank (Primary/Secondary Ranks) | Retirement Age (Combat unit/non-combat unit) |
|---|---|---|
| CMC Chairman/Vice Chairman (civilian) | None | |
| CMC Vice Chairman | General | 72 or 68 |
| CMC Member | General | 72 or 68 |
| Theater Command Leader | General/Lieutenant General | 65/65 |
| Theater Command Deputy Leader | Lieutenant General/Major General | 63/65 |
| Corps/Army Leader | Major General/Lieutenant General | 55/60 |
| Corps/Army Deputy Leader | Major General/Senior Colonel | 55/58 |
| Division Leader | Senior Colonel/Major General | 50/55 |
| Division Deputy Leader | Colonel/Senior Colonel | 50/55 |
| Regiment Leader | Colonel/Lieutenant Colonel | 45/50 |
| Regiment Deputy Leader | Lieutenant Colonel/Major | 45/45 |
| Battalion Leader | Major/Lieutenant Colonel | 40/40 |
| Battalion Deputy Leader | Captain/Major | 40/40 |
| Company Leader | Captain/First Lieutenant | 35/35 |
| Company Deputy Leader | First Lieutenant/Captain | 35/35 |
| Platoon Leader | Second Lieutenant/First Lieutenant | 30/30 |

# Appendix 2. Officer Rank Epaulets and Grade/Years of Service Ribbons



Sources: http://www.81.cn/syjdt/2014-08-04/content_6081572_2.htm
http://www.81.cn/jfdg/2011-02/10/content_5492593_3.htm

15

TANG_00002593

# Appendix 3. Categories of Personnel Who Work for the Chinese Armed Forces

| Element of the Chinese Armed Forces | Category of Personnel |
|---|---|
| PLA and PAP Active-duty (现役部队), Full-time, military personnel | - Officer (军官)<br>- Civil cadre (文职干部)<br>- Noncommissioned officer (NCO) (士官)<br>- Conscript/Soldier (义务兵/士兵/战士) |
| PLA Reserve force (预备役部队), Part-time, civilians | - Reserve Officer (预备役军官)<br>- Reserve Soldier (预备役士兵/战士) |
| Non-active-duty (非现役), civilians working full-time for PLA and PAP | - Contract civilian (文职人员), term of service determined by length of contract<br>- Civilian employee/worker and staff (职工/无军籍职工/非现役公勤人员) |
| Militia (民兵) | - People's Armed Forces Department local civilian cadre (专职人民武装干部/专武干部), full-time civilian<br>- Militia soldier (民兵战士), part-time civilian |
| Military academies (军校) | - Military cadet (军校学员) (active-duty)<br>- Non-military, civilian student (无军籍学员) |

TANG_00002594