EXHIBIT 3



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  06/07/2021

United States Department of State (DOS) Foreign Service Officer Andrea Whiting, email address whitingat@state.gov, was interviewed via telephone on May 27, and June 2, 2021. Also present for both interviews was Assistant United States Attorney (AUSA) Heiko Coppola, and DOS attorney Michael Yohannan. DOS attorney Taylor Beaumont only attended on June 2, 2021. After being informed of the identity of the interviewing agent and the nature of the interview, a summary of evidence from the investigation was provided. Whiting provided the following information:

Whiting opined TANG Juan would be ineligible for a J-1 Visa based on misrepresentation. Whiting asked to review the DOS documentation for TANG's J-1 Visa application. Pending her review, she would be able to describe the criteria and analysis required for adjudicating TANG's visa admissibility to the United States (US).

[NOTE: On May 27, 2021, Yohannan provided Whiting a copy of TANG's visa application record for review, to facilitate her continued interview on June 2, 2021, where she provided the following.]

Whiting described portions of her resume, which has been provided to AUSA Coppola, wherein she received a Bachelors in International Affairs, and a law degree, prior to joining the DOS in June 2009 as a Foreign Service Officer. Upon DOS employment she attended generalist orientation, consisting of 5 - 6 weeks of uniform curriculum. She also had consular officer training, training on DOS computer systems, and studied two language programs, to include French for 8 - 9 months. She was posted to Dakar, Senegal for two years beginning in November 2010. As a Consular Officer, her duties included adjudicating Non-Immigrant Visa (NIV) and Immigrant Visa (IV) applications, as well as American citizen services that included passports, births abroad, deaths, and repatriations. At her Dakar post, she was assigned to NIV adjudication two days a week, and adjudicated 164 J

Investigation on  05/27/2021  at Roseville, California, United States (Phone)

File #                                                             Date drafted  05/27/2021

by DILLAND STEVEN G

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

TANG_00002598

visas while in Dakar.

She additionally has been posted to Manilla for two separate tours, a temporary duty assignment to the Marshal Islands, and held positions in the US over the course of her career. She has adjudicated over 30,000 NIV applications and almost 2,000 of which are J visas. She has held a Line Chief position, senior among line officers for NIV units, where her responsibilities included adjudication, reviews of others adjudication, guidance and training for other officers, and provided deep dive training for particular visas.

Whiting described the J-1 NIV process as an online application on a DOS website wherein the applicant completes a form signing that it is true and correct. The applicant then pays an application fee. The applicant then schedules an appointment and has to show proof of paying the fee. The applicant is then interviewed at a US post, wherein they provide a passport, a barcode from the application, and a DS-2019 form which is a Certificate of Eligibility for Exchange Visitors. This form is obtained by the visa sponsoring institution in the US, but maintained by the applicant. At post, the applicant is preprocessed to verify identity and forms, capture biometrics, and then an interview with a Consular Officer. The Consular Officer reviews the visa category and length of stay, and determines if they are permissible. The Officer reviews the application form known as a DS-160, to determine credibility and if the applicant has the funds and financing necessary for this travel. As there are several categories of J visas, the standard process is for the Officer to review the Foreign Affairs Manual while interviewing the applicant. The Officer asks questions about what the applicant plans to do in the US, and specifically for research scholars, why they are going to the US, what they currently do in this field, confirming the US position is a temporary status, and reviewing the appropriateness of the education and research and where it has been completed.

J visa interviews are completed in English. The expectation is that to contribute in the US institution, you must be able to communicate in English. The applicant must be able to explain in English, what they plan to do, and how they are qualified, in an educated and coherent response. A Consular Officer would take more time with adjudicating a J-1 visa, based on review of education, research plan, and the sponsor. The Officer will take

notes as captured in Consular Consolidated Database (CCD). The average J-1 visa application interview takes between 5 and 10 minutes.

At the completion of the interview, if the applicant has met all of the elements described, the Officer approves the NIV. The NIV is typically issued and printed the same day, but released the next day after a quality assurance review. Consular staff will affix the visa to the applicant's passport. The visa is often then provided to the applicant via a courier service.

Accuracy of details on a DS-160 J-1 NIV application and during the interview is important for every field, to include the present employer field. Applicants must be truthful and honest. The question of "have you ever served in the military" is an important question, as an answer of yes would lead to a line of additional questioning. The question "do you have any specialized skills or training, including firearms, explosives, nuclear, biological, or chemical experience" is often linked to the military service question, wherein an answer of yes can lead to additional questions by the Officer. The question of affiliation with a Communist party may have bearing on eligibility when an Officer considers information from the Foreign Affairs Manual.


OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI Information system.

Date of entry  06/15/2021

United States Department of State (DOS) employee Andrea Whiting, email address whitingat@state.gov, was interviewed via telephone on June 11, 2021. Also present for the interview were Assistant United States Attorney (AUSA) Heiko Coppola, United States Department of Justice Trial Attorney David Lim, and DOS attorney Michael Yohannan. After being informed of the identity of the interviewing agent and the nature of the interview, Whiting provided the following information:

The overall process for non-immigrant visa applications and follow on interviews is standard across United States posts, Consulates, and Embassies. Interviews of J-1 visa applicants are in English, as English language proficiency is important for this visa class. All questions on the DS-160 are important. Applicants are responsible for making sure the application is accurate. Applicants swear that everything they answer is true and correct. Whiting confirmed that the answer to the question regarding an applicant's military service is material to the adjudicating of a J-1 visa application. Consular Officers review a manual regarding misrepresentations, as ineligibility can lead to a permanent ban for applying for that visa class.

In reviewing TANG's application, TANG listed one of her former institutions as a military university. Tang's answer "No" to the question have you ever served in the military would have been an inconsistency and raised red flags had Whiting adjudicated her application. This would have lead Whiting to ask TANG more questions.

Investigation on  06/11/2021  at Roseville, California, United States (Phone)

File #                                                                 Date drafted  06/11/2021

by DILLAND STEVEN G

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

TANG_00002601