EXHIBIT 4



Date of entry  07/14/2021

Dr. Jian-Jian LI, Ph.D., Professor of Radiation Oncology within the University of California Davis (UCD) Health, telephone number 916-703-5174, email address jijli@ucdavis.edu, was interviewed telephonically. LI was advised of the identity of the interviewing agent and provided the following:

LI asked TANG Juan to review papers when TANG arrived at UCD, including his pre-published paper, "Low-Level Saturated Fatty Acid Palmitate Benefits Liver Cells by Boosting Mitochondrial Metabolism via CDK1-SIRT3-CPT2 Cascade." LI also asked TANG to review a pre-published paper on tumor radiation response. LI stated all the papers he asked TANG to read were in English. LI could not recall the titles of the other papers.

LI stated that the presentation TANG gave during a lab meeting at UCD was in English. A few parts of TANG's citations within the presentation included Chinese characters.

LI communicated with TANG primarily in English. LI only saw TANG in his office twice. LI communicated with TANG mostly through the UCD email system in English.

LI did not observe TANG interact with other people. LI's Lab Manager, FAN Ming, had more interaction with TANG.

Investigation on  07/14/2021  at Roseville, California, United States (Phone)

File #  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Date drafted  07/14/2021

by David Y. Kim

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

TANG_00003003