Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
msegal@segal-pc.com

Thomas A. Johnson, SBN 119203
**Law Office of Thomas A. Johnson**
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022
taj@tomjohnsonlaw.com

Patrick Wong, SBN 241740
**Patrick Wong, Esq.**
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
patrick@wong.law

Attorneys for Defendant
JUAN TANG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>TANG JUAN,<br> aka Juan Tang,<br><br>             Defendant. | Case No:  2:20-CR-0134 JAM<br><br>**DEFENDANT'S AMENDED EXHIBIT LIST** |

## I. INTRODUCTION

The Defense submits the following amended exhibit list for trial which is set to commence on July 26, 2021. It is not intended to be a final list as the defense may seek to supplement the exhibit list during the course of trial, depending on the government's case.

## II. EXHIBIT LIST

| Exhibit | Description |
|---|---|
| A | Certificate of Eligibility Exchange Visitor Status - Dr. Tang |
| B | China Scholarship Council Award to Dr. Tang for US Studies |
| C | Curriculum Vitae - Juan Tang, Ph.D. |
| D | CV Juan Tang University - 4th Military Medical University |
| E | UCD Letter supporting Dr. Tang Application for Visiting Scholar (6-9-19) |
| F | UCD Letter inviting Dr. Tang to be Visiting Scholar (2-2-19) |
| G | UCD Letter offering Dr. Tang position of Visiting Scholar (8-1-19) |
| H | UCD Letter request to hire Dr. Tang (10-1-19) |
| I | UCD Letter offering Dr. Tang position of Visiting Scholar (12-13-19) |
| J | UCD Letter from Dr. Li certifying Dr. Tang worked in lab (4-9-20) |
| K | UCD Letter certifying Dr. Tang as Visiting Scholar (5-10-20) |
| L | UCD Letter certifying Dr. Tang working as visiting scholar (5-20-20) |
| M | FBI Form 1057 documenting five of Juan Tang's publications |
| N | Documents listing Dr. Tang's publications |
| O | Jian Jian Li - Seminar Guest Speaker |
| P | Jian Jian Li Biography, Publications |
| Q | Blasko Analysis of Evidence |
| R | Blasko Analysis of Evidence Excerpt Non-Combat Roles |
| S | Blasko Analysis of Evid Excerpt Dictionary with Highlights |
| T | Blasko Analysis of Evid Excerpt Translations with Highlights |
| U | Blasko Manuscript Chinese Army Today (Cover) |
| V | Blasko Manuscript Chinese Army Today DoD Comparison |
| W | Blasko Manuscript Chinese Army Today PLA Description |
| X | Blasko Manuscript PLA Uniforms Army |
| Y | Careers in the Military Health System Health.mil |

| | |
|---|---|
| Z | CASI_Academic Institutions_Encyclopedia (Cover) |
| AA | Blasko Manuscript Civilian Cadre and US DOD Civilian |
| BB | Defense Expert Exhibit - Ad Google Translate |
| CC | Defense Expert Exhibit - Chinese Ad |
| DD | Photo of Dr. Tang Family with Mother |
| EE | Photo of Dr. Tang Family with Mother |
| FF | Photo of Dr. Tang Family with Daughter |
| GG | Xijing Hospital |
| HH | DS-160 An Exemplar 11-19-2020 |
| II | DS-160 An Exemplar Excerpt Work Education Training |
| JJ | DS-160 Additional Work Education/Training |
| KK | DS-160 Military Service Question Context |
| LL | DS-160-Exemplar Security and Background |
| MM | Philippines Consular Office |
| NN | Philippines US Consulate Counter |
| OO | US Consulate Outside Line |
| PP | NIV 160 - Military Drop Down |
| QQ | NIV 160 - Military Service Translation |
| RR | NIV Applicant Detail - Excerpt Military Service Question |
| SS | DS-160 Email Question |
| TT | NIV Applicant Detail Dr. Tang - Excerpt Additional Email |
| UU | NIV Applicant Detail Dr. Tang - Excerpt Preparer of Application |
| VV | NIV Applicant Detail Dr. Tang - Excerpt Education FMMU |
| WW | NIV Applicant Detail Dr. Tang - Excerpt Employer Xijing Hospital |
| XX | NIV Applicant Detail Dr. Tang |
| YY | The PLA as Organization v2.0 - Excerpt General Grades |
| ZZ | Publication, Targeting CD147 for T to NK Lineage Reprogramming and Tumor Therapy (2017) |

This amended exhibit list overrides any previously filed exhibit list.

The Defendant reserves the right to amend her list of exhibits up to and including the time of trial as additional exhibits are developed.

/ / /

/ / /

/ / /

Dated: July 22, 2021.   **SEGAL & ASSOCIATES, PC**

By:   /s/ Malcolm Segal
       MALCOLM SEGAL
       EMILY E. DORINGER
       Counsel for Defendant

**LAW OFFICE of THOMAS A. JOHNSON**

By:   /s/ Thomas A. Johnson
       THOMAS A. JOHNSON
       Counsel for Defendant