PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID LIM
Trial Attorney
U.S. Department of Justice
National Security Division

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TANG JUAN, <br> (a.k.a. Juan Tang) <br><br> Defendant. | CASE NO. 2:20-CR-00134 JAM <br><br> GOVERNMENT'S MOTION TO DISMISS AND [PROPOSED ORDER] |

Pursuant to Fed.R.Crim.P. 48(a), the United States hereby moves to dismiss the superseding indictment in the above-entitled case. Should the Court grant the government's motion, the United States also requests that it vacate the motions in limine hearing scheduled for July 23, 2021 and the trial date scheduled for July 26, 2021.

Dated: July 22, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID LIM
Trial Attorney
U.S. Department of Justice
National Security Division

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>TANG JUAN,<br>(a.k.a. Juan Tang)<br><br>               Defendant. | CASE NO. 2:20-CR-00134 JAM<br><br>[PROPOSED] ORDER |

    The government's motion to dismiss the superseding indictment in the above-entitled case is hereby GRANTED. The motions in limine hearing set for July 23, 2021 and the trial date scheduled for July 26, 2021 are hereby VACATED.

Dated:

                                                                                        _____
                                                                                        JOHN A. MENDEZ
                                                                                        U.S. District Judge