PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID LIM
Trial Attorney
U.S. Department of Justice
National Security Division

Attorneys for Plaintiff
United States of America

FILED

JUL 23 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00134 JAM |
| Plaintiff, | ORDER |
| v. | |
| TANG JUAN, (a.k.a. Juan Tang) | |
| Defendant. | |

The government's motion to dismiss the superseding indictment in the above-entitled case is hereby GRANTED. The motions in limine hearing set for July 23, 2021 and the trial date scheduled for July 26, 2021 are hereby VACATED.

Dated: July 23, 2021

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER                                                       1