Malcolm Segal, SBN 075481
Emily E. Doringer, SBN 208727
SEGAL & ASSOCIATES, PC
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
msegal@segal-pc.com

Thomas A. Johnson, #119203
Kristy M. Horton, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
taj@tomjohnsonlaw.com

Patrick Wong, SBN 241740
Patrick Wong, Esq.
145 El Camino Real
Menlo Park, CA 94025-5234
Telephone: (650) 391-5366
patrick@wong.law

Attorneys for Defendant
JUAN TANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUAN TANG,<br><br>　　　　Defendant. | Case No.: 2:20-CR-00134-JAM<br><br>[PROPOSED] ORDER FOR EXONERATION OF THE PROPERTY BOND |

- 1 -

## REQUEST TO EXONERATE THE PROPERTY BOND

On September 9, 2020, the Third Party Custodians of Juan Tang posted their property to satisfy the $750,000 secured bond. *See* ECF Doc. No. 59. On July 23, 2021, the Court signed the order dismissing the above-entitled case. Therefore, it is hereby requested that the secured appearance bond be exonerated for the property located in Foster City, California, and that the Clerk of the District Court be directed to re-convey the property back to the owners.

Dated: July 26, 2021

Respectfully Submitted,

SEGAL & ASSOCIATES, PC

/s/ Malcolm Segal
MALCOLM SEGAL
EMILY E. DORINGER
Counsel for Defendant

LAW OFFICE of THOMAS A. JOHNSON

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Counsel for Defendant

/s/ Patrick Wong
PATRICK WONG, Esq.
Counsel for Defendant

# ORDER

**IT IS HEREBY ORDERED** that the appearance bond secured by a Deed of Trust against the real property located Foster City, California, ECF Doc. No 59, is hereby exonerated. The Clerk of the Court is directed to re-convey the property back to the owners, Steven X. Cui and Huina Yu.

DATED: July 26, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE